UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MIRAMAR FIREFIGHTERS' PENSION    :
FUND, on behalf of itself and all others
similarly situated,                              :

               Plaintiff,        :      19 Civ. 9837 (JSR)

    v.

                                   :

IROBOT CORPORATION, COLIN M.
ANGLE, and ALISON DEAN,                :

              Defendants.        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF UNOPPOSED MOTION TO TRANSFER ACTION

PLEASE TAKE NOTICE that, upon the Complaint filed October 24, 2019; the accompanying Memorandum of Law of the defendants iRobot Corporation, Colin M. Angle and Alison Dean (collectively, "Defendants") in Support of their unopposed Motion to Transfer this Action Pursuant to 28 U.S.C. § 1404; the accompanying Declaration of the Glen D. Weinstein, dated November 25, 2019; and upon all prior papers and proceedings herein, Defendants, by and through their undersigned counsel, will move this Court, before the Honorable Jed S. Rakoff, at the Daniel Patrick Moynihan United States Courthouse, Courtroom 14B, 500 Pearl Street, New York, New York, on December 3, 2019 at 11:00 A.M., or at such other date and time determined by the Court, for an Order pursuant to 28 U.S.C. § 1404 transferring this action to the U.S. District Court for the District of Massachusetts, and granting such other and further relief as the Court may deem just and proper.

Plaintiff Miramar Firefighters' Pension Fund does not oppose the relief requested by this motion.

Dated:    November 26, 2019          Respectfully submitted,
          New York, New York

                                     /s/ Scott D. Musoff
                                     Scott D. Musoff
                                     SKADDEN, ARPS, SLATE,
                                        MEAGHER & FLOM LLP
                                     Four Times Square
                                     New York, New York 10036
                                     (212) 735-3000
                                     scott.musoff@skadden.com

                                     James R. Carroll (pro hac vice *pending*)
                                     Alisha Q. Nanda
                                     Rene H. DuBois
                                     SKADDEN, ARPS, SLATE,
                                        MEAGHER & FLOM LLP
                                     500 Boylston Street
                                     Boston, Massachusetts 02116
                                     (617) 573-4800
                                     james.carroll@skadden.com
                                     alisha.nanda@skadden.com
                                     rene.dubois@skadden.com

                                     *Counsel for Defendants*
                                     *iRobot Corporation, Colin M. Angle*
                                     *and Alison Dean*