UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MIRAMAR FIREFIGHTERS' PENSION            :
FUND, on behalf of itself and all others
similarly situated,                                          :

                                                                              19 Civ. 9837 (JSR)

                              Plaintiff,                     :

         v.                                                   :

IROBOT CORPORATION, COLIN M.            :
ANGLE, and ALISON DEAN,

                                                                :
                              Defendants.

                                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION OF GLEN D. WEINSTEIN IN SUPPORT OF DEFENDANTS' UNOPPOSED MOTION TO TRANSFER THIS ACTION TO THE DISTRICT OF MASSACHUSETTS PURSUANT TO 28 U.S.C. § 1404

I, Glen D. Weinstein, submit this declaration under 28 U.S.C. § 1746.

1.        I am Executive Vice President, Chief Legal Officer and Secretary for iRobot

Corporation ("iRobot" or the "Company").

2.        I submit this Declaration in support of Defendants' Unopposed Motion to

Transfer This Action to the District of Massachusetts Pursuant to 28 U.S.C. § 1404 and to

put certain relevant facts before the Court.

3.        I have reviewed the complaint filed in this action dated October 24, 2019 (the

"Complaint"). The Complaint was filed as a putative class action on behalf of Plaintiff and a

nationwide class of those who purchased iRobot stock between November 21, 2016 and October

22, 2019 (the "Relevant Period"). The Complaint asserts two causes of action: (1) violations of

SEC Rule 10b-5 and Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act");

and (2) violations of Section 20(a) of the Exchange Act. The allegations in the Complaint

concern alleged misrepresentations regarding the Company's sales and revenue figures that were made in iRobot's press releases, on earnings calls and at certain investor conferences.

4. I have personal knowledge of the matters set forth in this declaration. If called upon to do so, I would testify competently as follows:

**iRobot is headquartered in Massachusetts and has no operations in New York**

5. iRobot is a publicly-traded Delaware corporation with a principal place of business and headquarters located at 8 Crosby Drive, Bedford, Massachusetts 01730. iRobot has been headquartered in Massachusetts since its founding in 1990.

6. iRobot is a leading consumer robot company that designs and manufactures robots primarily for household use, including the award-winning Roomba® Vacuuming Robot.

7. iRobot does not have any offices or facilities in New York.

**The individual defendants and other potential key witnesses are located in Massachusetts**

8. Defendant Colin M. Angle is the co-founder of iRobot, and has served as Chairman and Chief Executive Officer during the Relevant Period. Mr. Angle works out of iRobot's headquarters in Massachusetts and resides in Massachusetts.

9. Defendant Alison Dean is the Executive Vice President, Chief Financial Officer, Treasurer and Principal Accounting Officer of iRobot since April 2013 and served in those capacities during the Relevant Period. Ms. Dean works out of iRobot's headquarters in Massachusetts and resides in Massachusetts.

10. Other potential witnesses who were involved in the preparation or dissemination of statements identified in the Complaint or who have knowledge concerning iRobot's financial statements and forward-looking guidance alleged in the Complaint, include iRobot's financial planning, accounting, and investor relations professionals who are or were

primarily located in iRobot's headquarters in Massachusetts. None of those potential witnesses to my knowledge is located in New York.

**The alleged operative facts and events occurred in Massachusetts**

11. I have reviewed the allegations in the Complaint. The vast majority of the purported misstatements alleged in the Complaint are contained within iRobot SEC filings, press releases and other public statements that were prepared in and issued from the Company's headquarters in Massachusetts. The iRobot personnel who prepared, approved and issued these documents did so primarily from iRobot's headquarters in Massachusetts.

12. The iRobot earnings conference calls alleged in the Complaint originated from Massachusetts and the iRobot personnel participating in those calls were based in, and participating from, iRobot's headquarters in Massachusetts.

13. The iRobot documents relevant to the allegations contained in the Complaint are located in Massachusetts. None of those documents to my knowledge is located in New York.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Bedford, Massachusetts, this 25 th day of November, 2019.

Glen D. Weinstein

3