```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
MIRAMAR FIREFIGHTERS' PENSION FUND, :
on behalf of itself and all others :
similarly situated, :
 :
      Plaintiff, : 19-cv-9837 (JSR)
 :
      -v- :
 : ORDER
IROBOT CORPORATION, COLIN M. ANGLE, :
and ALISON DEAN, :
 :
      Defendants. :
------------------------------------- x

JED S. RAKOFF, U.S.D.J.

    For the reasons set forth in (1) the Memorandum of Law in Support of Defendants' Unopposed Motion to Transfer this Action to the District of Massachusetts Pursuant to 28 U.S.C. § 1404(A) in the instant action, see ECF No. 16; (2) the now-approved Stipulation and Order to Transfer Venue to the United States District Court for the District of Massachusetts Pursuant to 28 U.S.C. § 1404(A), to be docketed, in the related case of Campbell v. iRobot Corporation et al., 19-cv-10373 (JSR); (3) the arguments presented in court, see Transcript, December 3, 2019; and (4) the further authority set forth in Defendants' letter of December 3, 2019, see ECF No. 18, Defendants' motion to transfer this action to the District of Massachusetts, see ECF No. 15, is granted.

    SO ORDERED.

Dated:   New York, NY

December 4, 2019

_____
JED S. RAKOFF, U.S.D.J.

-2-