CLOSED,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:19–cv–09837–JSR

| | |
|---|---|
| Miramar Firefighters Pension Fund v. iRobot Corporation et al | Date Filed: 10/24/2019 |
| Assigned to: Judge Jed S. Rakoff | Date Terminated: 12/05/2019 |
| Related Case:  1:19–cv–10373–JSR | Jury Demand: Plaintiff |
| Cause: 15:78m(a) Securities Exchange Act | Nature of Suit: 850 Securities/Commodities |
| | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Miramar Firefighters Pension Fund** *on behalf of itself and all others similarly situated* | represented by | **Michael Dains Blatchley** Bernstein Litowitz Berger & Grossmann LLP 1251 Avenue of the Americas New York, NY 10020 (212)–554–1400 Fax: (212)–554–1444 Email: michaelb@blbglaw.com *ATTORNEY TO BE NOTICED* |
| | | **Avi Josefson** Bernstein Litowitz Berger & Grossmann LLP 1251 Avenue of the Americas New York, NY 10020 (212)–554–1493 Fax: (212)–554–1444 Email: avi@blbglaw.com *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **iRobot Corporation** | represented by | **Alisha Quintana Nanda** Skadden, Arps, Slate, Meagher & Flom LLP (MA) 500 Boylston Street Boston, MA 02116 (617) 573–4804 Email: alisha.nanda@skadden.com *ATTORNEY TO BE NOTICED* |
| | | **James R. Carroll** Skadden, Arps, Slate, Meagher & Flom, L.L.P. One Beacon Street Boston, MA 02108 (617) 573–4800 Fax: (617)–573–4822 Email: james.carroll@skadden.com *ATTORNEY TO BE NOTICED* |
| | | **Scott D. Musoff** |

Skadden, Arps, Slate, Meagher & Flom LLP (NYC)
Four Times Square
New York, NY 10036
212 735 3000
Fax: 212 735 2000
Email: smusoff@skadden.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Colin M. Angle**                    represented by    **Alisha Quintana Nanda**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **James R. Carroll**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Scott D. Musoff**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Alison Dean**                       represented by    **Alisha Quintana Nanda**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **James R. Carroll**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Scott D. Musoff**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/24/2019 | Ï 1 | COMPLAINT against Colin M. Angle, Alison Dean, iRobot Corporation. (Filing Fee $ 400.00, Receipt Number ANYSDC–17828838)Document filed by Miramar Firefighters Pension Fund.(Josefson, Avi) (Entered: 10/24/2019) |
| 10/24/2019 | Ï 2 | CIVIL COVER SHEET filed. (Josefson, Avi) (Entered: 10/24/2019) |
| 10/24/2019 | Ï 3 | REQUEST FOR ISSUANCE OF SUMMONS as to iRobot Corporation, re: 1 Complaint. Document filed by Miramar Firefighters Pension Fund. (Josefson, Avi) (Entered: 10/24/2019) |
| 10/24/2019 | Ï 4 | REQUEST FOR ISSUANCE OF SUMMONS as to Colin M. Angle, re: 1 Complaint. Document filed by Miramar Firefighters Pension Fund. (Josefson, Avi) (Entered: 10/24/2019) |
| 10/24/2019 | Ï 5 | REQUEST FOR ISSUANCE OF SUMMONS as to Alison Dean, re: 1 Complaint. Document filed by Miramar Firefighters Pension Fund. (Josefson, Avi) (Entered: 10/24/2019) |
| 10/25/2019 | Ï | **\*\*\*NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Avi Josefson. The party information for the following party/parties has been modified:** |

