# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MIRAMAR FIREFIGHTERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IROBOT CORPORATION, COLIN M. ANGLE, and ALISON DEAN,<br><br>Defendants. | Case No.: 1:19-cv-12536-DJC<br><br>CLASS ACTION |
| JEROME CAMPBELL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IROBOT CORPORATION, COLIN M. ANGLE, and ALISON DEAN,<br><br>Defendants. | Case No.: 1:19-cv-12483-DJC<br><br>CLASS ACTION |

**NOTICE OF MOTION OF MONICA SAGAL FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Monica Sagal ("Movant") respectfully moves this Court for an order: (1) consolidating the above-captioned related actions (the "Actions"); (2) appointing Movant as lead plaintiff pursuant to Section 21D of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); and (3) approving Movant's selection of Levi & Korsinsky, LLP as Lead Counsel for the Class.

Movant seeks consolidation of the Actions, appointment as lead plaintiff, and approval of her choice of counsel pursuant to the Exchange Act, the Federal Rules of Civil Procedure, and the

PSLRA. This motion is based on this notice, the attached memorandum of law, the declaration of

Shannon L. Hopkins in support thereof, and the Court's complete files and records in this action,

as well as such further argument as the Court may allow at a hearing on this motion.

Dated: December 23, 2019                    Respectfully Submitted,

//s/*Shannon L. Hopkins*
Shannon L. Hopkins (BBO# 657485)
**LEVI & KORSINSKY, LLP**
1111 Summer Street, Suite 403
Stamford, Connecticut 06905
Tel. (203) 992-4523
Fax: (212) 363-7500
shopkins@zlk.com

*Lead Counsel for Movant and [Proposed]*
*Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

3

I, Shannon L. Hopkins, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on December 23, 2019.

Dated: December 23, 2019            */s/Shannon L. Hopkins*
                                     Shannon L. Hopkins