**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MIRAMAR FIREFIGHTERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>IROBOT CORPORATION, COLIN M. ANGLE, and ALISON DEAN,<br><br>　　　　　　　Defendants. | Case No.: 1:19-cv-12536-DJC<br><br>CLASS ACTION |
| JEROME CAMPBELL, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>IROBOT CORPORATION, COLIN M. ANGLE, and ALISON DEAN,<br><br>　　　　　　　Defendants. | Case No.: 1:19-cv-12483-DJC<br><br>CLASS ACTION |

**DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF MONICA SAGAL'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, Shannon L. Hopkins, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.　　I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant Monica Sagal ("Movant") and proposed Lead Counsel for the Class.

2.　　I submit this Declaration, together with the attached exhibits, in support of Movant's motion for consolidation of the actions, appointment as lead plaintiff, and approval of his selection of Levi & Korsinsky as Lead Counsel for the Class.

3.　　Attached hereto as the exhibits are true and correct copies of the following:

1

Exhibit A:    PSLRA Certification signed by Movant attesting to her purchases of iRobot Corporation ("IRBT") securities;

Exhibit B:    Loss Chart reflecting the losses incurred by Movant as a result of her transactions in iRobot securities;

Exhibit C:    Press Release published October 24, 2019, on *Business Wire,* announcing the pendency of the securities class action against defendants herein: *Miramar Firefighters' Pension Fund v. iRobot Corporation et al.*, Case No. 1:19-cv-12536-DJC.

Exhibit D:    Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: December 23, 2019                            */s/ Shannon L. Hopkins*
                                                  Shannon L. Hopkins

3

## <u>CERTIFICATE OF SERVICE</u>

I, Shannon L. Hopkins, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on December 23, 2019.

Dated: December 23, 2019                    */s/Shannon L. Hopkins*
                                                                 Shannon L. Hopkins