| Case Name | iRobot Corporation |
| --- | --- |
| Ticker | IRBT |
| Class Period | 11-21-2016 to 10-22-2019 |

| Client Name |
| --- |
| Monica Sagal |

| Date of Transaction | Transaction Type | Quantity | Price per Security |
| --- | --- | --- | --- |
| 05-17-2019 | P | 1000 | $ 105.00 |
| 06-21-2019 | P | 1000 | $ 100.00 |