# EXHIBIT B

| Client Name | Monica Sagal |
|---|---|
| Company Name | iRobot Corporation |
| Ticker Symbol | IRBT |
| Security Type | |
| Class Period Start | 11-21-2016 |
| Class Period End | 10-22-2019 |
| 90-DAY Lookback Period Start | 10-23-2019 |
| 90-DAY Lookback Period End | 12-22-2019 |
| 90-DAY Lookback Average | $ 47.33 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $110,349.52 |
| *DURA  LIFO* Total* | $110,349.52 |
| Gross Shares Purchased | 2,000.00 |
| Net Shares Retained | 2,000.00 |
| Net Funds Expended | $205,000.00 |

### Monica Sagal

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 05-17-2019 | 1000 | $105.00 | $ 105,000.00 | | | | | | - | 1000 | 1000 | $ 47.33 | $ 47,325.24 | $ 57,674.76 | $ 57,674.76 |
| 06-21-2019 | 1000 | $100.00 | $ 100,000.00 | | | | | | - | 1000 | 1000 | $ 47.33 | $ 47,325.24 | $ 52,674.76 | $ 52,674.76 |
| **Total:** | **2,000.00** | | **$ 205,000.00** | | | | | | | **2,000.00** | **2,000.00** | | **$ 94,650.48** | **$ 110,349.52** | **$ 110,349.52** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.