**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MIRAMAR FIREFIGHTERS' PENSION FUND, on behalf of itself and all others similarly situated, | No. 1:19-cv-12536-DJC |
| | Judge Denise J. Casper |
| Plaintiff, | CLASS ACTION |
| v. | |
| IROBOT CORPORATION, COLIN M. ANGLE, and ALISON DEAN, | ORAL ARGUMENT REQUESTED |
| Defendants. | |
| | |
| JEROME CAMPBELL, on behalf of itself and all others similarly situated, | No. 1:19-cv-12483-DJC |
| Plaintiff, | |
| v. | |
| IROBOT CORPORATION, COLIN M. ANGLE, and ALISON DEAN, | |
| Defendants. | |

**MOTION OF CARPENTERS ANNUITY TRUST FUND FOR NORTHERN CALIFORNIA AND CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

PLEASE TAKE NOTICE that Carpenters Annuity Trust Fund for Northern California and Carpenters Pension Trust Fund for Northern California ("Northern California Carpenters"), by its counsel, hereby moves the Court for an Order (i) consolidating the above-captioned securities class actions; (ii) appointing Northern California Carpenters as Lead Plaintiff; and (iii) approving Northern California Carpenters' selection of Labaton Sucharow LLP as Lead Counsel for the Class and Thornton Law Firm LLP as Liaison Counsel for the Class.[1]  In support of this motion, Northern California Carpenters submits herewith a Memorandum of Law and the Declaration of Guillaume Buell.

<b><u>ORAL ARGUMENT REQUESTED</u></b>

Northern California Carpenters hereby requests oral argument on its motion for appointment as lead plaintiff and approval of selection of counsel.

DATED:  December 23, 2019                                      Respectfully submitted,

                                                             */s/ Guillaume Buell*

                                                             Guillaume Buell
                                                             **THORNTON LAW FIRM LLP**
                                                             One Lincoln Street
                                                             Boston, Massachusetts 02111
                                                             Telephone: (617) 531-3933
                                                             Facsimile: (617) 720-2445
                                                             dbuell@tenlaw.com

                                                             *Proposed Liaison Counsel for the Class*

                                                             **LABATON SUCHAROW LLP**
                                                             Christopher J. Keller
                                                             Eric J. Belfi
                                                             Francis P. McConville

---

[1]     Due to the statutory nature of the PSLRA's Lead Plaintiff application process and deadline, it was not possible for Northern California Carpenters to comply with Local Rule 7.1(a)(2), which requires that parties use best efforts to resolve informally the matters in controversy prior to filing a motion, because at the time of filing of this motion the identity of opposing parties (if any) was not known.

140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
ckeller@labaton.com
ebelfi@labaton.com
fmcconville@labaton.com

*Counsel for Lead Plaintiff Movant
Carpenters Annuity Trust Fund for
Northern California and Carpenters
Pension Trust Fund for Northern
California, and Proposed Lead
Counsel for the Class*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing was filed through the ECF system on December 23, 2019 and accordingly will be served electronically upon all registered participants identified on the Notice of Electronic Filing.

*/s/ Guillaume Buell*
Guillaume Buell (BBO# 676566)

3