# Exhibit A

# CERTIFICATION

I, Gene H. Price, as Secretary of Carpenters Pension Trust Fund for Northern California and Carpenters Annuity Trust Fund for Northern California (together, "Northern California Carpenters"), hereby certify as follows:

1. I am fully authorized to enter into and execute this Certification on behalf of Northern California Carpenters. I have reviewed the complaint filed against iRobot Corporation ("iRobot") alleging violations of the federal securities laws;

2. Northern California Carpenters did not purchase common stock of iRobot at the direction of counsel or in order to participate in any private action under the federal securities laws;

3. Northern California Carpenters is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary. Northern California Carpenters fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4. Northern California Carpenters' transactions in iRobot common stock during the Class Period are reflected in Exhibit A, attached hereto;

5. Northern California Carpenters sought to serve as a lead plaintiff in the following class action under the federal securities laws filed during the last three years:

*In re the AllState Corporation Securities Litigation*, No. 1:16-cv-10510 (ND. Ill.)

6. Beyond its pro rata share of any recovery, Northern California Carpenters will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

We declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this ___6___ day of November, 2019.

_____
Gene H. Price
*Secretary*
*Carpenters Pension Trust Fund for Northern California and Carpenters Annuity Trust Fund for Northern California*

2

# EXHIBIT A

## TRANSACTIONS IN IROBOT CORPORATION

### Carpenters Pension Trust Fund for Northern California

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 05/06/19 | 200.00 | $99.97 | ($19,994.14) |
| Purchase | 05/07/19 | 5,000.00 | $98.80 | ($493,987.00) |
| Purchase | 05/08/19 | 100.00 | $97.23 | ($9,723.36) |
| Purchase | 06/10/19 | 500.00 | $89.95 | ($44,972.50) |
| Purchase | 07/17/19 | 1,500.00 | $92.78 | ($139,172.10) |
| Purchase | 07/18/19 | 900.00 | $92.86 | ($83,571.93) |
| Sale | 10/11/19 | -8,200.00 | $56.97 | $467,132.68 |

### Carpenters Annuity Trust Fund for Northern California

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 06/22/18 | 2,209.00 | $76.83 | ($169,718.57) |
| Sale | 09/17/18 | -229.00 | $108.55 | $24,856.90 |
| Sale | 09/18/19 | -470.00 | $62.48 | $29,367.57 |
| Sale | 09/19/19 | -849.00 | $61.86 | $52,519.82 |
| Sale | 09/20/19 | -661.00 | $60.72 | $40,136.98 |