# Exhibit B

**LOSS ANALYSIS**
**Class Period: 11/21/2016 to 10/22/2019**

**iRobot Corporation**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|
| IRBT | 462726100 | B0J2NS5 | US4627261005 | $47.3243 [1] |

**Carpenters Pension Trust Fund for Northern California**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Open | 11/21/2016 | 0 | | |
| Purchase | 5/6/2019 | 200 | $99.9707 | ($19,994.14) |
| Purchase | 5/7/2019 | 5,000 | $98.7974 | ($493,987.00) |
| Purchase | 5/8/2019 | 100 | $97.2336 | ($9,723.36) |
| Purchase | 6/10/2019 | 500 | $89.9450 | ($44,972.50) |
| Purchase | 7/17/2019 | 1,500 | $92.7814 | ($139,172.10) |
| Purchase | 7/18/2019 | 900 | $92.8577 | ($83,571.93) |
| *Class Period purchases:* | | *8,200* | | *($791,421.03)* |
| Sale | 10/11/2019 | -8,200 | $56.9674 | $467,132.68 |
| *Class Period sales (matched to Class Period purchases):* | | *-8,200* | | *$467,132.68* |
| | | | **LIFO Gain/(Loss):** | **($324,288.35)** |

**Carpenters Annuity Trust Fund for Northern California**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Open | 11/21/2016 | 0 | | |
| Purchase | 6/22/2018 | 2,209 | $76.8305 | ($169,718.57) |
| *Class Period purchases:* | | *2,209* | | *($169,718.57)* |
| Sale | 9/17/2018 | -229 | 108.5454 | $24,856.90 |
| Sale | 9/18/2019 | -470 | 62.4842 | $29,367.57 |
| Sale | 9/19/2019 | -849 | 61.8608 | $52,519.82 |
| Sale | 9/20/2019 | -661 | 60.7216 | $40,136.98 |
| *Class Period sales (matched to Class Period purchases):* | | *-2,209* | | *$146,881.27* |
| | | | **LIFO Gain/(Loss):** | **($22,837.31)** |
| | | | **Total LIFO Gain/(Loss):** | **($347,125.66)** |
| | | | **Total Shares Bought:** | **10,409** |
| | | | **Total Net Expenditures:** | **($347,125.66)** |

[1] *Value of shares held is the mean trading price from 10/23/2019 to 12/20/2019.*