UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MIRAMAR FIREFIGHTERS' PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>    v.<br><br>IROBOT CORPORATION, COLIN M. ANGLE, and ALISON DEAN,<br><br>                              Defendants. | Case No. 1:19-cv-12536-DJC<br><br>CLASS ACTION |
| JEROME CAMPBELL, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>    v.<br><br>IROBOT CORPORATION, COLIN M. ANGLE, and ALISON DEAN,<br><br>                              Defendants. | Case No. 1:19-cv-12483-DJC<br><br>CLASS ACTION |

**DECLARATION OF LUCAS E. GILMORE IN SUPPORT OF VINH NGO'S MOTION TO CONSOLIDATE RELATED CASES, APPOINT LEAD PLAINTIFF AND APPROVE SELECTION OF LEAD COUNSEL**

I, Lucas E. Gilmore, declare as follows:

1.      I am an attorney at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for class member Vinh Ngo ("Movant").  I am an attorney licensed to practice law in the State of California.  I make this declaration in support of Movant's Motion for Consolidation of Related Cases, Appointment as Lead Plaintiff and Approval of Lead Plaintiff's

- 1 -

Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached are true and correct copies of the following exhibits:

Exhibit A:    Movant's sworn Certification;

Exhibit B:    Charts of Movant's estimated losses;

Exhibit C:    Notice of pendency of class action published in *Cision PRNewswire*, a national business-oriented wire service, on October 24, 2019; and

Exhibit D:    Hagens Berman's firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 23rd day of December 2019, at San Diego, California.

                                    */s/ Lucas E. Gilmore*
                                    LUCAS E. GILMORE

**CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

/s/ David S. Nalven
DAVID S. NALVEN

- 1 -