# Exhibit B

**Loss Analysis for Vinh Ngo - IRobot Corporation (IRBT)**
**Class Period 11/21/16 - 10/22/19**

| | **PURCHASES** | | | | | **SALES** | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| **Pre-Class Held** | | | | | | | | | |
| **Class Period Purchases** | 04/25/19 | 3,000 | $100.0000 | $300,000.00 | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| **Post Class Purchases** | | | | | **Post Class Sales** | 12/16/19 | 3,000 | $49.0000 | $147,000.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| Total Shares Acquired in CP | 3,000 | Total Amount Paid in CP | $300,000.00 | Total Shares Sold in CP | 0 | Total  Amount Sold in CP | $0.00 |
|---|---|---|---|---|---|---|---|

| | | | | Post CP Shares Sold | 3,000 | Post CP Amount Sold | $147,000.00 |
|---|---|---|---|---|---|---|---|
| | | | | Total Shares Sold to Current | 3,000 | Total  Amount Sold to Current | $147,000.00 ALTERNATIVE |

**Actual Net Shares Acquired in CP**          3,000          (CP Retained Shares)

Net Amount Paid  in CP          $300,000.00

Net Amount Paid in CP Minus Sold to Current Date          $153,000.00 ALTERNATIVE

**Calculation Using 90-Day Lookback**

Net Shares Acquired in CP (CP Retained Shares)          3,000 Automatically 0 if Negative

Net  Shares Acquired During Class Period Held to Current Date          0 Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP          $47.33

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price          $141,975.71

Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price          $0.00 ALTERNATIVE

Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price          $300,000.00 ALTERNATIVE

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)          $158,024.29

Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)          $153,000.00 ALTERNATIVE