UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEROME CAMPBELL, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IROBOT CORPORATION, COLIN M. ANGLE, and ALISON DEAN,<br><br>Defendants. | No. 1:19-cv-12483-DJC<br><br>CLASS ACTION |
| MIRAMAR FIREFIGHTERS' PENSION FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IROBOT CORPORATION, COLIN M. ANGLE, and ALISON DEAN,<br><br>Defendants. | No. 1:19-cv-12536-DJC<br><br>CLASS ACTION |

**MOTION OF RICHARD W. MASUCCI FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF HIS SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF THE RELATED ACTIONS**

PLEASE TAKE NOTICE that Richard W. Masucci respectfully moves this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for entry of an Order: (1) appointing Mr. Masucci as Lead Plaintiff; (2) approving his selection of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") and Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz") as Lead Counsel and Block & Leviton LLP ("Block & Leviton") as Liaison Counsel for the Class; (3) consolidating the related actions; and (4) granting such other and further relief as the Court may deem just and proper.[1]

This Motion is made on the grounds that Mr. Masucci believes that he is the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff. Specifically, Mr. Masucci believes that he has the "largest financial interest" in the relief sought by the Class in this action by virtue of, among other things, the approximately $122,000 in losses that he incurred on his purchases of 4,705 shares of iRobot Corporation stock between November 21, 2016 and October 22, 2019, inclusive. Mr. Masucci also otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because his claims are typical of other Class members' claims and because he will fairly and adequately represent the interests of the Class.

In support of this motion, Mr. Masucci submits the accompanying Memorandum of Law, the Declaration of Jacob A. Walker and exhibits attached thereto, all of the prior pleadings in the

---

[1] Counsel for Mr. Masucci understands that Local Rule 7.1(a)(2) generally requires counsel to "certify that they have conferred and have attempted in good faith to resolve or narrow the issue" before a motion is filed. Mr. Masucci respectfully seeks relief from this requirement. Under the PSLRA, all motions seeking appointment as Lead Plaintiff must be filed 60 days after notice of the action is published—in this case, December 23, 2019. *See* 15 U.S.C. § 78u-4(a)(3)(A). However, here, no lead plaintiff motions were filed prior to December 23, 2019. Thus, it was not possible for proposed Lead Counsel for Mr. Masucci to identify or approach any competing movants.

above-captioned actions, and such other written and/or oral argument, as may be presented to the Court.

## REQUEST FOR ORAL ARGUMENT

Mr. Masucci hereby requests oral argument on the instant motion.  Mr. Masucci believes that oral argument may assist the Court in adjudicating the Lead Plaintiff motions that Mr. Masucci anticipates will be filed in this case.  Further, the appointment of Lead Plaintiff is an important matter because the Lead Plaintiff will be representing the interests of hundreds or thousands of absent Class members.

Dated: December 23, 2019

**BLOCK & LEVITON LLP**

/s/ Jacob A. Walker
Jeffrey C. Block (BBO #600747)
Jacob A. Walker (BBO #688074)
260 Franklin Street, Suite 1860
Boston, MA 02110
Telephone: (617) 398-5600
Facsimile: (617) 507-6020
jeff@blockesq.com
jake@blockesq.com

*Liaison Counsel for Proposed Lead Plaintiff Mr. Masucci and Proposed Liaison Counsel for the Class*

**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**

Avi Josefson, *pro hac vice* forthcoming
Michael D. Blatchley, *pro hac vice* forthcoming
Scott R. Foglietta, *pro hac vice* forthcoming
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
avi@blbglaw.com
michaelb@blbglaw.com
scott.foglietta@blbglaw.com

### Certificate of Service

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on December 23, 2019.

/s/ Jacob A. Walker

2

**KESSLER TOPAZ**
  **MELTZER & CHECK, LLP**

Naumon A. Amjed
Ryan T. Degnan
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
namjed@ktmc.com
rdegnan@ktmc.com

*Counsel for Proposed Lead Plaintiff*
*Mr. Masucci and Proposed Lead Counsel*
*for the Class*