**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JEROME CAMPBELL, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IROBOT CORPORATION, COLIN M. ANGLE, and ALISON DEAN,<br><br>Defendants. | No. 1:19-cv-12483-DJC<br><br>CLASS ACTION |
| MIRAMAR FIREFIGHTERS' PENSION FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IROBOT CORPORATION, COLIN M. ANGLE, and ALISON DEAN,<br><br>Defendants. | No. 1:19-cv-12536-DJC<br><br>CLASS ACTION |

**[PROPOSED] ORDER APPOINTING RICHARD W. MASUCCI AS LEAD PLAINTIFF,
APPROVING HIS SELECTION OF LEAD COUNSEL, AND
CONSOLIDATING ALL RELATED ACTIONS**

Upon consideration of (1) the Motion of Richard W. Masucci for appointment as Lead Plaintiff, approval of his selection of Lead Counsel, and consolidation of the related actions; (2) the Memorandum of Law in support thereof; (3) the Declaration of Jacob A. Walker; and (4) all other pleadings and argument submitted to this Court; and for good cause shown,

**IT IS HEREBY ORDERED THAT**:

1.  Mr. Masucci's Motion is **GRANTED**.

2.  Mr. Masucci is **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned actions and all related actions consolidated pursuant to paragraphs 4 and 5 of this Order.

3.  Mr. Masucci's selection of Lead and Liaison Counsel is **APPROVED**, and Bernstein Litowitz Berger & Grossmann LLP and Kessler Topaz Meltzer & Check, LLP are **APPOINTED** as Lead Counsel for the Class and Block & Leviton LLP is **APPOINTED** as Liaison Counsel for the Class.

4.  Pursuant to Civil Local Rule 3-12(a) and Rule 42(a) of the Federal Rules of Civil Procedure ("Rule 42(a)"), *Miramar Firefighters' Pension Fund v. iRobot Corporation*, No. 1:19-cv-12536-DJC (D. Mass.), is deemed related to and consolidated with *Campbell v. iRobot Corporation*, No. 1:19-cv-12483-DJC (D. Mass.) (collectively, the "Consolidated Action").

5.  Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, any pending, previously or subsequently filed, removed, or transferred actions that are related to the claims asserted in the Consolidated Action are **CONSOLIDATED** for all purposes.

6.  The Consolidated Action shall be captioned "*In re iRobot Corporation Securities Litigation.*" and the file shall be maintained under Master File No. 1:19-cv-12483-DJC.

2

**IT IS SO ORDERED**.

Dated: _____ ____, _____

_____
HON. DENISE J. CASPER
UNITED STATES DISTRICT JUDGE

2