**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JEROME CAMPBELL, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IROBOT CORPORATION, COLIN M. ANGLE, and ALISON DEAN,<br><br>Defendants. | No. 1:19-cv-12483-DJC<br><br><u>CLASS ACTION</u> |
| MIRAMAR FIREFIGHTERS' PENSION FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IROBOT CORPORATION, COLIN M. ANGLE, and ALISON DEAN,<br><br>Defendants. | No. 1:19-cv-12536-DJC<br><br><u>CLASS ACTION</u> |

**DECLARATION OF JACOB A. WALKER IN SUPPORT OF THE MOTION OF RICHARD W. MASUCCI FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF HIS SELECTION OF LEAD COUNSEL, AND <u>CONSOLIDATION OF THE RELATED ACTIONS</u>**

I, Jacob A. Walker, declare as follows:

1.      I am a partner in the law firm of Block & Leviton LLP.  I make this declaration in support of the Motion of Richard W. Masucci for entry of an Order: (1) appointing Mr. Masucci as Lead Plaintiff; (2) approving his selection of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") and Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz") as Lead Counsel and Block & Leviton LLP ("Block & Leviton") as Liaison Counsel for the Class; (3) consolidating the related actions; and (4) granting such other and further relief as the Court may deem just and proper.

2.      Attached as Exhibits A through G are true and correct copies of the following documents:

EXHIBIT A:  Certification of Mr. Masucci;

EXHIBIT B:  Chart of transactions and losses of Mr. Masucci;

EXHIBIT C:  Declaration of Richard W. Masucci in Support of his Motion for Appointment as Lead Plaintiff, Approval of his Selection of Lead Counsel, and Consolidation of All Related Actions;

EXHIBIT D:  Notice of pendency of *Miramar Firefighters' Pension Fund v. iRobot Corporation*, No. 1:19-cv-12536-DJC (D. Mass.), published on October 24, 2019;

EXHIBIT E:  Firm résumé of Bernstein Litowitz;

EXHIBIT F    Firm résumé of Kessler Topaz; and

EXHIBIT G:  Firm résumé of Block & Leviton.

I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 23rd day of December, 2019.



*/s/ Jacob A. Walker*

Jacob A. Walker