# EXHIBIT C

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEROME CAMPBELL, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IROBOT CORPORATION, COLIN M. ANGLE, and ALISON DEAN,<br><br>Defendants. | No. 1:19-cv-12483-DJC<br><br>CLASS ACTION |
| MIRAMAR FIREFIGHTERS' PENSION FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IROBOT CORPORATION, COLIN M. ANGLE, and ALISON DEAN,<br><br>Defendants. | No. 1:19-cv-12536-DJC<br><br>CLASS ACTION |

**DECLARATION OF RICHARD W. MASUCCI IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF HIS SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF THE RELATED ACTIONS**

I, Richard W. Masucci, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I respectfully submit this Declaration in support of my motion for appointment as Lead Plaintiff in the above-captioned securities class actions on behalf of investors in iRobot Corporation ("iRobot" or the "Company") pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). I was informed of and understand the requirements and duties imposed by the PSLRA and I have personal knowledge about the information in this Declaration.

2.    I am a resident of Staten Island, New York. I am a co-founder and former President of Prompt Direct, Inc., a full-service, direct mail and multi-channel marketing solutions provider. I also have over 20 years of experience investing in the public stock markets, as well as in real estate throughout the Tri-State Area. As reflected in my certification, I purchased a significant amount of iRobot stock during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action. I personally made the investment decisions in connection with each of these transactions and executed these transactions in my personal brokerage account. I understand and accept the fiduciary obligations that I will assume if appointed as Lead Plaintiff.

3.    Because I incurred substantial losses as a result of defendants' violations of the federal securities laws, I am highly motivated to oversee the vigorous prosecution of this action. Accordingly, I believe that this case must be prosecuted by a sophisticated investor with a financial interest substantial enough to ensure that the action is litigated vigorously, efficiently, and in the best interests of the Class. My primary goal in litigating this action is to maximize the Class' recovery from all potentially culpable parties. For these reasons, among others, I determined that I could maximize the Class' recovery by serving as Lead Plaintiff.

4.      On or about October 30, 2019, I reviewed a notice published by Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") announcing that it and Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz") (collectively, "Proposed Lead Counsel") had filed the first securities class action against iRobot. That same day, I contacted Bernstein Litowitz to inquire about the iRobot securities class action. I also provided Bernstein Litowitz with information regarding my Class Period transactions in iRobot stock.

5.      Prior to the filing of this motion, I had telephonic, email, and in-person discussions with Proposed Lead Counsel regarding the litigation against iRobot, the possibility of serving as a Lead Plaintiff on behalf of other iRobot investors, and the duties and responsibilities that I would assume if appointed as Lead Plaintiff under the PSLRA. I was informed of and understood that I was under no obligation to seek appointment as Lead Plaintiff or to retain Proposed Lead Counsel or any other law firm to represent me in this litigation.

6.      I affirmatively decided to retain Proposed Lead Counsel to file a motion on my behalf seeking appointment as Lead Plaintiff. In connection with my decision, I executed a retention agreement with counsel before my motion was filed. Given that Bernstein Litowitz and Kessler Topaz have been jointly developing the claims in this litigation, I authorized Bernstein Litowitz to seek appointment as Lead Counsel with Kessler Topaz. My decision to authorize Proposed Lead Counsel to work collaboratively in prosecuting this case is also informed by my belief that the firms will prosecute this litigation in a zealous and efficient manner as Lead Counsel under my supervision. I further believe that Bernstein Litowitz and Kessler Topaz's experience jointly litigating securities class actions under the PSLRA will benefit the Class. For example, I have been advised that Bernstein Litowitz and Kessler Topaz served (or are currently serving) together as lead counsel in several complex securities class actions, and have recovered more than

2

$4.5 billion, collectively, on behalf of investors in Allergan, Bank of America, Citigroup, JPMorgan Chase, Lehman Brothers, and Wachovia, among others.

7.    I am committed to satisfying the fiduciary obligations that I will assume if appointed as Lead Plaintiff, including by conferring with my Proposed Lead Counsel regarding the strategy for prosecuting this case and other matters, as needed, and reviewing and authorizing the filing of important litigation documents. Through these and other measures, I will ensure and hereby reaffirm that this action against iRobot and defendants will be vigorously litigated consistent with the Lead Plaintiff's obligations under the PSLRA and in the best interest of the Class.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true to the best of my knowledge.  Executed this 20th day of December, 2019.

Richard W. Masucci