**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JEROME CAMPBELL, Individually and on Behalf of All Others Similarly Situated,<br><br>         Plaintiff,<br><br>   v.<br><br>IROBOT CORPORATION, COLIN M. ANGLE, and ALISON DEAN,<br><br>         Defendants. | No.: 1:19-cv-12483-DJC |
| MIRAMAR FIREFIGHTERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>         Plaintiff,<br><br>   v.<br><br>IROBOT CORPORATION, COLIN M. ANGLE, and ALISON DEAN,<br><br>         Defendants. | No.: 1:19-cv-12536-DJC |

**DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF MIN ZHAO FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

I, Jeremy A. Lieberman, hereby declare as follows:

1.  I am an attorney with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Min Zhao ("Zhao") and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Zhao's motion for consolidation of the above-captioned related actions, appointment as Lead Plaintiff for the Class, and approval of Zhao's selection of Pomerantz as Lead Counsel and Andrews DeValerio LLP ("Andrews DeValerio") as Liaison Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:      Press release published over *Business Wire* on October 24, 2019, announcing the pendency of the first of the above-captioned related actions to be filed;

Exhibit B:      Shareholder Certification;

Exhibit C:      Loss Chart of Zhao;

Exhibit D:      Firm resume of Pomerantz; and

Exhibit E:      Firm resume of Andrews Devalerio.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on December 23, 2019, at New York, New York.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

2

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on December 23, 2019.

*/s/ Daryl Andrews*
Daryl Andrews