**iRobot Corporation (IRBT)**
**Class Period: November 21, 2016 and October 22, 2019**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 59 Days Mean Price $47.3252 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Zhao, Min | 4/24/2019 | 828 | $104.6323 | ($86,636) | | | | | | | |
| **Zhao, Min** | | **828** | | **($86,636)** | | | | | **828** | **$39,185** | **($47,450)** |

*Avg Closing Prices from October 23, 2019 to December 20, 2019