

ANDREWS DEVALERIO
ATTORNEYS AT LAW

265 FRANKLIN ST.,
SUITE 1702
BOSTON, MA 02110
617-936-2796

## FIRM RESUME

The attorneys at Andrews DeValerio have decades of experience in business litigation and prosecuting class actions on behalf of institutions and individuals and recovering losses caused by violations of securities, antitrust and consumer laws.

**Daryl Andrews** is a co-founding partner of Andrews DeValerio. Her practice has focused on securities litigation for the past decade. She has successfully litigated numerous class actions that have resulted in substantial settlements for defrauded investors. Ms. Andrews has also practiced business litigation with an emphasis on entertainment, bankruptcy and real estate litigation, and employment law. Ms. Andrews has been named a Rising Star by Massachusetts Super Lawyers magazine in 2007, 2008, and 2013 – 2016.

After graduating from Smith College and Boston University School of Law, Ms. Andrews clerked for Judge Michael A. Ponsor of the U.S. District Court, District of Massachusetts.

**Glen DeValerio** is a co-founding partner of Andrews DeValerio. He was a co-founder in 1982 of Berman DeValerio & Pease, LLP, one of the law firms that later formed Berman DeValerio. Mr. DeValerio has prosecuted federal securities law violations, chiefly class and derivative actions, since the early 1970s. In 1973 and 1974, he served as law clerk to the Honorable June L. Green, U.S. District Court for the District of Columbia. Mr. DeValerio served on the Catholic University Law Review's editorial board for two years. A frequent lecturer on complex securities litigation issues, Mr. DeValerio speaks at continuing legal education seminars sponsored by groups such as PLI, ALI-ABA and the Boston Bar Association. He is vice president of the International Financial Litigation Network, an association of law firms seeking to create a global litigation framework to promote legal security, transparency and market confidence. Mr. DeValerio served as President of the National Association of Securities and Commercial Law Attorneys (NASCAT) from 1996 to 1998.

Mr. DeValerio has received the following accolades:
- The Legal 500 recently ranked Mr. DeValerio as "recommended " in securities litigation in its 2017 U.S. edition.
- Awarded a rating of AV® PreeminentTM by Martindale-Hubbell®
- Local Litigation Star by Benchmark Litigation in 2013
- Named one of Massachusetts' "Super Lawyers" in securities litigation for the years 2004-2005, 2008-2017 by Super Lawyers, part of Thomson Reuters