UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MIRAMAR FIREFIGHTERS' PENSION         :
FUND, on behalf of itself and all others
similarly situated,                   :
                                                    Civil Action No. 1:19-cv-12536-DJC
                    Plaintiff,         :
        v.
                                       :
IROBOT CORPORATION, COLIN M.
ANGLE, and ALISON DEAN,                :

                    Defendants.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**STIPULATION AND JOINT MOTION FOR ORDER
EXTENDING DEFENDANTS' TIME TO RESPOND TO THE
COMPLAINT AND FOR SUBMITTING PROPOSED SCHEDULE**

Plaintiff Miramar Firefighters' Pension Fund and Defendants iRobot Corporation, Colin

M. Angle, and Alison Dean (collectively, "Defendants," and together with Plaintiff, the

""Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows and

jointly request that the Court enter the below Order approving this Stipulation:

WHEREAS, on October 24, 2019, Plaintiff filed the above-captioned securities fraud

class action in the United States District Court for the Southern District of New York asserting

claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. §§

78j(b) and 78t(a), and Rule 10b-5 promulgated thereunder ("*Miramar Firefighters*");

WHEREAS, on November 8, 2019, a related securities fraud class action captioned

*Campbell v. iRobot Corp.*, No. 19-cv-10373 ("*Campbell*"), was filed in the United States District

Court for the Southern District of New York asserting substantially the same claims against the

same defendants as *Miramar Firefighters*;

WHEREAS, on December 9, 2019, *Campbell* was transferred to this District and on December 18, 2019, *Miramar Firefighters* was transferred to this District. *Miramar Firefighters* and *Campbell* are both assigned to this Court;

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A)(i), on October 24, 2019, counsel for Plaintiff published a notice on *Business Wire* which alerted investors to the pendency of *Miramar Firefighters* and set the deadline to seek Lead Plaintiff status as December 23, 2019;

WHEREAS, the Parties anticipate that, pursuant to the PSLRA, 15 U.S.C. § 78u-4(a)(3), proposed class members will move the Court to consolidate *Miramar Firefighters* and *Campbell* and seek appointment as Lead Plaintiff;

WHEREAS, the Parties have agreed to a schedule that extends Defendants' time to respond to the complaint in *Miramar Firefighters* until after a Lead Plaintiff has been appointed and a consolidated complaint has been filed;

WHEREAS, Defendant iRobot Corporation was served with a summons and the complaint in *Miramar Firefighters* on or about October 30, 2019.

WHEREAS, counsel for Defendants are authorized to waive, and hereby waive, service of the summons and complaint in *Miramar Firefighter* on Defendants Colin M. Angle and Alison Dean without waiving any of Defendants' rights or defenses other than with respect to sufficiency of service of process; and

WHEREAS, this Stipulation is without prejudice to, or waiver of, any rights, arguments, or defenses otherwise available to the Parties to the Action.

2

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, and respectfully requested, by and among the undersigned counsel for the respective Parties, subject to approval of the Court, that:

1.    Defendants are not required to respond to Plaintiff's complaint.

2.    Within 14 days of the entry of an order appointing Lead Plaintiff and Lead Counsel, Lead Counsel and Counsel for Defendants shall jointly submit a proposed schedule for the filing of a consolidated complaint, Defendants' response thereto, and all associated briefing.

Dated: December 23, 2019
        Boston, Massachusetts

Respectfully submitted,

/s/ Jacob A. Walker
Jeffrey C. Block (BBO #600747)
Jacob A. Walker (BBO #688074)
BLOCK & LEVITON LLP
260 Franklin Street, Suite 1860
Boston, Massachusetts 02110
(617) 398-5600
jeff@blockesq.com
jake@blockesq.com

Liaison Counsel for Plaintiff
Miramar Firefighters' Pension Fund

Hannah Ross
Avi Josefson
Michael D. Blatchley
BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 554-1400
hannah@blbglaw.com
avi@blbglaw.com
michaelb@blbglaw.com

/s/ Alisha Q. Nanda
James R. Carroll (BBO #554426)
Alisha Q. Nanda (BBO #657266)
Rene H. DuBois (BBO #688849)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
james.carroll@skadden.com
alisha.nanda@skadden.com
rene.dubois@skadden.com

Counsel for Defendants
iRobot Corporation, Colin M. Angle and
Alison Dean

3

Naumon A. Amjed
Ryan T. Degnan
KESSLER TOPAZ MELTZER
    & CHECK, LLP
280 King of Prussia Road
Radnor, Pennsylvania 19087
(610) 667-7706
namjed@ktmc.com
rdegnan@ktmc.com

Robert D. Klausner
Bonni S. Jensen
KLAUSNER KAUFMAN JENSEN
    & LEVINSON
7080 Northwest 4th Street
Plantation, Florida 33317
(954) 916-1202
bob@robertdklausner.com

Counsel for Plaintiff
Miramar Firefighters' Pension Fund

SO ORDERED:

Dated: _____

_____
Denise J. Casper
United States District Judge