UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------x
In re IROBOT CORPORATION SECURITIES :
LITIGATION                          :
------------------------------------x  Master File No.: No. 1:19-12536-DJC
                                    :
This Document Relates To:              CLASS ACTION
                                    :
ALL ACTIONS
                                    :
------------------------------------x

## ~~JOINT MOTION FOR~~ ORDER MODIFYING SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Lead Plaintiff Carpenters Annuity Trust Fund for Northern California and Carpenters Pension Trust Fund for Northern California ("Lead Plaintiff") and Defendants iRobot Corporation, Colin M. Angle, and Alison Dean ("Defendants," and together with Lead Plaintiff, the "Parties") respectfully file this Joint Motion seeking an eleven-day extension of the deadlines for Lead Plaintiff to file an Amended Complaint, up to and including April 3, 2020, and for Defendants to move, answer, or otherwise respond to the Amended Complaint (including any related briefing deadlines). In support thereof, the Parties state as follows:

1. This is a complex consolidated securities fraud class action involving, *inter alia*, allegations pertaining to the results, operations, and finances of a multinational corporation and whether certain statements made during a period of several years complied with Sections 10(b) and 20(a) of the Securities and Exchange Act of 1934. *See* ECF No. 1.

2. On January 24, 2020, the Court appointed Lead Plaintiff and Lead Counsel in this Consolidated Action. ECF No. 52.

3. On February 6, 2020, the Parties filed a Proposed Schedule, which the Court so-ordered on February 12, 2020, setting the following deadlines:

  A. Lead Plaintiff shall file and serve an Amended Complaint on or before March 23, 2020;

  B. Defendants shall move, answer, or otherwise respond to the Amended Complaint on or before May 8, 2020;

  C. If Defendants file a motion to dismiss the Amended Complaint, Lead Plaintiff shall file and serve any opposition on or before June 22, 2020; and

  D. Defendants shall file and serve any reply on or before July 22, 2020.

*See* ECF No. 62.

  4. Since Lead Plaintiff's appointment, the Commonwealth of Massachusetts[1] and the State of New York[2] recently have declared a public emergency in each state concerning the rapid spread of the coronavirus ("COVID-19"), which the World Health Organization declared a pandemic on March 11, 2020. Likewise, the President of the United States has now declared a national emergency in response to COVID-19. Accordingly, federal and state authorities have ordered strict "social distancing" preventative measures to contain or slow the spread of COVID-19, including the closing of public and private schools, the cancellation of virtually all events involving large public gatherings, and the recommendation that all businesses work remotely wherever feasible.

  5. As a result of these public health emergencies, the undersigned Liaison Counsel and Lead Counsel represent that they were forced to vacate their offices starting on March 13 and March 16, 2020, respectively, and continuing indefinitely. The attorneys and staff for Lead Counsel and Liaison Counsel are now working remotely from home and continuing to diligently

---

[1] *See In re: Coronavirus Pub. Emergency, Gen. Order 20-2* (D. Mass. March 12, 2020) (Saylor, C.J.), *available at* http://www.mad.uscourts.gov/general/pdf/031220%20FDS%20General%20Order%2020-2%20-%20Coronavirus%20administrative%20order%20regarding%20jury%20trials%20and%20proceedings.pdf.
[2] Exec. Order No. 202, *Declaring a Disaster Emergency in the State of New York* (Mar. 7, 2020), *available at* https://www.governor.ny.gov/sites/governor.ny.gov/files/atoms/files/EO_202.pdf.

prosecute the Class's claims. The undersigned Liaison Counsel and Lead Counsel represent that the substantial disruptions caused by the ongoing COVID-19 public health emergency, including counsel's unanticipated office closures, have caused significant logistical issues related to Lead Plaintiff's investigation and drafting of the claims alleged in the forthcoming Amended Complaint.

6. As a result of the disruptions caused by the existing COVID-19 public health emergency, and in order to fulfill their obligations to Lead Plaintiff and the Proposed Class, Lead Counsel respectfully requests a short extension of eleven (11) days of the deadline to file the Amended Complaint, from March 23, 2020 to April 3, 2020. Defendants' time to respond to the Amended Complaint would remain the same but the deadline would also be moved by eleven (11) days to May 19, 2020 (with concurrent extensions of Lead Plaintiff's opposition to any motion to dismiss, and Defendants' reply in further support of any motion to dismiss).

7. This extension of time is being made in good faith and is not being made for dilatory purposes. No parties will be prejudiced by the granting of this request.

8. Lead Counsel has conferred with Defendants' counsel regarding this request, and Defendants agree to this brief extension.

WHEREFORE, the Parties respectfully request the Court grant this Joint Motion to modify the deadlines in the Court's February 12, 2020 Scheduling Order as follows:

A. Lead Plaintiff shall file and serve an Amended Complaint on April 3, 2020;

B. Defendants' shall move, answer, or otherwise respond to the Amended Complaint on May 19, 2020;

C. If Defendants file a motion to dismiss the Amended Complaint, Lead Plaintiff shall file and serve any opposition on July 3, 2020; and

D. Defendants shall file and serve any reply on August 3, 2020.

Dated: March 18, 2020                                    Respectfully submitted,

/s/ James W. Johnson
James W. Johnson (admitted *pro hac vice*)
Michael H. Rogers (admitted *pro hac vice*)
Irina Vasilchenko (admitted *pro hac vice*)
James T. Christie (admitted *pro hac vice*)
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
jjohnson@labaton.com
mrogers@labaton.com
ivasilchenko@labaton.com
jchristie@labaton.com

*Counsel for Lead Plaintiff*
*Carpenters Annuity Trust Fund for*
*Northern California and Carpenters*
*Pension Trust Fund for Northern*
*California, and Lead*
*Counsel for the Class*

Guillaume Buell (BBO # 676566)
THORNTON LAW FIRM LLP
One Lincoln Street
Boston, Massachusetts 02111
Telephone: (617) 531-3933
Facsimile: (617) 720-2445
gbuell@tenlaw.com

*Liaison Counsel for the Class*

/s/ James R. Carroll
James R. Carroll (BBO #554426)
Alisha Q. Nanda (BBO #657266)
Rene H. DuBois (BBO #688849)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
james.carroll@skadden.com
alisha.nanda@skadden.com
rene.dubois@skadden.com

*Counsel for Defendants*
*iRobot Corporation, Colin M. Angle*
*and Alison Dean*

SO ORDERED:

Dated: March 19, 2020

_____
Denise J. Casper
United States District Judge