UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re IROBOT CORPORATION SECURITIES : 
LITIGATION                            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x    Master File No.: No. 1:19-12536-DJC
                                       :

This Document Relates To:              :    CLASS ACTION
                                       :
ALL ACTIONS                            :    **LEAVE TO FILE 30 PAGES**
                                       :    **GRANTED ON MAY 7, 2020**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


### APPENDIX OF PUBLIC RECORDS CITED
### IN MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS'
### MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT


Dated:  May 19, 2020                   James R. Carroll
                                       Alisha Q. Nanda
                                       Rene H. DuBois
                                       SKADDEN, ARPS, SLATE,
                                         MEAGHER & FLOM LLP
                                       500 Boylston Street
                                       Boston, Massachusetts 02116
                                       (617) 573-4800

                                       *Counsel for Defendants*
                                       *iRobot Corporation, Colin M. Angle,*
                                       *Alison Dean and Christian Cerda*

## TABLE OF CONTENTS

**DOCUMENT**                                                                                    **TAB**

iRobot Corp. 2016 Form 10-K (2/17/2017)................................................................1

Transcript of iRobot Corp. Presentation at Morgan Stanley Conf. (9/13/2017).............................2

Transcript of iRobot Corp. Q3 2017 Earnings Call (10/25/2017) ...................................3

iRobot Corp. Form 8-K (2/7/2018)*......................................................................4

Transcript of iRobot Corp. Q4 2017 Earnings Call (10/25/2017) ...................................5

iRobot Corp. 2017 Form 10-K (2/16/2018)................................................................6

Transcript of iRobot Corp. Analyst Day Presentation (3/1/2018) ...................................7

iRobot Corp. Analyst Day Presentation (3/1/2018)......................................................8

iRobot Corp. Form 8-K (4/24/2018)*......................................................................9

Transcript of iRobot Corp. Q1 2018 Earnings Call (4/25/2018) ...................................10

iRobot Corp. Q1 2018 Form 10-Q (5/4/2018)..............................................................11

iRobot Corp. Form 8-K (7/24/2018)*....................................................................12

Transcript of iRobot Corp. Q2 2018 Earnings Call (7/25/2018) ...................................13

iRobot Corp. Q2 2018 Form 10-Q (8/3/2018)..............................................................14

Transcript of iRobot Corp. Presentation at Morgan Stanley Conf. (9/3/2018).............................15

iRobot Corp. Form 8-K (10/23/2018)*..................................................................16

Transcript of iRobot Corp. Q3 2018 Earnings Call (10/24/2018) ...................................17

iRobot Corp. Q3 2018 Form 10-Q (11/2/2018)..............................................................18

Transcript of iRobot Corp. Presentation at Raymond James Technology
Investors Conf. (12/5/2018)............................................................................19

iRobot Presentation at Raymond James Technology Investors Conf. (12/5/2018)......................20

---

\*      Consecutive page numbers added for ease of reference.

iRobot Corp. Form 8-K (2/6/2019)* ........................................................................................21

Transcript of iRobot Corp. Q4 2018 Earnings Call (2/7/2019) .....................................................22

iRobot Corp. 2018 Form 10-K (2/14/2019) ................................................................................23

Transcript of iRobot Corp. Q1 2019 Earnings Call (4/24/2019) ...................................................24

iRobot Corp. Q1 2019 Form 10-Q (5/2/2019) ............................................................................25

iRobot Corp. Form 8-K (7/23/2019)* ........................................................................................26

Transcript of iRobot Corp. Q2 2019 Earnings Call (7/24/2019) ...................................................27

iRobot Corp. Q2 2019 Form 10-Q (8/1/2019) ............................................................................28

iRobot Corp. Form 8-K (10/22/2019)* .......................................................................................29

Press Release (without attachment),
SimpliSafe Names Christian Cerda CEO (12/03/2019)..................................................................30

Dated:  May 19, 2020
       Boston, Massachusetts

Respectfully submitted,

/s/ James R. Carroll
James R. Carroll (BBO #554426)
Alisha Q. Nanda (BBO #657266)
Rene H. DuBois (BBO #688849)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
james.carroll@skadden.com
alisha.nanda@skadden.com
rene.dubois@skadden.com

*Counsel for Defendants
iRobot Corporation, Colin M. Angle,
Alison Dean and Christian Cerda*