# Tab 7

**S&P Global**
Market Intelligence

# iRobot Corporation NasdaqGS:IRBT
# Analyst/Investor Day
## Thursday, March 01, 2018 3:30 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

1

# Table of Contents

| | | |
|---|---|---|
| Call Participants | ................................................................. | 3 |
| Presentation | ................................................................. | 4 |
| Question and Answer | ................................................................. | 13 |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Alison Dean**
*Executive VP, CFO, Treasurer &*
*Principal Accounting Officer*

**Christian Cerda**
*Chief Operating Officer*

**Colin M. Angle**
*Co-Founder, Chairman & CEO*

**Elise P. Caffrey**
*Senior Vice President of Investor*
*Relations*

**Glen D. Weinstein**
*Executive VP, Chief Legal Officer &*
*Secretary*

**Jennifer Lichtenheim**

**ANALYSTS**

**Unknown Analyst**

**ATTENDEES**

**Unknown Attendee**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Elise P. Caffrey**
*Senior Vice President of Investor Relations*

Good morning, and welcome to iRobot's 10th Analyst Day. We have a beautiful day in Boston as we always do in March. So I'm glad you could join us here today.

For those of you whom I haven't met, I'm Elise Caffrey, iRobot Investor Relations, and we put together today a program that we hope you'll find interesting and informative with presentations from our Executive Management team.

Presenting today in addition to Colin Angle and Alison Dean, whom most of you have met, are Christian Cerda, our Chief Operating Officer; Jennifer Lichtenheim, our Vice President of Sales, America; and Glen Weinstein, our Chief Legal Officer.

This is Christian's fifth Analyst Day since joining the company in 2013 from Whirlpool Corporation, where he served in many executive, marketing and brand development positions, both domestically and overseas.

Jennifer, who's been delivering phenomenal performance in our U.S. Market as VP Sales for the Americas, has 25 years of experience in the consumer products' industry and is well respected throughout the retail community. Since joining iRobot 3.5 years ago from Sony, where she was General manager and Head of Sales for their sound division, Jennifer has had responsibility for iRobot's sales, channel marketing and overall execution for Americas region.

And Glen Weinstein, Chief Legal Officer, joined iRobot from the law firm of Covington & Burling in 2000 as iRobot's General Council. Since then, he's been responsible for all aspects of the company's legal function, including intellectual property, prosecution and strategy and has led iRobot from a single patent company to one holding a leading portfolio.

Following each of our panels today, there will be a Q&A session. So I'd appreciate your holding your questions until then.

And finally, a reminder that during this event, we'll be making some forward-looking statements that are subject to factors, which could cause actual results to differ materially from those expressed in the statements and investors are cautioned not to place undue reliance on such statements.

With that, I'll turn the program over to Colin.

**Colin M. Angle**
*Co-Founder, Chairman & CEO*

Okay. Thank you again for traveling to Boston and joining us today. It's a, by design, small group to ensure that we can go deeper that you can have real conversations with more of our management team and certainly in the Q&A session, have an opportunity for all of you to ask whatever questions you might want to throw out.

This is a very exciting time at iRobot and I'm going to kick it off talking about growth and technology before handing the baton to Christian.

iRobot delivered a very forward leaning, very exciting growth projection for the next 3 years as well as delivering our highest guidance for growth that I think the company probably has ever done, and so from that, you should understand that we are bullish as to where this industry is going, bullish about our product positioning in this industry and excited to see the clock move forward.

I wanted to buy a little -- put a little more depth into why I believe that iRobot is poised for such growth. First, that we have an unprecedented control over our channel. Last year, we successfully bought and integrated, our largest distributor in Europe, Robopolis, and we completed the transaction and integrated

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

our distributor in Japan. The effect of this is that we now control about well over 70% of our distribution and we can extend with a tremendous control the marketing programs that we have designed and built and tested in North America to other regions. This is very important as the complexity and the competitive landscape evolve in this market, that we're able to use this disciplined investment in sales and marketing on a broader scale, one of our growth drivers.

Second, and Christian will go into this a little bit more depth. It is still early days, the idea that robot vacuuming as a segment is at all saturated is, in our case, [ soundly ] untrue. We believe that in North America, we're at most an 11% household penetration rate and the study that we did a couple years ago and shared with you suggested that we could see a near tripling of that market share percentage before we would see any saturation effects impacting iRobot and I think that since we did that work, the creation of a low end of the marketplace, robots below $199, not a place where iRobot plays, has extended the reach of the percentage of households that could use a robot further. So this low household penetration means that we are not concerned that we're going to suddenly hit a saturation point anytime soon. We're also seeing an acceleration in the category growth. The amount of media being spent not just by us, but by our competitors is rapidly growing the awareness for the category. And this has been great and we are able to harvest it with exceptional effect, particularly in North America, and Jennifer will give some statistics as to what we did and detail on how that worked out. But the category is well into going mainstream. So that effect is there. And then fourth, iRobot invests in research and development and turns those R&D dollars into sustainably leading products.

What happened in Q4 of 2017, I'll describe a little bit about the product differentiation we had in the marketplace, and I'll give you a little bit of a peek into how we will maintain this leadership on a go-forward basis. But iRobot prides itself on not just being a technology company for the sake of being a technology company, but a technology company in service of the consumer. We had to make this jump that a robot wasn't valuable unless the features of that robot were in service to a customer, who really didn't care whether it was a robot or not. They just wanted their floors clean and we've made that jump a number of years ago. It's part of our culture and when you -- I'll explain a little bit about '17, hopefully, you'll see that philosophy in act.

Again, we'll have Jennifer and Christian speak more about this, but the global growth in this industry is tremendously exciting. Over the last 3 years, nearly a 40% CAGR in North America, a 24% CAGR in EMEA and a 14% CAGR in Asia-Pacific. So on a global basis, the robot vacuuming segment is moving in a very exciting direction and we see that -- sort of on a global basis, we'll see continued strong momentum for years to come.

Christian, our COO -- Elise did a great job introducing Christian. He's going to take on the task of trying to explain the drivers of growth outside of North America, and Jennifer is going to do a deeper dive into the Americas.

So I'll leave growth for a second and spend a few minutes talking about technology. As you saw, 2017 was a tremendous year for us. Q4 results were spectacular and legitimate to ask the question, Why? What was it? There's so many competitors, every time I read a magazine, someone else is coming into the marketplace. How is it iRobot that you guys stay ahead? The answer is many factors. The retail strategy we have, the investment in sales and marketing plays a very important role, but the robots provide a superior experience to the consumer. The ratings that we get on Amazon, the word of mouth that we're able to -- we enjoy is based on the fact that these robots really work. They clean incredibly powerfully and clean kind of like you would, where the Dirt Detect feature, which was highlighted in '17, not new to iRobot, but we chose based on listening to our consumers that it made sense to them and we -- by advertising and promoting it, they could see differentiation, right, this idea that one pass over dirt doesn't clean all the dirt, all the time. We use our eyes to see the dirt, the robot uses a variety of sensors to determine whether it's picking up dirt or not and goes back and repeats until the dirt is gone and then moves on. Seems simple, iRobot core IP, no one else is doing this in the marketplace. Our customers actually care. A better robot.

Simple, these -- if you flip over a robot, you'll see an immediate difference between all of our robots and every other robot in the vacuuming cleaning market. We have 2 brushes, they have one. We care about

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

it. It's visually impactful to our customers. They understand what it means from an efficacy perspective. It gives them confidence that this is a more serious cleaning machine and our brushes are not bristles, they are these debris extractors. Why is that important? Well, if you have long hair or pets and don't have debris extractors, you have to every week cut the hair out of your bristle brushes. If you have these, you don't. It's as simple as that. Robot vacuuming is supposed to be easy. Sure, I can start it on my cellphone and that's cool. That takes about a couple seconds. Cutting here out of nasty bristle brushes takes a long time and is not something a customer wants to do. It is devastating to the customer experience. We have a solution for it and our customers know it. We tell them, they responded to this message and smart.

iRobot is in this for a long-term. When it came to choosing a strategy for understanding how to navigate around the room, we again chose the strategy that is different from nearly every single competitor on the market today and those that are trying this. Dyson tried to do something like us and failed to execute it well and that was a huge problem for them.

The difference is our competitors use lasers, their high-end products to try to understand how to move around the home and move around the home in a systematic fashion. And we use a camera. Why does that matter? Well, I'll show you if I can draw this for you, just one second. The way a laser works and I'll try to be brief, is it sends out a beam and you get back a range. You put all these ranges together and you have a shape that is created by the laser. So that if the laser was shooting out into a rectangular room, you would have a rectangular shape come back from the laser. The problem is laser only has an effective range of 4 to 6 feet because it's a cheap laser, it's not infinite. And so the shape that you get back isn't very large. You think about the shape as a puzzle piece that the software then tries to figure out where in the map does it go. You could imagine our room like this, a 4-foot puzzle piece could fit a near infinite number of places or if you're going down a corridor, which is 2 parallel lines with that's relative -- that's more than 4 to 6 feet in a home, that piece can fit many, many, many places. And so what that means is, the robot can't just rely on a laser. It has to say, well, I know where I am, I just moved, can my laser help me figure out where I am a little bit and, yes, I can work. But if I pick up that robot and I move it, that robot is lost. And it may never find itself again. Why is that? Does that matter? Well, today it doesn't matter a ton because people tend not to pick up their robot when it's operating. But when I flip this slide, I'll start to talk why that matters a huge amount. We use a camera, totally different strategy, what we look for are landmarks. These are things that can repeatedly recognize in the environment as long as I'm looking at that landmark. Why is that better? Well, because from anywhere in this room, I can see 3 landmarks and we have dozens of them that we create in your home and I know exactly where I am. If you pick up this robot, move it somewhere else, in 3 seconds, it will know exactly where it is. We have this incredibly robust foundation on which to build intelligence. And so our robots have a huge advantage -- reasonable advantage here because it's more robust, huge advantage as the clock goes forward. Because we play this game to win not just this year, but next year and the year after. So when we think about where we're going, we announced in our earnings call that there are going to be several new products launched this year. And if you came all the way to Boston to find out what they are, you're going to be disappointed. But we are coming out with new stuff this year and we're very excited about it.