| | | |
|---|---|---|
| | | **Miramar Firefighters Pension Fund. The information for the party/parties has been modified for the following reason/reasons: party text was omitted;. (pc)** (Entered: 10/25/2019) |
| 10/25/2019 | Ï | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Jed S. Rakoff. Please download and review the Individual Practices of the assigned District Judge, located at http://nysd.uscourts.gov/judges/District. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at http://nysd.uscourts.gov/ecf_filing.php. (pc) (Entered: 10/25/2019) |
| 10/25/2019 | Ï | Magistrate Judge Barbara C. Moses is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: http://nysd.uscourts.gov/forms.php. (pc) (Entered: 10/25/2019) |
| 10/25/2019 | Ï | Case Designated ECF. (pc) (Entered: 10/25/2019) |
| 10/28/2019 | Ï 6 | ELECTRONIC SUMMONS ISSUED as to iRobot Corporation. (pc) (Entered: 10/28/2019) |
| 10/28/2019 | Ï 7 | ELECTRONIC SUMMONS ISSUED as to Alison Dean. (pc) (Entered: 10/28/2019) |
| 10/28/2019 | Ï 8 | ELECTRONIC SUMMONS ISSUED as to Colin M. Angle. (pc) (Entered: 10/28/2019) |
| 11/13/2019 | Ï 9 | NOTICE OF COURT CONFERENCE: Initial Conference set for 12/3/2019 at 11:00 AM in Courtroom 14B, 500 Pearl Street, New York, NY 10007 before Judge Jed S. Rakoff. (As further set forth in this Order.) (Signed by Judge Jed S. Rakoff on 11/13/2019) (cf) (Entered: 11/13/2019) |
| 11/19/2019 | Ï | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 11/19/2019. (Kotowski, Linda) (Entered: 11/22/2019) |
| 11/26/2019 | ï 10 | NOTICE OF APPEARANCE by Scott D. Musoff on behalf of Colin M. Angle, Alison Dean, iRobot Corporation. (Musoff, Scott) (Entered: 11/26/2019) |
| 11/26/2019 | ï 11 | NOTICE OF APPEARANCE by Alisha Quintana Nanda on behalf of Colin M. Angle, Alison Dean, iRobot Corporation. (Nanda, Alisha) (Entered: 11/26/2019) |
| 11/26/2019 | ï 12 | MOTION for James R. Carroll to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–18155754. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Colin M. Angle, Alison Dean, iRobot Corporation. (Attachments: # 1 Declaration of James R. Carroll, # 2 Certificate of Good Standing – Commonwealth of Massachusetts, # 3 Proposed Order for Admission Pro Hac Vice)(Carroll, James) (Entered: 11/26/2019) |
| 11/26/2019 | ï 13 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent No Corporate Parent, Other Affiliate BlackRock, Inc. for iRobot Corporation. Document filed by iRobot Corporation.(Musoff, Scott) (Entered: 11/26/2019) |
| 11/26/2019 | ï 14 | NOTICE OF APPEARANCE by Michael Dains Blatchley on behalf of Miramar Firefighters Pension Fund. (Blatchley, Michael) (Entered: 11/26/2019) |
| 11/26/2019 | ï 15 | MOTION to Transfer Case . Document filed by Colin M. Angle, Alison Dean, iRobot Corporation.(Musoff, Scott) (Entered: 11/26/2019) |
| 11/26/2019 | ï 16 | MEMORANDUM OF LAW in Support re: 15 MOTION to Transfer Case . . Document filed by Colin M. Angle, Alison Dean, iRobot Corporation. (Musoff, Scott) (Entered: 11/26/2019) |
| 11/26/2019 | ï 17 | DECLARATION of Glen D. Weinstein in Support re: 15 MOTION to Transfer Case .. Document filed by Colin M. Angle, Alison Dean, iRobot Corporation. (Musoff, Scott) (Entered: 11/26/2019) |

| 11/27/2019 | Ï | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 12 MOTION for James R. Carroll to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−18155754. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 11/27/2019) |
| --- | --- | --- |
| 12/03/2019 | Ï 18 | NOTICE of Letter to Hon. Jed S. Rakoff from Scott D. Musoff. Document filed by Colin M. Angle, Alison Dean, iRobot Corporation. (Musoff, Scott) (Entered: 12/03/2019) |
| 12/03/2019 | Ï | Minute Entry for proceedings held before Judge Jed S. Rakoff: Initial Pretrial Conference held on 12/3/2019. (Kotowski, Linda) (Entered: 12/03/2019) |
| 12/05/2019 | Ï 19 | ORDER granting 15 Motion to Transfer Case: Defendants' motion to transfer this action to the District of Massachusetts, see ECF No. 15, is granted. (Signed by Judge Jed S. Rakoff on 12/4/2019) (jwh) Transmission to Office of the Clerk of Court for processing. (Entered: 12/05/2019) |
| 12/05/2019 | Ï | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court – District of District of Massachusetts (jwh) (Entered: 12/12/2019) |
| 12/09/2019 | Ï 20 | ORDER FOR ADMISSION PRO HAC VICE granting 12 Motion for James R. Carroll to Appear Pro Hac Vice. (Signed by Judge Jed S. Rakoff on 12/6/2019) (jwh) (Entered: 12/09/2019) |