Some technologies that these products will take advantage of, I will talk a little bit about. And the first is advanced mapping. And I just described about the foundational layer of using lasers and cameras to try to figure out where you are. Robot intelligence, ultimately, will be the thing that determines who wins in this nascent robot industry that we're attacking and who loses. Who has the smartest robust? The smartest robot will be able to do the most sophisticated things, the most wide variety of things. It will be the robot that picks up the beer from the refrigerator and brings it to you. To do that, you need AI, which we take very seriously and invest and are extremely good at. But that's actually not the challenge. The challenge is understanding the world. I can understand the sentence, please go to the kitchen and get me a beer. But if I don't know where the kitchen is, it doesn't matter that I understand this sentence. Intelligence requires a knowledge of the environment, a knowledge of the environment requires maps and it requires stable maps that don't get confused and robots that use them, that don't get lost or else the features and functions that are built on this intelligence are completely lost as soon as someone kicks the robot or you take your robot up and start it upstairs where the robot doesn't know exactly where it is. You lose all of this intelligence instantly. It's why building our robots on a foundation of understanding, a foundation of hard localization is so important.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

So what are we going to see? Well, we go from cleaning in nice straight lines, going back, recharging and finishing, being able to reliably get back to the dock, which is about our 900 series does, to robots that actually can do things like clean my kitchen. And that's important. Clean the following rooms. And then you take it a step further and you have this realization that when you clean your home, you don't just vacuum, you do other things. You vacuum and you mop. And maybe you do things beyond vacuuming and mopping, almost certainly so. And if we want robots to work together, to give you the type of home clean that you can do and that's the bar. If we can't do it as well as you, then you're going to do it yourself. Robots need to collaborate. And thus, they need to have a common frame of reference as to who is doing what, where, when and they have to be more intelligent than they are today. And so from a technology perspective, yes, iRobot makes investments. But it is on a long-term strategy to ensure that we maintain product differentiation to allow us to maintain the leadership in the market, to allow us to launch new products that have higher, more exciting functionality than the robots that we had last year and that it builds on a solid foundation so that we will win today, tomorrow and we'll be a company that is inventing this robot industry as it continues to grow.

So obviously, I'm very excited about where we are today. I'm very excited about the product road map, the technology road map and what is going to happen as the year plays out because I think we have a great growth strategy. This is the time when a company such as ours, in a rapidly developing market such as the robot industry is today, focuses on ensuring that we continue to lead and continue to grow.

And so I'm going to stop there and hand it over to Christian, who'll take it down a few feet in elevation from what I'm saying and deliver to us, hopefully, a clear understanding as to how the action, the growth strategy globally what we did in '17. Christian?

**Christian Cerda**
*Chief Operating Officer*

Thank you to you, Colin. Welcome to Boston. My name is Christian Cerda, and wow, 5 Analyst Days. So for those of you who haven't been on that length of a journey, 5 years ago, I started leading the home business unit, who was our consumer robot division and about 2 years ago, as the company focused only on the consumer segment, I became COO. Today, I have global responsibilities over sales, marketing, all of the supply chain and far East manufacturing and as well as product development. So let me go on the topic of growth that Colin asked me to cover. So from my perspective, our growth is based on: a, the incredible market potential that we sit on. That as I'll show you some data, every read that we have from the future of the consumer robotics market is great and we only see a category or market growth ahead of us. The second one and Colin covered is our product superiority and continuously passing consumer value down in our assortment. And the third one is our execution. A lot of the growth or a lot of capturing that market potential with the right product comes down to, are we executing right? Are we executing the right actions? Are we doing it in a control and profitable way? And are we building the infrastructure that would allow us to grow not only this year, but the 3 years and more to come.

Let me start by the market potential. This is a U.S. example. We have an installed base of about 13 million households. And out of all of our market research shows that we have an immediate potential market ahead of us that it is about twice of what we are today. This means, with the current technology, with the current price points, just with the right amount of this vision and word of mouth, we should be able to 3x the market that we have today. This does not take into consideration that every year, our products are better and whatever technology we have today, in 2 years' time, we follow more slow, that technology should be cheaper, right? So as we continue to evolve our products and because of our scale, supply chain, the maturity of the market, there is even more value, we should expect of that 27 million households in time, continues to grow. But for the very near, let's say, 3 years, 4 years' future, we don't see a limit on the market potential growth.

Another way to see this is the typical innovators, early adopter, early majority and this is also U.S. example in 2015. The category was in about 8% of households. In 2019 -- in 2016, we had reached 9%, right? In 2017, even though with that amazing 40-plus percent growth year-on-year, we were actually barely able to climb this to 10 point something of that maturity curve. If we go back to the previous

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

analysis, we believe that with the current products, we should have capability to address 30%, 35% of the market.

So even though we have -- or we're in the category, we are on a hugely accelerated growth rate. We are barely scratching the surface of what we have in front of us. A third way of seeing the same momentum, right, is through what is the proportion of the vacuum category that robots today take. And in 2012, robots took about 13% of the vacuum category. In '17, that became 23% of the vacuum category. And it's not only 23% of the vacuum category, it's the premium section of the vacuum category. Jennifer will later give you a little bit more detail of the U.S. and how robots are behaving, compared with stick vacs, compared with push vacuums and I think we all take our little bit of pride of being able to -- with a subsegment of the category, right, have a completely new way of doing things. And we believe that today is vacuums, tomorrow is mops and so on. We should continue to take more consumer opportunities where robots will do a better and easier job for the consumers. However, we are not the only ones that are recognizing this immense opportunity of consumer robots and every morning when I wake up, this is probably the first chart that comes to my mind, right, and I get reminded that all of the brands in the category and some that are new to the category are coming after this growth. This effect is not new, right, and here we listed 3 years of newcomers into this category. The latest one, I'm sure is Shark in the U.S.; Bosch in Europe; Samsung re-did their platform, new Neatos, new ECOVACS. Some of these names are scary, some of those names were scary, those -- that Panasonic name was also scary. The Samsung name when it appeared in '14 was also scary, and as I said, every morning I remind myself that we are in a huge opportunity of being in a category with growth and everyone will want a piece of it and we need to stay ahead through our product innovation, through our branding and through our execution to continue to lead this category.

This leads me to our share results. So this is our global share above $200 retail price and I think every time I've come here, I've shown a 3-year snapshot, right, and I think every time I say, usually, people that invented a category, eventually give up some of the share as the category grows. And so far, we have been effective that we are holding, right? In general terms, we are holding to our segment share position around 62%. The names, right, the size of the bars, they change from 1 year to the other, right, and they come up with different strengths for the marketplace, but we feel quite good that '17 was still another year where we maintained our segment position.

Going into more specific drivers of growth, one that has been especially effective, has been the use of our marketing. That 35% of the possible consumers need to be educated, right, and need to be made aware and they need to understand why a robot vacuum is the right solution for them. It's something new, it's something that maybe some of them have heard from a neighbor, but there is a critical marketing effort to make sure that they understand the value and that they understand that a Roomba is the right product for them. So we go through generating interest in the category, hey, robot vacuums are here and they're really useful to iRobot, 25 years of robot experience. We created this category, MIT. We are the leaders of the sector. Hey, do you need a 690? Do you need a 980, right? We cover actually all the price points. We go from the premium, but we also have more -- something more affordable if you want 2, 3 years' old technology and not the latest technology. And ultimately, and actually, this is exactly why we are better than the competition, which is some of the points that Colin mentioned, we have 2 Rollers or vSLAM is better and so on. And we believe that the effectiveness of that journey is what opens up that market potential and the speed in which we go and capture that market potential. And this takes me to a point that as -- I am also very proud of the capabilities of the iRobot team, which is through this unlocking, we go through a very robust process of maintaining those marketing investments in a profitable -- with a profitable return. This is a chart that Dwight Brown, our Global VP of Marketing, likes to use or the methodology that he likes to use and there is a range where we have an optimal spend if you spend too little, let's say, just to give you guys an example, if we would go on TV for a day, nobody will remember it, right? So there is a exact measure and quantity of GRPs in TV or minutes in TV where it's enough for people to remember, but it is not excessive to be more investment than what is required. And as this cumulative spend has an optimal range, our marginal return on investment also has an optimal spend. And we go through a lot of modeling to make sure that our marketing investments are both effective as well as returning to the bottom line, especially we believe that we are there with Roomba where most or all our investments are above this marginal ROI, which is $1 of marketing is bringing back $1.14 of

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Case 1:19-cv-12536-DJC    Document 79-7    Filed 05/19/20    Page 10 of 33
IROBOT CORPORATION ANALYST/INVESTOR DAY | MAR 01, 2018

margin back. As we create new categories like Braava, you usually don't start in a position and you start in a moment that you need to invest to build the category. In the U.S., we believe that we are already driving Braava to an accelerated growth and scale that we are very close to crossing the threshold of marginal profitability in our marketing activities. Linking with Colin's technology, another part of the mix to maintain the share and the growth is to make sure that we are passing continuous consumer value, both to delight our consumers and to make sure that we remain competitive. For example, the 890 that in '17, we positioned at $499, probably was one of the innovations 4 years ago and that was at that moment priced at $699. And that was the best we could do at that moment with that technology package, through work on our supply chain, our scale. That same technology package, we are able to now 2, 3 years later, position at $499 without impacting our profitability. As we do that, we launched sort of a new innovation 2 years ago, 2.5 years ago, 960 at $699. And Colin announced that gift package that we will hopefully be more explicit later in the year, right? But when that happens, again, we are going to be providing new consumer benefits, new consumer features and then we are going to squeeze the effectiveness of our supply chain in order to bring the great technology we have, hopefully, to even -- to more affordable consumer points. And that is part of our formula to keep the growth, keep the excitement and maintain our competitiveness versus consumer -- versus competitors that may be copying what we have already out in the market and some of them copy what we have had for a decade or so in the market. But that's our formula on how we maintain innovation, excitement and at the same time, competitiveness. And as I mentioned, right, this magic or this formula, we will now be able to hold it if it wouldn't be for a continuous focus on our operational efficiency and the cost of our product. So this is the chart of the -- of our gross margin over the last 4 years and we can compare that slide with all the competitors, with the slide of this gross margin. And it is happening from an immense amount of focus, planning on how we are moving the assortment down, benefiting from the scale. We have now a dedicated costing team both here in our headquarters in Bedford as well as in the far East that are completely focused on making sure that we benefit from the scale, benefit from best-in-class contract manufacturing. We are driving very strongly the automation in our manufacturing lines, robots making robots. And every year, we go back to our OEM factories. It's just incredible the amount of efficiencies and automation that we are being able to gather from the scale that we are getting. So that's how we have been able to improve gross margin in an extremely competitive environment. As we project forward, we believe that this gives us a good sense of why we believe that we should be stable in our gross margin and why, despite a competitive environment, we are not expecting to see a gross margin degradation. We have a stack of initiatives that cover already 2 years into the future on how we are going to be bringing more and more operational efficiencies and cost takeout. That as competition comes in and we have to react, right, we hopefully -- that enables us to maintain both the growth and our profitability.

Touching on Braava. We have had a great run. Braava jet as well as Braava 300 continue to scale up globally. We had a 47% growth of Braava, especially remarkable and maybe Jennifer will touch somewhat more. Last year was the first time that we enabled marketing investments behind the Braava category in the U.S. We had a TV -- first time that we have a TV campaign out in the key holiday season and actually the U.S. revenue grew 65% ahead of our global revenue. So that gives us confidence that we are in the good track -- in a good track of developing Braava as a second revenue stream and we again see another confirmation of our effective -- of the effectiveness of our marketing campaign.

Lastly, let me close with our global growth. So if we look at over the period -- this period of 4 years, globally we have had a 24% CAGR and we openly disclosed what is U.S. or domestic and how much is international. Domestically, we have had sort of an accelerated growth relative to the average with a 33% CAGR and internationally that relative to the 33%, that is lagging 16%, which brings me to our 2 major acquisition of forward integration. As Colin said, we acquired our 2 largest distributors globally with Japan, our largest single market, and then Robopolis with 7 major Western markets that in itself made the largest international distributor. And what do we want to gain? What we -- what -- as the category scales up, we gain more relevance with retailers. This enables best practices to flow around the globe more quickly. It enables global relationship with retailers like Amazon and what we have known to be working in the U.S., we can very quickly have the conversations with them in Munich, we can have it in Tokyo and it allows us to a faster reaction time when we see a competitive threat and how we need to fine-tune the gears. It allows us to have more control on how we're managing that marketing investment and make sure that we have less conversations on -- this has more ROI, this has less ROI, do this, don't do that. That with a

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

spglobal.com/marketintelligence                                                                          9

distributor, this is all possible, but it takes more time, it takes more effort and it -- we lose some of it. So with our key international acquisitions, we hope that this will enable long-term profitable growth as we are able to reutilize that effectiveness that has been so successful in the U.S., more easily in international markets.

Now we have above 75% of direct control of our global revenues. Clearly, this is recent because this too happened in '17. I think the other update is to report that both of these integrations are going quite well. We have had no major mishap. The teams have remained basically intact that I think with our -- with the help of our HR department, we've done a great job of integrating them in the iRobot culture. So I think I am happy to report that this type of large integrations don't always go smoothly, but in our case, we have been quite lucky so far or we have done a quite a good job on how we are bringing these 2 organizations into ours.

So to go more on this impressive 33% CAGR of the U.S., I think I'll pass it on to Jennifer and this is where you'll have a -- actually a more tangible yield of what I mean when we say execution. Execution is easy to say, but it's actually quite hard to achieve. It's usually cross-functional, multi-dimensional and a lot of coordinating -- a lot of coordination, a lot of prioritization, a lot building the infrastructure in order to enable growth needs to happen as we capture that S-curve going up. So I'm going to pass it on to Jennifer who will give you a little bit more detail on that incredible journey that we are having in the U.S. Thank you.

## Jennifer Lichtenheim

Good morning. I'm always happy to stand up and talk to anyone who'll listen it or give me the opportunity to talk about the category success as well as iRobot success in 2017. So thank you, Elise, for giving me that opportunity.

As you heard from Christian, there was significant changes over the past few years in the robotics vacuuming category globally and no different in the U.S. Most notably has been the change in competitive landscape. I think just a few short years ago, if you were walking through the retail community, if you were walking in shopping & retail, you would primarily see iRobot in the retail stores and maybe one other competitor. But as the category started to really take off, you started to see the segments within floor care shift and as those segments shifted, competitors quickly realized that they also had to shift if they wanted to maintain their position within the floor care category. So as we saw the growth need to pick up and even accelerate, we -- so did the competitors. We saw in 2016, 5 new competitors gained placement at national retail chains with up to 3 SKUs in a very short period of time as the growth trends continued so did the competition in 2017. According to NPD retail tracking services, the overall performance of the floor care category in 2017 grew 8%, but when you look at the different segments within the category, you see large segments such as uprights and canisters declining. Then you see RVC segment revolutionizing and changing the overall floor care category and delivering aggressive growth. And if you look a little bit deeper, you look at the top 10 performing models in all of floor care. Now I would imagine a few short years ago, you wouldn't find any robotic vacuums in the top-selling models. In 2017, you see that there were 4 robotic vacuums in the top-selling ranking for all of floor care. That makes robotic vacuums the most represented segment in the entire list, okay. And if you look specifically at Q4 of 2017, you'll see that a robotic vacuum was the best-selling model in all of floor care. It takes time to go over this with you guys because I think it helps really convey why robotic vacuums has become such an important and strategic initiative for retailers across the region. I'm sorry not for retail, retailers as well. Oh, yes, for retailers across the region, but -- and helps tell the story of why they needed to elevate and accelerate their support in expanding assortment, expanding merchandising space and expanding trade and marketing exposure. Retailers were fighting to gain and capture share in a quickly growing category and establish themselves as a destination. So when we look at the catalyst drivers for growth in the category overall, there were several in 2017.

First, I think you heard this from both Colin and Christian. iRobot continued to invest in awareness and media, but so did our competitors. For the first time, we really started to see competitors spend money in national media. We also saw retailers increased the exposure that they were giving to the category in their marketing activity. Over 500 activities in 2017 was dedicated to the category. We saw new competitors,

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

we saw expanded competitor. And for the first time, we saw retailers invest their own funds into national media campaigns by placing robotics in their commercials. So despite the new competitors, despite the expanded assortments and despite the aggressive promotional activity, you see that iRobot maintains its brand and product leadership, while significantly driving the growth of the category.

So our growth drivers more specifically in 2017, also many drivers that contributed to our success. First, I think it starts with product. I think, again, you heard from Colin and Christian, we launched 2 new models in the U.S. in 2017 that delivered connectivity throughout our entire core line. Previously connectivity was something that was only found in our premium segment.

We also continue to drive technology through the line by enhancing our mapping and app capabilities, increasing our consumer experience and engagement with our products. We also partnered with Google and Amazon to launch voice activation across all of our connected lines or connected products. And we also stood behind our commitment to drive awareness and household penetration through further investment in targeted marketing program. So we increased our media spend in TV campaigns, digital and social. We initiated our first ever national TV commercial on our Braava products, delivering 2.3 billion impressions in TV media -- from TV media. We have a full-time field marketing team that we continue to expand that also increased our engagement with retail associates and consumers by 32%. We maintained our national promotional cadence, focusing on our premium products and our Braava family products. And we executed our targeted distribution plans by successfully expanding with Walmart and QVC.

So a few years ago, seems like forever, but it was only a few years ago, we executed in a world of maybe 2 feet, 2 feet of space on maybe even one shelf, helps tell the story as well how the category has evolved and how the retailers have really shown the need to expand this category.

Today, we know we continue to invest in the merchandising and expand the space, where you see now in this example is an execution we have at Best Buy where we have 6 feet of branded space both on the 2 shelves. Also, we secured secondary merchandising opportunities that starts to position our products and our innovation, not only in floor care but outside of floor care in other areas throughout the store.

When it comes to major events and key holidays, iRobot truly shined in 2017. We secured an unprecedented amount of exposure during these times, delivering incredible results during the largest sell-through weeks of the year. Just a few example I've highlighted here for you today. Prime Day, I'm sure many of you are aware of. iRobot was selected as only one of 8 vendors or 8 brands and 2 of which were Amazon products. So outside of Amazon, it was really we were selected as one of only 6 to be featured in the event for the one day. We sold out in less than 16 hours and we doubled our sales versus prior year. When it came to Black Friday, we secured over 16 placements during Black Friday week making iRobot one of the most featured brands for that week. When it came to national TV campaigns from the retailers, 4 retailers, national retailers featured iRobot in their national TV campaigns, delivering over 3 billion impressions for the category and for iRobot. And finally, iRobot was selected with Best Buy to be on the Ellen Show during their 12 days' show in holiday and had 7.3 million viewers. So overall for 2017, we closed the year with tremendous results, delivering incredible growth for both our Roomba and Braava categories. As we look to the future, as we look to 2018, we expect more. More growth, more competition, more innovation in technology and more aggressive positioning. I think as we look to the future, we feel we're well positioned for continued success. Whether it'd be from our targeted marketing program, we'll continue to have new campaigns, focusing on our new innovations and technologies that are coming. We'll expand our full-time field -- we'll continue to expand our full-time field team as well as we'll start to improve consumer experience in our retail stores by adding a field merchandising team that will cover over 6,000 stores. But we'll also look to further strengthen our leadership position in the premium segment. You heard also from both Colin and Christian that we're looking to launch new innovation. You may have even heard us say, world leading products in the second half. So I think we're all very excited about what's to come. There's no doubt that the RVC segment is going -- the future for RVC segment is very bright and exciting and I think what really gets me motivated every day is the fact that -- we believe at iRobot that we're just getting started. Thank you.

**Elise P. Caffrey**
*Senior Vice President of Investor Relations*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Before we go to our next segment, we'll take questions and answers. So if you will raise your hand, I'd be happy to give you the mic to ask your questions.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Unknown Analyst**

So a question on just the marketing differentiation. You've featured intelligence a lot in the last year or so. How much within the marketing campaigns do you consider that to be a differentiator against the competition now? And how much of it is more a differentiator in the future?

**Christian Cerda**
*Chief Operating Officer*

Actually, it's a complex question because in the marketing formula, the different marketing tools have different objectives. For example, one of the most visible one TVs, TVs create awareness and they create interest in the category. In 30 seconds, it is not always the best moment to go deep into the technology but in 30 seconds, we need to tell the consumers that RVCs are there, they are great, they work need and you need to go get one, right? Then that moves to consumer to the next phase. Consumer either goes online, goes to the shop. At that moment, the investment is more on conversion. We start drilling them down in the new technologies and more affordable technologies, but -- and then as consumers move to the next phase of now -- now I want to buy one, then we go into competitive differentiation of, this is exactly what iRobot has than no one else has. So I think, it's a complex answer because we do all of them and we do them in different stages of the marketing process. So only by looking at our TV ad, you don't get the full picture of all of our marketing mix.

**Unknown Analyst**

A question to start with for either Christian or Colin. Can you just talk about the pricing strategy for new products when they come out. So I think, Colin, you said in the past that when competitors have come out with products that are $1,000 or higher, that had very limited success. Your most expensive robot is $900. So should we expect new products to -- I mean, is that kind of your theoretical limit, kind of $900 to $1,000? And then at the other end, for like, 3 years from now, will there be a 680 that exists and it'll be at $200, $250? Or do you kind of kill that off and then just kind of bring everything else down to the current level?

**Colin M. Angle**
*Co-Founder, Chairman & CEO*

Sure. Yes, again, the market is dynamic. As awareness and confidence in robot vacuuming continues to grow, it creates at least a potential to have success at higher price points and we certainly are seeing a -- an emergence of lower price point competition entering into the marketplace. So there's a broadening of the range. We've marched up in price based on our belief that there were increasing number of customers who now believed in the ability of a robot to vacuum and were willing to pay a premium for features that they could appreciate. When you're new to the category, thinking about scheduling your Roomba, for example, isn't necessarily something that you value. You're kind of "Does this even work mode?" Then as you get more comfortable, you want to schedule, then you want more sophisticated scheduling, you care more about maintenance and other features. And so I don't think that $900 is a -- an iron ceiling on price, but it's something that iRobot tests and explores continuously to ensure that we don't get ahead of our customers, but instead are delivering features that really they value and would be willing to pay for. So the past was a different phase of the emergence of the robot vacuuming segment. Is there a floor on where robot -- iRobot will go? I mean, we're a premium brand and we want to make sure whatever strategy is, we do not dilute the confidence of the capabilities of our robots and so that -- there could very well be a floor that we wouldn't go below or wouldn't go down to until we had found a way of delivering the type of experience that we think a robot should deliver at a lower price point.

**Unknown Analyst**

Is that just -- is that a complement, right? So on the top end, it depends on how amazing it is, right? How much value there is for the consumer? If we put out there something that has the price, but doesn't have

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

the value or it doesn't work, that is not going to go. But if we put something out there that it is incredible and we know that, that's the issue that the consumer has. So far, we have, over the last 6 years, raised our premium price point to places that we thought were not reachable before. So I think that it is -- it depends on how awesome that innovation is. On the lower end, I would say that there is market growth potential at lower prices. We are a premium brand and we have a sort of around 50% gross margin and we don't intend to deviate from that position, right? We need a strong gross margin to allow us to invest in R&D, invest in marketing, right? But as I was saying, we continuously are able to be more effective in our supply chain. So as that scale and effectiveness continues, we could see some lower price point always protecting our gross margin.

### Unknown Analyst

Okay. And then, Jennifer, you mentioned the expansion of Walmart. Of your major retailers, can you just say at a high level kind of where you are as far as the number of stores that you're in like as a percentage of total? Are there any major retailers? Is there still quite a bit of room for growth just expanding into their other stores that you're not in yet?

### Jennifer Lichtenheim

Sure. I think that in any time that we expand and begin a partnership with the retailer, it's always first from a more conservative perspective. So for Walmart, originally, we started with 1,900 stores and we've since expanded from there. We're in 2,500 stores and as the category proves to be continued -- the continued success of the category, we continue to expand the stores. And we've done that across all of retailers. So if you look at some of our more mature, let's say, retailers in the category, you'll see almost 100%, maybe 95%-plus in all stores. If it makes sense.

### Unknown Analyst

Okay. Another question for Jennifer. Having visited a number of the retailers just before the holiday season, want to congratulate you on the placement that iRobot had in all these major retailers. My question has to do with Amazon.com, specifically. And that is as a larger percentage of dollars are spent on online, I think even in this category, you would acknowledge, how does iRobot maintain its differentiation -- excuse me, in that kind of forum, which tends to level the playing field a little bit more for the participants or the competitors in the marketplace?

### Jennifer Lichtenheim

So I think actually Amazon has truly afforded us the opportunity to better tell our story, better show our differences as well as reach consumers quickly. So while, yes, it has given the opportunity for competitors to level the playing field. It also has given us the ability to better tell our story and show why we're different. So I think it's sort of helped both of us as well as the category.

### Christian Cerda
*Chief Operating Officer*

I would also add to that, that in the consumer journey, they do more things than just go to Amazon. They are exposed to TV. They may go to Best Buy, but they don't necessarily buy there or some other retailer and ultimately they go to Amazon and transact. So we hold quite a significant advantage or strong position across that whole purchasing channel. So although the playing field could be more leveled in Amazon, it is not leveled across the whole consumer purchase.

### Unknown Analyst

You mentioned the 11% penetration and how at some point in the future, it would be 33%. Are you saying that -- is that just limited to $200 and above models? Or do you think half of the 33% is going to be the sub-$200 model? How do you see that penetration being shaped? And I have a follow-up question.

### Colin M. Angle
*Co-Founder, Chairman & CEO*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Sure. So the research that we did was focused on the price points we currently had and the features we currently had at the time we did that study, which was in 2016. And that led to the graphic Christian showed. So it's footnoted as to when the study was done and how it was done in your handout. So the changes in the market, changes in the price points and changes in the features will also alter the results. The availability of competent robots at lower price points will increase the market potential for the robots and increases in functionality and cleaning performance will increase the market size. So you're asking a hypothetical question for which we haven't done the precise research whether or not the emergence of this lower price point category takes away from that 33% total or whether it adds to it and so that you're just seeing a net neutral. It's something that I don't have a crisp answer for you, but we don't believe that the emergence of the low end is going to be strongly dilutive or cannibalistic of the growth potential for premium robots in the marketplace.

**Unknown Analyst**

And may I ask a follow-up. Christian, you -- when you put up your gross margin line drawing, you mentioned that you can track that for your competitors as well or you are aware of the gross margins of your competitors? How big are you since...

**Christian Cerda**
*Chief Operating Officer*

I apologize if I said that. We don't have any information about the gross margin.

**Unknown Analyst**

Maybe I was just hoping I heard something. But do you feel your competitive position in terms of relative gross margin that there's anything unique there and how does this evolve over time because you drop your 900s down deeper into the lower price points over 3 years out and everything. Is it basically -- you look at those machine and there's a lot of plastic and metal and whatnot and it certainly isn't $1,000 worth of commodities. So it's got to be a lot of software in that and I guess, depreciated. And kind of give me a sense of how you think about that...?

**Christian Cerda**
*Chief Operating Officer*

So actually I'll link that answer to some commentary on the previous one, which is at lower price point. We actually didn't -- haven't done the study, but if anything they should spur market growth and then a very great effect we have is that the consumers that may be risked and ventured into the category and they didn't want to put so much money in and they bought one of these opening price points. When they go and renew, they most commonly upgrade. They upgrade to a premium robot vacuum because they understood the value of the feature set and also they upgrade even more strongly to iRobot and Roomba, right, because they went through that threshold of robots are real and after they got that believability, the next purchase is usually premium and in a very, very large percentage, Roomba. So on the second one of the gross margins, if we take the concept at a higher level, premium brands usually have better gross margins. So I don't know about our competitors, but that's usually the rule of thumb. If you are the premium player, you usually enjoy strong gross margins. And how they evolved is a big part of our day job, right, or our fine-tuning of how we see the 3 years coming. Because there is plastic, but there is also a lot of silicone. And the smarter the robots get, the more silicone and chips and MIPS and memory that those robots hold, right? So there is a premium that we pay on the technology evolution. Clearly, there is the brand value -- the intangible of the brand value, the intangible of the trust and all the software that doesn't have a bill of materials attached to it. And as we go lower and we see competitors coming in with old technology at more competitive price points, that's where we leverage our scale, we leverage the full depreciation as you point out of older technologies, right, allowing us to reach lower price points, still maintaining our profitability.

**Unknown Analyst**

So just a question kind of piggybacking on the work of the lower-end price point products. Just from a purely backing standpoint, so excluding kind of the mapping technology and some of the other

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

connectivity that you can now with last year, where are they in terms of comparatively just back in there? Is it a similar capability? Or kind of where? And then piggybacking on that, who in that space do you see is the truest competitor moving forward and could eventually move up to take some of your market share?

**Colin M. Angle**
*Co-Founder, Chairman & CEO*

Sure. So the -- one of the great things about the robot industry that has allowed us to traverse this remarkable journey is that it's very difficult. You have to not just understand how vacuuming works, but understand how mobility works, understand how do not get stuck so that you can have good mission completion and be able to manufacture a device that goes around and generates tremendous electronics -- electrostatic charge and not blow itself up. And so that the system experience at the low end relative to the system experience at our entry-level price points is still extremely different and that's reflected in the star rating that you can see in Amazon and the comments about how well the robots go. You see people buying lower-end robots, "hey, it got stuck," "hey, it didn't make it back to its dock" and so forth. From a pure vacuuming perspective, I think that -- I won't say that there is parity, but the best of the cheap are probably going to make average customer -- if you just look at vacuuming, trying to answer just to your question, will make them feel like the robot did something reasonable. Was it a great job? No. But if there is a stain on the floor, the robot went over it, now it looks like the stain is reduced in magnitude if not picked up depending on what it was. But the overall experience is where it gets hard because of the complexity and all of the interconnected system issues, which challenge the -- even without the mapping and advanced technology, it challenged the overall experience. But I think the trend is getting better and we're seeing that -- if you look at the lower-end units a year ago or 2 years ago, their star ratings have trended positively and I think that '17 was for the first year, there was somewhat of a legitimate lower-end product, which was not immediately returned by the customer and I would think that, that trend will continue.

**Unknown Attendee**

So I just wanted to talk to you about your relationship with your retailers, specifically in the online channel as that's becoming more prevalent with the -- in the retail space. For example, when I go on amazon.com, there's just [indiscernible] vacuum, you guys are sitting in the 10th spot compared to a lot of other retailers, but you're the first one to pop up. How do you work with that relationship specifically with Amazon, and get your guy's to the #1 vacuum when you search it? So your -- the customers are getting introduced to the category, and maybe aren't familiar with iRobot, you're the first ones on there. I don't know how the relationship works with the retailers.

**Jennifer Lichtenheim**

Okay. So it's unfortunate because you sort of -- you're making comments, I'm guessing, based on recent searches, which isn't really indicative of our strategy or our normal placement on Amazon searches. But Amazon results and their searches is highly a function of investment as well as performance. So right now, coming out of Q4 and -- coming out of 2017 Q4, coming out of such a great year, we almost had to take a little bit of a step back in the month of January in order to refill the channel and get back into a position before we could truly start investing again. So you are seeing a function of lower price points showing up initially in the rate -- in the -- I mean, in the rankings when you do your searches. But we do have a very comprehensive and aggressive media spend on Amazon's marketing platform, that will normally show a lot of exposure and branding for iRobot as well as the category.

**Unknown Attendee**

So you are able to increase investments to get yourself as a top search engine.

**Jennifer Lichtenheim**

So you -- there's a couple of different functions. So you've got headline search, you've got sponsored product search as well as your performance.

**Unknown Attendee**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Okay, that makes sense. And then going on -- continuing on the retail chain here. It seemed like this -- you guys did really well in Q4 here with the holiday sales, and iRobot and robotic vacuums were like doorbusters, drove sales, and that's kind of a theme you'll see across retailers, and I'm sure you've seen every year, they kind of highlight a few products that are really going to move the market. I don't know if they're going to that back-to-back here, so how are you going to ensure that these retailers have a high focus on, again, robotic vacuums when it could be the next hot product that they're highlighting. And you stated about 3 billion hits across the TV channels this year. How are you going to maintain that?

**Colin M. Angle**
*Co-Founder, Chairman & CEO*

So I think that part of your answer is if you look at the growth rate we achieved in 2017, we're not guiding to exactly that growth rate in 2018 because, sitting here in January, we're not telling you that we're not going to get every single benefit that we got last year. We're [ below ] the line. We're going to try extremely hard to make it another perfect storm. But certainly, our guidance, we believe, is a best-guess, fair and reasonable estimate of what is going to happen on a global basis next year. And so that in order to make our guidance, we don't need everything that Jennifer described happening in '17 to happen in '18, and so that's very important to understand. I think, that said, when you are identified as one of the prime growth drivers for a given buyer in a store, you gain an advantage that you hold as long as you demonstrate the ability to deliver against it again. And so that we have earned the right to have a preferred position in '18 based on our success in '17. And so that we are certainly going into this year with a strong hand and strong relationships.

**Jennifer Lichtenheim**

And I would just add to that, from a U.S. perspective, we're seeing increased support and appetite for the category in the U.S., not decreased. So while we can't comment on what retailers are thinking for Q4 today, I think that nothing is telling us that they're looking to back off of the category. Everything's pointing to they're still looking to increase the exposure.

**Colin M. Angle**
*Co-Founder, Chairman & CEO*

I think that the message coming out of last year was the retailers who bet on us last year won, and the ones that didn't wished they bet on us.

**Unknown Attendee**

So maybe just on the back off his question on Amazon, in general, but just online and tying it into marketing. Historically, you guys have made a lot of headway. People come in to stores, they ask questions. Obviously, we've all seen the secular trend of brick-and-mortar retail. So I'm just wondering a little bit, I know you gave some broad overviews on marketing, but the average customer doesn't have 4 hours, like myself, to sit here and really understand why your vacuum is better. So I actually now want to go buy one when I get home, and I want to choose an iRobot. But I'm just wondering, to some people's questions, you Google search, lots of brands come up, if you're new to your point, Christian, earlier, you might just go with the cheapest in the beginning. And as it works or potentially doesn't work, maybe your next purchase might then be an iRobot. So could you maybe just spend another moment or 2 talking about how you can market that when people aren't customer-facing? You talked about your field operations, Jennifer, but if they are doing a lot of research online, and what's going to make them maybe have that tipping point to spend more? Because, obviously, the competitive landscape is probably the foremost concern. So I just want to understand, in the changing dynamics of retail, how you can continue to stay ahead of that if sort of the average person has a few minutes to do some research but might end up choosing the less expensive model. And maybe then, it's a few years before they buy an iRobot, but I'm assuming you want to caption them on day 1.

**Christian Cerda**
*Chief Operating Officer*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

I think, first, let me -- I'll back end comment on Amazon but the first thing is the online growth is a real phenomena that is affecting all categories, us included. And we have delivered the growth that we did in '17 because we leveraged that online trend and because we are actually getting excellent performance out of all of our online channels. We have very deep relationships with Amazon globally. We are one of their strategic brands in this category. You can see it in the -- in Prime Day, where they clearly select a winner from their point of view. So we have multiple ways of executing or achieving that, from exactly what we say in those pages to the online marketing investments that we deploy on Google or we deploy on Amazon. Clearly, we deploy them on the right weeks. So going back to Jennifer, the second week in January is not as critical as the first week in December, right? So we move those knobs, and we are actually quite pleased, right, with the growth that we are getting from online channels, and we are also quite pleased with the -- our competitive position that we have in the opening price points. So I would say that the optics may be, right, that the first 5 brands in that Amazon search are $149 or so, but the actual performance and consumer preference, we are clearly capturing our fair share.

**Colin M. Angle**
*Co-Founder, Chairman & CEO*

And I would just add to that by saying the -- if you go to an online retailer knowing you want an iRobot, okay, that's going to work out well. So how do we get you to that point? We talked about our investment in advertising. We have a strategy where we, by region, try to get awareness numbers up to the stage, where word of mouth becomes increasingly important and word of mouth is a rich gets richer kind of opportunity, and so that when people talk about robot vacuum cleaners, they're almost always talking about iRobot robot vacuum cleaners and so that, that brand and the reasons why someone had a good experience with iRobot comes up, and that creates a preference. And we've actually architected the iRobot website not primarily as a sales engine but as an education engine, so that if you -- our research shows that Roomba tends to be a considered purchase, and so that we have tremendous traffic coming to our website to -- where we deliver videos of how the system works. We have a configurator where we ask you questions as to what problems are you trying to solve, and then recommend the right model for you and try to very quickly, and in an engaged fashion, bring you down to the point where you have confidence in the brand, you know what model you want and then give you lots of opportunities. You can buy from us directly but here's some other places that you could also buy it from. So it's a holistic strategy to try to capture you. If you don't know Roomba and you're skeptical, until we get -- we have to get you over that skepticism hurdle and we're getting very, very good at that. And then we drive you to understanding which model to get.

**Unknown Attendee**

Yes. Colin, this question is primarily for you. I want to kind of look at innovation cycles here. iRobot seems to be great with [indiscernible] and then if we look [indiscernible] seems like you have the technology for a broader [indiscernible] do you see iRobot be bigger in categories [indiscernible]

**Colin M. Angle**
*Co-Founder, Chairman & CEO*

Great question. How much time do you have?

**Unknown Attendee**

I have all day. I am not sure about the rest.

**Colin M. Angle**
*Co-Founder, Chairman & CEO*

Okay. No, I understand. So we have a great pipeline where, without revealing features, I can tell you that we have several generations of Roombas in the works that will blow your socks off. And so that there's not -- you might have to think about, what doesn't Roomba do that you really want? But they're really good answers, and you're going to get it, and at the right time. And so that -- I don't know, when we're on the 10th generation, what my answer is going to be, but certainly, for multiple generations that are currently coming along, I have fantastic answers to you. So I can't go too far beyond that without violating

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

the "I'm not opening the box today" kind of criteria, but that's not a challenge. You asked about, when do functions come together? They come together when it makes sense for them. For example, people would like the Roomba to both vacuum and mop, but that's problematic. The -- there are no examples of robots that do both of those functions, where the mopping is anything but a marketing gimmick, where it reduces the robot's ability to get on carpets, the mop is in the center of the robot, doesn't really get to where you want to do, and it's just a wet sponge that dries out over time and doesn't really do any work. And so we actually divided mopping and vacuuming into 2 different robots so that we could actually get the English on a mop to actually clean well and ensure that you could clean into the corners and edges. And so in the future, if it made sense, I would love to do it because then I don't pay for 2 navigations systems, 2 additional motors so that we could deliver a function to the customer, but we're really focused on the fact that we're not in it for technology's sake. We're in it to give the customer a tremendous experience. I do think, as I imagine the road going forward, that there are many things you could do in the home where a single robot platform could handle more than one. Anything having to do with information or situational understanding in the home, you can pack a lot onto a single platform. Mopping and vacuuming, I don't know how to bring them together in a way that would make anyone happy. But it's out there.

**Christian Cerda**
*Chief Operating Officer*

I think -- great. I think the other message is we are truly at the beginning, and you may think or some people may think, wow, the robot vacuum got invented, and there it is, it's round and bounces around, and now it's $199. But it is far from where we see the future. We understand that the current technologies have significant still pain points for the consumer. We know what they are and we are working through them in our pipeline, and we see a significant number of years ahead of us, where we will still have not reached the ultimate product in robot vacuums and where we will still be launching innovations that consumers value. I think an analogy would be, maybe we could have solved that when the flip phone was there. That was the best phones we'd ever get to, because look how small they are and like everybody carries one. And 20 years hindsight, I mean, how much did that evolve?

**Colin M. Angle**
*Co-Founder, Chairman & CEO*

The flip phone was pretty cool. So I -- this is just a little bit in jest, but Moore has his law. If I was to have a law, I would say that every new generation of robot will have an order of magnitude, more code on it. And so that we're going to pretty quickly get to a point where the kind of company that can compete in the robot space is going to be a narrow subset of the people who believe today they can compete in the space.

**Unknown Attendee**

Just as you've now -- digesting your acquisitions internationally, maybe you can talk a little bit about how we should look at your international growth. I mean, clearly, U.S. has been this superstar for you guys, but penetration being so low internationally, like 2% to 3% like you quote, how should investors kind of think about the international aspect of your sales accelerating into maybe 2018 and, as you kind of get more intelligent in those channels, into 2019 and 2020?

**Christian Cerda**
*Chief Operating Officer*

I think that the higher-level answer is we did that, and we are also believers that, that 2% penetration should be significantly improved. So I think you should see it, and we believe it, as international markets have long-term profitable growth. And we hope that we will be able to enable that growth through those acquisitions, right? Exactly how much, I think it's in line with our guidance. But strategically, yes, 2% is low. And with better tools and better alignment in our go-to-market execution internationally, that 2% should go up.

**Unknown Attendee**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And I know it's still too early, but is there any anecdotal evidence you can share, just as you've digested your acquisitions, the impact you're seeing internationally?

**Christian Cerda**
*Chief Operating Officer*

Yes, absolutely. We are -- if we take, for example, our Western Europe acquisitions, we -- just going back to the Amazon topic, we started direct strategic relationships with Amazon, both on European. We just started direct relationships -- or about to start direct relationship with Amazon in Tokyo, right? So we are starting to see how those acquisitions are bringing in opportunities, and they will materialize continuously and over time. Right? They're not going to -- it's not going to be from one day to the other, but we have strong signs and we are very confident that it was the right strategic decision.

**Unknown Attendee**

I just wanted to ask about metrics around what you guys disclosed. So right now, you can look at how many robots get sold and how much money you sell them for. As you think more from a consumer solution and experience standpoint, it's not just the purchase of the robot, it's the ongoing usage, it's the utilizations, things like that. I may get the numbers wrong, but -- correct me if I do, but you've got something like 20 million, 21 million total robots you've sold. You've mentioned 13 million household installs, and then last year you called about 3 million for those 3 numbers. And then tying those altogether, I'm thinking about how many of those were new customers, how many were repeat customers we're seeing [indiscernible] off the high end of this ecosystem of robots that did [indiscernible] 3 different Roombas to [indiscernible]. How many of that -- do you have any, I suppose, anecdotal insight around how many people buy a robot, and then after a few months, something goes wrong [indiscernible] like there's attrition and everything but talk about overall pattern of usage you see past that initial purchase.

**Colin M. Angle**
*Co-Founder, Chairman & CEO*

Sure. So I can give a few statistics. We said that roughly 2/3 of our customers are new and roughly 1/3 of our customers are repeat customers in any time frame. That's approximate because, largely, that comes off our -- either direct sales or people have contacted our customer service lines, and we can go and track them, not something we'd get in great detail from our retailers. So -- but it's in that general range. I think that makes us happy. I think we're continuing to bring new people into the franchise, and based on the customer satisfaction surveys, we do -- we feel like we're -- when people go to upgrade, we're capturing a tremendous percentage of that upgrade traffic. The -- it is -- we're beginning to get usage data and because of our online -- our connected robot population increasing, we're starting to get that type of data but we haven't released any of that data at this point. But it's something that we're beginning to learn and use and figure out what people -- their experiences are. And in fact, that data is informing our product design, our software design in increasing amounts. And it's, we believe, going to accelerate customer satisfaction improvement generation over generation. So that's becoming a very important side. But as far as what percentage of robots sold in are still functioning, I don't have a good bit of data for you there.

**Elise P. Caffrey**
*Senior Vice President of Investor Relations*

Okay. Thank you, Colin, Christian and Jennifer. We're now going to transition to our second panel. Glen and Alison will get mics, and we'll get started with that, beginning with the Chief Legal Officer. So we'll take a minute or 2 break here.

[Break]

**Elise P. Caffrey**
*Senior Vice President of Investor Relations*

Okay. Thank you, Colin, Christian and Jennifer. We're now going to transition to our second panel. Glen and Alison will get mic, and we'll get started with that beginning with -- okay, I'll guess we're all back now, and we will kick of the legal discussion with Glen Weinstein.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Glen D. Weinstein**
*Executive VP, Chief Legal Officer & Secretary*

Thank you, Elise. I'm Glen Weinstein. I'm the Chief Legal Officer. I'm going to talk a little bit about our IP strategy. We'll dip deeply into our patent portfolio, a little bit about the enforcement activities that are going on.

But from a very high level, our IP strategy is just designed to map to our business strategy, and that is exploit our technological advantage by selling premium robots, exploiting our brand advantage. And in general, we talk about intellectual property as providing a moat for our economic castle, our business of selling products. There are, in other companies, many other ways to exploit that sort of intellectual property portfolio, be it licensing, be it opportunities to divest certain assets. That is not what we are doing. We are using our broad IP portfolio to help support selling premium products that delight our customers.

We have 4 large categories of how our IP portfolio helps provide this advantage to iRobot. And while I will spend most of the time this afternoon talking about patents, our IP portfolio with our strong brand and trademark protection and our software and other trade secrets are all part of the technology that we control.

So when we talk about our patent portfolio being a sword, what we mean is that it's designed to force our competitors to operate around our patents in a largely passive manner, and we see this all the time. Jennifer came up and showed you a long range of competitors. But we track these very closely, and we see our competitors making choices clearly designed to try to limit the functionality of their products to design around our patents. Even the recent Shark product that came out shipped with a magnetic strip to avoid our boundary technologies, which rely on lighthouses and virtual walls and other elements of our technology portfolio that are broadly protected. They took their side brush and clipped off all the bristles around every banded brush but one to avoid patents that we have in that area.

And it's a consistent theme. We watch our competitors look at our patent portfolio and respond to it, and we don't have to take any particular action to see that benefit. They take more costly, more risky, reducing functionality, all sorts of elements that make our products superior in the marketplace.

The other large aspect of the IP strategy is how our broad portfolio acts as a shield. And in essence, the result of this is that we've had 15 years of freedom to operate in this space. Our competitors understand that we have a large and broad portfolio that if we were to be involved in the sense of litigation that we have plenty of assets to assert in counterclaims, we have strong cross-licensing currency. And while over the last 15 years of selling Home Robot products, we have faced a small -- count them on one hand, retaliatory litigations, we've in essence, operated for 15 years with freedom to operate around the globe.

Not everything we do we have to invent internally, and we have a large group of engineers with a significant number of PhD scientists providing some of our most advanced technology. They are engaged with academics. They participate in conferences and journals. They are plugged into open-source code that allows us to advance our technologies more quickly and with less risk. And so we are, while most of what we do is proprietary, we are certainly engaged in licensing and bringing in technologies that can move us faster.

Lastly is enforcement, which is we have dabbled in enforcement before, but this has clearly become more important to our strategy, and I will get into it in a little more detail and a more necessary part of our strategy to help strengthen the other aspects. The more that our competitors understand our willingness to use our patents in an offensive manner, the more power they will have in the other elements that I've described.

As always, our general strategy is to innovate not to litigate. I am much rather to spend -- happy to see the company spend money not on lawyers but on driving technology forward, driving brand development forward. But we will certainly do that as necessary.

With that in -- as an overview of the strategy, our patent portfolio has been growing strongly. In the last 3 years, we went from 650 to more than 1,000 patents worldwide. And that is in spite of the fact

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

that we divested our military business and the patents that were specific to the defense business. So we decremented by 80 to 100 patents, and we have built our portfolio back up.

Our portfolio has recently been recognized by the IEEE patent powerhouses list as the fifth strongest patent portfolio in the electronics industry. And on the same -- this came out in December of '17, the same list, we are on the top 50 across all industries in the power of our patent portfolio. We were ranked 5th in 2016. We were ranked 6th in 2015, all of this just adds up to a view that we have consistently seen third parties recognize the value that we have created in our broad patent portfolio.

You see lots of numbers when you read patent lists, 1,000 patents. Is that enough? How do you know? It is largely the number of patents that you have that keeps you out of fights, and the quality of the patents that you have that will help you win the fights. And we balance the R&D work that's going on and look to refresh our patent portfolio on a consistent basis to help us have the right balance between quantity and quality.

The -- this is some 2017 data, and what you'll see is that we break our patent portfolio into technologies, into products, into geographies, and this largely tracks our business. That is the largest piece is related to robotic vacuuming. But we are still investing in protecting innovations in other areas, other products that we often get questions about that Colin says, "When are you launching that?" Well, we're protecting it, and we will sell no wine before its time, but we are building our patent portfolio so that we'll be in a good position when products are launched. Internationally, you'll see we spend money making sure that our patents are in the areas where we exploit our technologies, be it through manufacturer or through selling.

As to our Roomba portfolio, which is our most important portfolio and the largest piece. The data that I'm showing here represents the more than 240 issued U.S. patents that cover our Roomba technology. In addition to this, we have more than 450 international patents that cover Roomba technology.

The Roomba technology, as it maps to our patent portfolio, can be broken down into some distinct areas, the largest of which is navigation. That includes vSLAM technology. It includes iAdapt 1 and iAdapt 2 technology, various algorithms for the control of the robot, obstacle avoidance and escape behaviors, some of the elements that Colin was talking about when he talked about the difficulty of the entire system. Those are really some key elements to differentiate and explain why our product works so well.

We have another 50 patents in sensors and behaviors. We have some low-cost sensors that provide us an advantage. We have some sensor suites that work extraordinarily well because we have been designing and improving them for many, many years.

We have 50 patents in Roomba technology on platform and cleaning. The AeroForce roller system that again was talked about earlier as a key differentiator is patented not only in the U.S. but in a broad worldwide protection. And we have additional patents on elements of connectivity, on accessories, on all the elements that define our differentiation as a brand.

Internationally, specifically on Roomba, the largest pieces of our portfolio are in Japan, where our business is quite strong, and Germany, where our business is strong and has a very effective patent scheme. Germany is a country where we have enforced patents previously. It's patent-friendly and sophisticated. The next tier where we invest our money are other Western European countries and, in an increasing amount, China, the importance of China as a region not only for selling but grow our manufacturing base. We have increased the attention and dollars spent to ensure that our portfolio in China is in good shape. Various other countries where we were successful in Europe in Tier 3.

And we have, in the bottom, we make sure we have some assets in regions where we do business that also, we believe, IP can be enforced, and it's important just to ensure that we have some defensive assets available.

What is different in 2017 and 2018 from what we have done in previous years is taking a much more aggressive stance on enforcement. I mentioned before on a few occasions, we have sued some people in the United States before. We've sued some people in Germany before.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

But in 2017, we took the steps to initiate a much larger action. We filed litigation in District Court in Massachusetts and at the same time, at the International Trade Commission against a bunch of companies, branded U.S. companies like Black & Decker, bObsweep, BISSELL, Hoover, none of these companies are designing their own robots. They're OEM-ing them from available Chinese sources, Chinese brands that have come here like ILIFE, and the OEMs behind them, Matsutek, Shenzhen's Silver Star, Suzhou Realpower and related companies in these chains that bring in these, what I would call, knockoffs, bringing them into the United States. We filed these suits based on 6 patents, 6 U.S. patents, across the technologies that I described before. So there's cleaning technologies, there's platform technologies, there's sensor technologies. These are distinct families. Patents often break down into trees, into families, and we initiated this litigation with 6 patents across 6 families.

The District Court cases have all been stayed pending the ITC action, and we go to trial a week from tomorrow. So why did we decide to take this sort of aggressive action, and why did we decide to do it now? So the ITC has the fastest timeline of any IP court. It allows us to take multiple respondents into one single case. So all of these people into one case, and the International Trade Commission will grant an exclusion order. So an order that says no more imports of these devices can be made.

What you see in district courts now is some mandatory licensing and some other elements that make it a longer road and less certain to get a full exclusion order related to these technologies.

Why now? Certainly, we saw some increased competition. We saw an opportunity to use some of our patent assets, including some of these patent assets that we have held for a long time. They have useful life and that there are opportunities to exploit that now. And we think that getting through this quick action at the ITC will inform our enforcement decisions going forward.

The hearing starts a week from tomorrow. There'll be an initial determination in June and a final determination, which is when the full ITC commission rules and can put the exclusion order in place. I won't say any more about the litigation for all the reasons why people don't answer those questions, but we're looking forward to it.

Success from initiating this sort of litigation can take various forms. So one form is we will see this through to the end, and we will get an exclusion order on various products. Another piece is that manufacturers are busy spending money and reducing the functionality of the products to design around the IP that we've asserted. We can and have obtained some settlements or caused manufacturers or sellers to exit the market completely.

Since we instituted -- we filed the suits in April and it was instituted by the International Trade Commission in May, we've had 3 settlements. So the first one was a settlement we announced with MSI or Micro-Star International. They were not even a party to the case. They were a technology supplier that went into some of the Hoover products. They agreed to exit the robot vacuum cleaning business worldwide. We'd only sued them in the U.S. And now they've agreed to exit the business in a worldwide manner, and they weren't even a respondent in the action.

In December, we announced a settlement with Black & Decker, where they agreed that they would exit the RVC market for a particular period of time. And we also have entered into a confidential settlement with Matsutek, and they are the supplier of the BISSELL robot, and it's a confidential settlement of which the only thing I can say is it's a time-bound, mutually agreeable business resolution.

We set out with some goals in this litigation. And when we have seen opportunities to reach business resolution for some of these parties, we have done so, and we think it's been quite effective. All of this, all of these Black & Decker, BISSELL, Matsutek, which has been a supplier for some time, MSI, all of these and how they've reacted to our suit is a recognition of the strength of our IP portfolio and helping us achieve our goals. Thank you.

**Alison Dean**
*Executive VP, CFO, Treasurer & Principal Accounting Officer*

Okay, so I'm batting clean-ups. That's my spring baseball pun for the day. So you've heard a lot today about our strategies: our strategies for growth, strategies for technology. Another big piece of our strategy

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

is actually delivering on our financial commitments, and those contain commitments around global revenue growth, strong and solid gross margins, disciplined investments in innovation. And as Glen was talking about, the patents to protect those innovations, defense of those patents, patents when we think it makes sense, investments in brand and marketing.

We have a commitment to expanding operating income and for generating very healthy operating cash flows. And we're doing all that while we're aggressively pursuing this fantastic market opportunity we have because we think that's the way ultimately to create the best long-term and sustainable shareholder value.

One of the things or one of the set of things we had to do in order to aggressively pursue this opportunity is go under a really formative transformation of the company. In just 2 years, we divested a business unit. We shut down another commercial operation we had in the company. We realigned all the company's resources to focus on this consumer and home opportunity. And if that wasn't enough, last year, we decided to make 2 acquisitions. And for any of you that have ever been on the front line of divestitures or acquisitions, you know how much work that is, right? So this is a significant amount of change that we undertook in just 2 years.

And importantly, while we were doing this, we delivered on our financial commitments. So we had very strong consumer revenue growth over this period of time. It increased every year significantly. We had 100 basis points of gross margin expansions each of these years. Our OpEx did increase during these periods. We incurred cost to divest and acquire and shut down, and we also put pedal to the metal in some of these innovation and marketing areas. But we did this again because we're not trying to optimize financial performance this year, we're trying to drive sustained performance over several years.

Before going more into 2018 and 2019, I wanted to address a comment that we've been getting a lot recently about our guidance and the strategy behind our guidance, specifically revenue guidance and the revenue guidance that we give in February. The implication of the question has been that we guide conservatively with the hopes of overperforming that guidance as we go through the year.

I can tell you that's not the case. We give you the best view that we have going into a year. But I thought, rather than just tell you that, we'd look at some data.

So this goes back 12 years from the first year we were public. The height of the green bar, which is a little hard to tell based on the scale, was the range of revenue guidance that we gave in February, and then the blue diamond shows you how we actually performed at the end of the year. And what's interesting is in 42% of the cases, we hit within the guidance, 33% of the cases we were a little bit above, and 25%, we were below. And with the exception of 2010 and 2017, even when we varied outside of our initial guidance range, that variance was very small.

So the point I want to make particularly as it relates to '17 is '17 was an unusual year for us. Jennifer talked a lot about the momentum that we saw in the U.S. market from when we started the year to when we ended the year. We also had momentum increasing in Europe, and then we layered on that the acquisitions. So we're thrilled with the performance we had in 2017. You shouldn't read from that that we strategically guide conservatively. We are giving you the best view that we have at the beginning of the year. And when circumstances change and we feel like that guidance needs to change, we change it.

I'll get off my soapbox. You've heard a lot about revenues, so I don't want to talk a lot about revenues here, but I want to make a few points. You've heard again that we're in control of over 75% of our revenue from a go-to-market execution perspective. And if there's one thing you've learned about us from the last couple of years with all this transformation, we know how to execute. So this should be a good thing for the company.

Up here on the right, this is just Roomba and its revenue mix. And this point has already come out a few times today, so I won't dwell on it. Our strategy is to have multiple price points on the premium end. We get the question a lot about mix, which we're happy to share with people. But again, the underlying question is that mix, particularly if it goes through the lower end of our range, the entry-level price points,

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

is bad. We don't believe that that's the case. Our strategy is all about having multiple price points for which the consumers feel comfortable getting into the category.

And as Christian and Colin talked about, our technology strategy is to innovate at the high end of the line, bring those innovations down into the lower price points. We have similar margin targets whether it's an entry-level product or a high-end premium product, so there really aren't negative margin implications from mix changes. So you should expect, we have had a mix across the different price points, and we intend to continue to have that mix going forward. And you shouldn't read too much into mix changes across the high end of the range and the low end of the range.

Additionally, things for 2018. Roomba is going to be the revenue driver of the $1 billion plus revenue plan. We are going to continue to grow Braava within that though. 2018 will be the second and last year where we've had some benefits from the higher ASPs we get through having forward integrated in Europe and Japan. And we do expect about 20% or 25% of our total annual revenue to come from new products.

What I want to do now is sort of walk you line item by line item through our guidance for 2018. I won't say again a lot about revenue because we've talked about that but really have a -- really strong revenue growth rates 18% to 22% is what we're expecting. And we expect to cross the $1 billion mark.

I want to spend a minute on gross margin. So our guidance anticipates that we could grow between 100 and 200 basis points in a year, and that is almost entirely driven by the acquisitions we made last year. So the acquisitions, as you've heard about, are going really well. The commitments we made behind those acquisitions is that they would be accretive to revenue and accretive to gross margin, and we're showing the first step of the gross margin accretion here. The second step will be a little longer as we originally told you with Robopolis because we have a long tail on the intangible asset that we had to put on the books for that.

So the -- we're delivering on that gross margin that we promised. We are reinvesting some of that gross margin upside back into sales and marketing. So our guidance assumes 100 to 200 basis point increase in sales and marketing spend for the year, And you should think about that in 3 buckets. About 1/3 of the increase is strictly to pay on a full year basis for the people that we acquired in 2017. The remaining 2/3 are going to -- it's all going to working media, and a piece of that working media is to support the product launches that we'll have at the end of the year. And the other 1/3 is going to continued promotion of the Braava category so that we can continue to fuel that growth as well as just the general awareness campaigns that we want to continue to run globally to drive the household adoption and awareness of the category.

R&D is remaining flat at about 13%. We're continuing to innovate. Technology innovations are happening. Product innovations are happening, and we think about 13% is what we need to pursue those plans.

And we will have a little leverage in G&A for the year. So all of that is resulting in an operating income target of 8% to 9%. 8% would make us flat on last year. 9% would have a nice improvement year-over-year. We'll have to see how the various plans roll out during the year. Because we have plans to spend the money doesn't necessarily mean we will. If we think it's going to generate the types of returns we want, we will continue to execute against that. Things could change, but we're giving ourselves some freedom to make the investments we think will be important to drive not just 2018 but 2019 and 2020.

Our capital allocation strategy really hasn't changed from an R&D perspective. We're investing anywhere 65%, 70% of our R&D to support our core businesses, about 20% to 25% for emerging and 5% to 10% for future.

We've shown you that we are willing and ready to do acquisitions. Those could help us across any front. The 2 last year were really about driving the core. And we continue with our iRobot ventures fund, making select investments there. Those would likely have more impact in the emerging or future categories.

I'm not going to dwell on this. It's more in here for your reference about the impacts of the tax reform. The one thing I did want to mention about 2018 is that we are looking at a range of 25% to 27% tax rate. It builds from the federal rate of 21%. We'll have state tax, which we're estimating to be about 3%,

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

similar to last year. And then as our global footprint has changed and where our profits are being earned has changed, that foreign rate differential will play a piece in our ultimate tax rate that we'll pay in 2018.

A few things about balance sheet and cash flow, and I'm going to go counterclockwise and start here. So we continue to be a very strong operating cash flow generator. That took a little bit of a dip in 2017 with our acquisitions and some of the changes in our working capital that come with those types of acquisitions.

Our cash again with our global footprint is being generated in different places around the world, which is different for us as we look forward. We still have access to a revolver and an accordion feature, so plenty of cash to make the investments and decisions that we think are important to drive the strategy.

On the upper right, that is our cash and how it's changed over the years. As we've generated the cash, we have taken the opportunity to use that for acquisitions. Over different periods of time, we've deployed share repurchase programs. We did announce this week, if you didn't see it, that we have a $50 million program that we've just started. Purchases against that program could start as early as the end of March, and it will run through the end of the year.

And last but not least, inventory. So I mentioned this on the call with the acquisition of our distributors and the fact that we're selling directly to retail in more places around the globe, we now are holding higher inventory levels. Prior to the acquisitions, we had a DII target of about 60 days on an annualized basis with some quarters being higher or lower than that. We've taken a step function up with the acquisition, 2 acquisitions.

So we, for 2018 at least, expect will have an average DIA across -- DII across the year of about 100 days. That could be higher or lower on any given quarter. But we do think there are optimization opportunities there as we look at all of the warehouses now that we have around the globe and all the logistics flows. We think there are opportunities to do better. And so that work will happen in 2018, and we're hoping we can improve on our inventory and DII levels going forward.

So to wrap up. We've talked about '17. We've talked about the things that are important for us in terms of driving '18 and beyond. Those all set us up for our '19 and '20 LTFM targets, which show 20% revenue growth in each of those years, maintaining a gross margin level around the 50% rate, and ultimately growing to a double-digit income in 2020 of about 10%.

And with that, I will turn it over to Colin to wrap up.

**Colin M. Angle**
*Co-Founder, Chairman & CEO*

Okay. Thank you, Alison.

**Alison Dean**
*Executive VP, CFO, Treasurer & Principal Accounting Officer*

Yes.

**Colin M. Angle**
*Co-Founder, Chairman & CEO*

Gotten the slides. So again, today is a really fun day for me as are most analyst days because it gives you a chance to see a little deeper into the organization. iRobot is a company where the more you scratch, you more -- the more magic you find. We don't just have an IP council. We have an IP portfolio, which is ranked fifth in the world in electronics. We don't just have a North American sales organization. We've been able to repeatedly convince people like Amazon to make us one of 6 featured products in the entire country on Prime Day, seize the imagination of the potential of what we're doing and show up a third-party company putting us on Super Bowl ads. It's a remarkable organization. And of course, if you look at our R&D organization, we're not out there OEM-ing products that some other company made. We're, in fact, doing research far beyond what's just happening in universities around the world.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So iRobot is a special place. We have a very strong mission. We believe that we can build this robot industry, continue to lead this industry and be a very exciting high-growth, high-margin profitable company at the same time. And hopefully today, you saw a little bit of those elements. We believe now is the time to grow. We believe now is the time where growth can be achieved for very real and good reasons because of the depth of our team and because the consumer is starting to believe that robots are not a thing of the future. They are something that can help them today, and that's a very cool moment because it drives the flywheel.

So I'll wrap up here. We've got Glen and Alison and I will sit and we'll take the next round of questions. And then we'll do lunch and have informal conversations. So let me thank you very much for your attention.

**Colin M. Angle**
*Co-Founder, Chairman & CEO*

Elise, could you? There you go.

**Unknown Analyst**

Glen, I'm just going to throw this out there. I'm sure there's quite a bit of it you can't answer, but just tying your slides back to Christian's slides. The companies that you've included in this first ITC case don't necessarily correlate with the biggest competitors by market share globally, which is one of the biggest questions that I get from investors. Just -- does that mean that there's more to come? Or does that mean that those companies aren't necessarily infringing patents?

**Glen D. Weinstein**
*Executive VP, Chief Legal Officer & Secretary*

So obviously, we won't comment specifically about future plans, and we would never comment about a vague notion of a competitor, take Samsung, right, which is you have to map a particular product to a particular set of patents. We chose the initial round of respondents for various reasons. And I think we have seen so far the success we were looking for. I would say that this is 3 moves into a chess game, and this will play out over a much longer period of time. Specifically, one of the players, a new entrant who came in at the end of the year, we started this before they were here, and we see real advantage to seeing the initial gambit through before we move to the next element of the game.

**Unknown Analyst**

Yes, okay. And then can you just talk about the -- kind of the long-term strategy -- how do you weigh the pluses and minuses of trying to eliminate a competitor versus trying to set up some kind of a licensing agreement? Because I'm just figuring that with others in the market that obviously helps brand awareness, that kind of thing. So when I leave them out there but just kind of take a sliver of their profit at extremely high margins.

**Glen D. Weinstein**
*Executive VP, Chief Legal Officer & Secretary*

So that is a calculus we make. We sit down, we do some analysis. And currently, right now, we believe based on our segment share and based on other elements that the strategy that we have taken so far is the most financially advantageous to us. But this is a -- the market evolves, and this is a continual debate that we even have internally about how best to exploit that technology. I would add that a big part of this, the notion of "eliminate a competitor" isn't really what is going on. What's really going on is we've invested tens of millions of dollars in R&D of particular advantages, and we want our legal earned right to have exclusive rights to exploit that technology. And so we're not trying to eliminate the competition. We're trying to eliminate competition that didn't invest in the R&D from exploiting our technology. So let them have different technology or let them have defunctioned robots that customers may not find as satisfying as our products.

**Unknown Analyst**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Okay. So probably it's a question for Alison. Regarding the 20% to 25% of revenues this year from new products, can you kind of comment on where that's been historically when you've had new product launches? I think the last major one was 3 years ago, maybe 2 years ago? Is that higher or lower? And then also, with you guys having more of the distribution channel, do you think that these launches will be kind of different than the past where it's been kind of a staggered launch with U.S. first and direct versus maybe this time going all in at once?

**Alison Dean**
*Executive VP, CFO, Treasurer & Principal Accounting Officer*

Yes, so it's hard to compare to prior new product introductions. It would depend on the time of the year, the quantity of products being introduced. There's several this year. They're all coming in the second half. So I -- it's hard for me to match that up to anything for you. I would expect that the product launches would be similar to how we've done them in prior years, where it's not everywhere all at once across the globe and be a little more staggered across the regions.

**Unknown Analyst**

Okay, [indiscernible] that was announced in the fall at some point, if I'm remembering correctly.

**Alison Dean**
*Executive VP, CFO, Treasurer & Principal Accounting Officer*

Yes, we launched that in Q4 of 2015, and it was in the U.S. first. And by, probably -- I don't remember exactly, but probably Q3, it was available globally. So I think it was fully available by Q4 of the following year globally, except China.

**Unknown Analyst**

Alison, one for you again. As you look at your target model growing to 10% operating income, maybe you can help us understand what aspects of the OpEx you can really shift around. I mean, it seems like R&D -- we see R&D stays pretty stable. The G&A or S&M that you can really take down. What aspects maybe -- if you can peel the layer a little bit deeper like where do you think there's opportunities to optimize that if you get to 10%?

**Alison Dean**
*Executive VP, CFO, Treasurer & Principal Accounting Officer*

Yes, I think we have to see that as the years unfold. There might be different priorities in the different years that allow us to get efficiencies sooner in particular operations. I think, in any case, G&A efficiency is going to happen probably across all of the years. I think the question is to pursue our road map, how much of that efficiency will come from R&D. And then, ultimately, sales and marketing is another place where we intend to get efficiencies. We already are today to some extent in the U.S., where we're able to deploy working media dollars that are growing at a slower rate than the actual revenue that we're seeing in the U.S. So it really could come. The unfortunate answer is they could come from all 3 places, and we won't really know that until we get to that endpoint in terms of where the priority should be.

**Unknown Analyst**

I know you guys got out of the defense robots, but how's -- there's been a lot of attention on security robots. So I'm just wondering, at airports in particular, but I was wondering your thoughts on maybe how that fits into the smart home, if at all?

**Colin M. Angle**
*Co-Founder, Chairman & CEO*

Well, we're certainly not looking at commercial robots at this point. We've exited -- it's a whole different channel to market, whole different category of cost. And so that you should not expect us to go and change and go back on that strategy. We're fully focused on the consumer. As you get into the smart home, the question is where can robots create value? And our mission and vision for the company is to

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

drive robotics into the consumer space. And that certainly is a broad enough mission to include things beyond cleaning and so that it's kind of inbound. But you'd have to figure out where can a robot create more value to the consumer than a nonrobotics solution could create. And I think that's where it gets very complicated very quickly. And again, we've, throughout our 28-year history have gone and said, "Okay, here's a long list of ideas about ways robots could create value. Now how do we learn enough about a particular industry and customer preference to find places where the calculus works in a sufficiently compelling way to embark on an investment?" I think that we've talked a little bit about in the smart home where the types of spatial understanding that robots are creating could have value. Again, not taking that conversation further today. But iRobot is part of the smart home industry already. We have over 2 million connected robots sold, which makes us one of the larger players in the smart home domain. And I believe that iRobot will -- within the smart home will continue to evolve over time.

**Unknown Analyst**

A question over here. So I want to hear your long-term strategy in China. I know it's been tough, and it's been declining. Competitive threats it's harder to kind of uphold your IP over there. Could you tell me what your strategy is, maybe 5, 10 years? I know you guys like the long term, and how are you going to approach this large market opportunity?

**Colin M. Angle**
*Co-Founder, Chairman & CEO*

So the -- in China, the strategy, it would be one area where I would be reluctant to talk about a long-term strategy because it's such a dynamic marketplace. But I think that we have some good visibility where we've seen the bottom of the market where Chinese brands with some significant cost advantage have created an arena where iRobot products have difficulty playing. So that where the definition of a premium player outside of China spans a fair range of price points and our entry-level robots still have a great success for those people who are more price conscious, a price-conscious Chinese consumer is going to be buying a $99 robot far more frequently than they would buy our entry-level robots. And so we saw in 2017 that low end take a bit of a beating in China whereas there is a model that is being used. We didn't invent it for a category of customer where you say a premium with Western brand affinity. That is a very real customer with significant quantities of people who fit that demographic who look to Western brands and look to premium to give them a confidence that they're getting the best in the world functionality for various categories of products. And so that's the consumer that we are most focused on at this point. And we think that's a defensible strategy. I think that our products can compete well at that price point. And as you look at the success we're having in China, it's largely in that domain at this point in time. So that would be the sort of the bull's eye of our current strategy in China. If you want to add anything to that or -- okay.

**Unknown Analyst**

First of all, I'd like to thank Alison for confirming that there is -- looks to be a 65% chance that you will make your guidance this year. So this is one of the takeaways from the meeting today. In so far as iRobot's mission calls for robots not only for the smart -- for indoor use but for outdoor use as well. And since Glen -- not to get Glen in trouble, but since one of his slides did show some of the patent filings for the RLM market. I just wanted to get Colin's perspective, it does seem like the robotic lawnmower market is one of the more established robotic categories outside of vacuum cleaners. And insofar as this is a well-established category in Europe but barely existent in the United States. Just want to get your thoughts on what you think are some of the reasons why the market hasn't taken off in the U.S.

**Colin M. Angle**
*Co-Founder, Chairman & CEO*

So happy to talk about the market. And I'll give you a little bit of color on that front. The U.S. lawn market has a few things that make it far more challenging than the European market. First, our lawns are tremendously more complex and larger. So in Europe, you have a nice, postage-stamp size, square lawn and pretty straightforward to cut even with primitive navigation system. In the U.S., we have these things called islands. And we put -- we're rogue, and we put flower beds in the middle of our lawns, and

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

lawnmowers randomly moving around would make short work of those structures. And the boundary wire technology, works so well in Europe, becomes a bit of a nightmare to implement in the U.S. because if your boundary has occlusions in the middle, it's difficult. The other challenge is that the cost of getting someone to mow your lawn in Europe is incredibly high relative to the cost of mowing one's lawn in the U.S. And so while the market in the U.S. is largely untapped and significant, the technical hurdles to do so are much different than in Europe. So there's a reason why lawn-mowing in Europe has grown up and is a quite interesting market for robots. Okay?

**Unknown Analyst**

I just wanted to ask about the longer-term margin piece again in kind of a few pieces. One, you guys are still seeing pretty remarkable growth rates in revenues and so that percent of revenue number is stable, but actual dollars being spent is growing pretty rapidly as well by implication. And so as you look forward to that growth and you staff up against it, you hire people, you internalize them. How adaptive is that spend? How do you think about planning several years ahead in terms of that increased spend against revenues that still aren't in the door? And then longer term, what you see both on a gross margin front and an operating margin front if you get past this hyper growth phase in the industry that it's -- you become more technology differentiated in the marketplace, do you see yourselves as a structurally higher-margin company in the much longer term just based on that aspect of the industry?

**Alison Dean**
*Executive VP, CFO, Treasurer & Principal Accounting Officer*

So as it comes to the longer-term operating expenses, we take a cautionary view to that. We're not putting, we're not investing everything today to be a fixed expense. So we give ourselves flexibility as we go to the future to have optionality as we get into those -- our years. We're laying the foundation in some cases today for that future investment. But we're also leaving a large portion of that open for decisions as this year and the next couple of years unfolds. So we try not to get too far ahead of our skis with the investments we're making today and potentially an overhang of investments that might not make sense a few years down the road. As it relates to the gross margin and the operating margin question, and is there more upside at least from a gross margin perspective, we'd like to think so, but there are so many competing factors and Christian talked a lot about the different components that go into our thinking. We have a bunch of things that we think probably could help us from a gross margin perspective. But then there's probably equally as many things that could go in the [Audio Gap] a really healthy margin. And it's going to be, in some cases, probably challenging to maintain that, but we've got lots of different initiatives underway, including continuing to invest in the innovation and technology, maintain that leadership to create that value for the consumer. That, ultimately, would be the way to do it. But there just could be so many competing factors that we think 50 is the right target to set for ourselves right now.

**Colin M. Angle**
*Co-Founder, Chairman & CEO*

And as you said long term, which I take out beyond '19 and '20. Our strategy is not to be the Roomba company forever. And so that the technology platforms that we're creating, the type of intelligence, AI and spatial understanding that we're creating have applicability for valuable consumer-oriented products as we move into the future. And so, over the next 3 years, Roomba's going to be the lion's share of the revenue. But there are going to be other things that compete with Roomba for those dollars. And so the opportunity to create innovative products which command premium margins at the marketplace will continue to develop even while, over time, at some point in the future, you could see compression on Roomba margins based on long-term playing out of competition. So refreshing our product portfolio is something that's [indiscernible] must be true.

**Elise P. Caffrey**
*Senior Vice President of Investor Relations*

Okay, that...

**Glen D. Weinstein**
*Executive VP, Chief Legal Officer & Secretary*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

It's the phone.

**Colin M. Angle**
*Co-Founder, Chairman & CEO*

It's the phone. Oh, it's not the fire alarm.

**Glen D. Weinstein**
*Executive VP, Chief Legal Officer & Secretary*

No, not that we know of. That will get...

**Colin M. Angle**
*Co-Founder, Chairman & CEO*

So again, this is a very interesting industry, let us repeat. This is the beginning of the industry. It is not all about robotic vacuum cleaners. It is about a technology platform, a technology toolkit, which has been successfully applied against vacuuming because of our appreciation and understanding of what actually customers value in the home as a first step in a longer journey. We talked about Braava and how investing in Braava in '18 is going to become one of the things that is important to our growth and the success we had in North America with Braava. And of course, there's a lot more to come.

**Elise P. Caffrey**
*Senior Vice President of Investor Relations*
Okay. Well, that concludes our 2018 Analyst Day. Thank you all for listening to the webcast and those present here today for joining us.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.