# Tab 8



# 2018 Analyst Day

March 1, 2018

# Agenda

| | |
|---|---|
| 10:00 – 10:30 | Continental Breakfast |
| 10:30 – 10:45 | Welcome \| Colin Angle, Chairman & CEO |
| 10:45 – 11:15 | Christian Cerda, COO |
| 11:15 – 11:45 | Jennifer Lichtenheim, VP Sales - Americas |
| 11:45 – 12:00 | Q&A \| Break |
| 12:00 – 12:15 | Glen Weinstein, EVP & CLO |
| 12:15 – 12:45 | Alison Dean, CFO |
| 12:45 – 1:00 | Q&A |
| 1:00 – 2:00 | Lunch with iRobot Management |

# Forward Looking Statements

- Certain statements made in this presentation that are not based on historical information are forward-looking statements which are made pursuant to the safe harbor provisions of the Private Securities Litigation Reform Act of 1995.

- These statements are neither promises nor guarantees, but are subject to a variety of risks and uncertainties, many of which are beyond our control, which could cause actual results to differ materially from those contemplated in these forward-looking statements.

- Investors are cautioned not to place undue reliance on these forward-looking statements, which speak only as of the date hereof. iRobot Corporation undertakes no obligation to update or revise the information contained in this presentation, whether as a result of new information, future events or circumstances or otherwise.

- For additional disclosure regarding these and other risks faced by iRobot Corporation, see the disclosure contained in our public filings with the Securities and Exchange Commission.







01

# Colin Angle

## Chairman & CEO

# Growth & Technology

# Four Growth Drivers

| | |
|---|---|
| **1** | Proven U.S. Marketing Programs; Direct Control in Japan and 50% of EMEA |
| **2** | Low Household Penetration |
| **3** | Accelerating Global RVC Category Growth |
| **4** | Product and Technology Leadership |

# Global Growth

## U.S. Revenue

CAGR = 39%

## EMEA Revenue

CAGR = 24%

## APAC Revenue

CAGR = 14%

- Rest of Asia
- Japan

Sales and Marketing investment in U.S. | Apply proven model globally



# What's Driving this Growth?



**Christian Cerda**
Chief Operating Officer
Global



**Jennifer Lichtenheim**
VP Sales – Americas
U.S.

# Current Product and Technology Leadership

**Camera vs. Laser**

**Debris Extractors**

**Dirt Detect**



Smart



Simple



Clean

Delivering consumer benefit and value through patented technology

March 1, 2018 | **9**

# Technical Leadership: Near Term Future

**Several New Products**

**Advanced Mapping**

**Ecosystem of Robots**











02

# Christian Cerda

COO

# Opportunity: Low Household Penetration
## Significant Opportunity for Expanded Robot Vacuum Adoption in U.S.



Immediate addressable market ~2X current installed base

Source: iRobot, iRobot Demand Landscape Survey 2016, TCG Analysis. Updated with 2017 Actuals



# RVC Adoption Curve*



**U.S.**
- #1 Brand of robotic vacuum
- >80% segment share
- High consumer satisfaction and net promoter scores

U.S. RVC 2017
**~10%**

U.S. RVC 2016
**~9%**

U.S. RVC 2015
**~8%**

Mainstream

Innovators
**2.5%**

Early Adopters
**13.5%**

Early Majority

**68%**

**13.5%**

**2.5%**

U.S. household Adoption (%)

Even more opportunity with international household penetration of ~2-3%

*Based on Everett Rogers Product Adoption Curve

March 1, 2018 | **13**

# RVC Segment Continues to Grow

## Now 23% of Total Vacuums*

### Global Vacuum Cleaner Market >$200 ($ Retail)*

**2012: ~$5B Market**



RVC 13%

Non-RVC 87%

**2017: $7.5B Market
8.6% CAGR**



RVC: 22% CAGR

RVC 23%

Non-RVC: 6% CAGR

Non-RVC 77%

RVC segment (>$200) growth expected to significantly outpace
overall vacuum cleaner market growth (>$200)

*Source: Global market size for vacuum cleaners >$200 (NPD, GfK, and iRobot internal estimates)

# Many Brands have Launched into the RVC Segment

## 2015

## 2016

## 2017


Dyson 360 eye (Japan)


Neato Botvac D Series


Neato Botvac Connected


Panasonic Rulo (Japan)


Dyson 360 eye (U.S.A-EMEA)


Samsung POWERbot Turbo


Neato Botvac D3/D5


Xiaomi Mi (China)


Bosch Roxxter


Neato D7


Samsung R7070


Dirt Devil Spider (EMEA)


Haier SWR-T320 (China)


Bissell SmartClean (NA)


bObsweep bObi (NA)



Ecovacs DT85g (China)


ILIFE A4 (NA)


LG Hombot Square Turbo+


Hoover Quest (NA)


Shark Ion Robot V1


Ecovacs N79


Neato

iRobot continues to lead in robot vacuum segment in spite of increased competition

March 1, 2018 | 15



# iRobot Roomba Share in the RVC Segment

**Global $ Segment Share**



iRobot continues to hold 60+% share despite new competition

Source: NPD, GfK, iRobot internal estimates, RVC > $200 retail prices; incl. China Online
Note: Year-on-Year Exchange Rates are applied in this update

March 1, 2018 | **16**

# Drivers of Growth
## Marketing Activities are Impactful

**Marketing Generates Consumer Sales**

We research each stage of the customer journey to drive RVC category interest, iRobot brand preference and Roomba/Braava product selection



Customer RVC Purchase Journey

**Interest**
RVC Category →

**Brand Awareness**
iRobot – Roomba/Braava →

**Product Familiarity**
Roomba 690 vs 980

**Purchase Triggers**
Eg. Dual Multi-surface Rollers

iRobot knows what to say/show, to whom and how **at each stage** of the customer journey



# Drivers of Growth

## Marketing Activities Drive Incremental Revenue & Profit

iRobot performs an independent marketing audit of all marketing activities and consumer touchpoints in USA and major international markets

- Roomba marketing investments – in total, individually and by geography - drive <u>incremental</u> sales and profit. We also optimize our marginal ROI above iRobot's Operating Margin.

- Braava – a newer, less established category than Roomba - delivers a lower ROI but is rapidly approaching positive territory as it grows

- We use the learnings to continuously optimize future campaigns



**Roomba Marketing Optimization**
(Illustration)



# Roomba Continuous Innovation and Value to Consumers

Future
Roomba
Models

Advanced Mapping



Advanced Cleaning
Performance



Ecosystem of Robots



 **R980
$899**

 **R960
$699**

iAdapt® 2.0 Navigation



Intelligent Cleaning
Carpet Boost



Cloud Connectivity



 **R890
$499**

AeroForce® Cleaning System
Virtually no Maintenance



Introduce Innovation in premium product;
Flow innovation across lower price point products over time

March 1, 2018 | **19**



# Operational Efficiencies and Continuous Cost Focus to Improve GM in Competitive Environment

**Gross Margin**

51%

50%

49%

48%

47%

46%

45%

FY13    FY14    FY15    FY16*    FY17    FY18**



- Dedicated costing team
- Best-in-class Contract Manufacturers, dual sourcing
- Improved efficiency: strategic sourcing and negotiation of component pricing
- Driving automation: robots-making-robots and robots-inspecting-robots
- Established and growing iRobot Supply Chain team in China: Manufacturing, Quality, Supply Chain and Strategic Sourcing
- Continuous improvement in product quality

Operational efficiencies have driven improved GMs in a competitive environment

*Defense business sold in Q1
**Midpoint of Expectations provided 2/7/18

March 1, 2018 | 20



# Braava Family - Developing a Second Revenue Stream

**Global Braava Family Revenue Growth**



CAGR = 47%

FY15    FY16    FY17





**FY2017**

- U.S. revenue growth **65%**

- Braava family made up **14%** of total robots shipped globally

- Leverage marketing to Roomba installed base

Floor mopping category continues to be a viable and complementary product to Roomba



# Continuous Global Growth - Domestic and International

## Revenue



## International Forward Integrations



Direct control over >75% of global revenue following recent acquisitions enables better execution

*Midpoint of Expectations provided 2/7/18

# 2018 Global Growth Drivers

| | |
|---|---|
| **1** | Proven U.S. Marketing Programs; Direct Control in Japan and 50% of EMEA |
| **2** | Low Household Penetration |
| **3** | Accelerating Global RVC Category Growth |
| **4** | Product and Technology Leadership |





**03**

# Jennifer Lichtenheim

VP Sales - Americas

# U.S. Competitive Landscape

**20%*** → **43%*** →

**2015** **2016** **2017**

 



 

 



*Year over year category growth
Source: 2015 - 2017 NPD and iRobot internal estimates; RVC>$200 retail



# 2017 U.S. Floor Care Performance*



*Source: NPD Retail Tracking Services: 2017

# 2017 Floor Care Performance*

| Dyson | iRobot | iRobot | Shark | Bissell | iRobot | iRobot | Hoover | Dyson | Shark |
|---|---|---|---|---|---|---|---|---|---|
| Stick | Robotic | Robotic | Upright | Bare | Robotic | Robotic | Deep Carpet | Stick | Upright |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

#1 SKU in Q4

*Source: NPD Retail Tracking Services: 2017

March 1, 2018 | 27



# Awareness Catalysts

## Increased Trade Marketing



**Continued & New Category Media**



500+

**New & Expanded Competition**







**Retailer Investment**

# iRobot Roomba Driving Segment Growth

## US $ Segment Share

**CY15**
- iRobot: 88%
- Neato: 10%
- 4%
- 2%

**CY16**
- iRobot: 88%
- Neato: 6%
- 2%
- 3%

**CY17**
- iRobot: 85%
- Neato: 5%
- Shark: 4%
- Samsung: 2%
- All Others: 3%

**Legend:**
- All Others
- Samsung
- Shark
- Neato
- iRobot

CY15    CY16    CY17

Source: NPD, iRobot internal estimates, RVC > $200 retail prices.
Note: Year-on-Year Exchange Rates are applied in this update



# 2017 U.S. Growth Drivers: Products

## Driving Technology Down Through Product Lines

Roomba® 980

Roomba® 960

Roomba® 890

Roomba® 690






# 2017 U.S. Growth Drivers: Technology

## Advanced Mapping & App Capabilities



# 2017 U.S. Growth Drivers: Integration

## Smart Home Integration





# 2017 U.S. Growth Drivers: Retail Engagement

**Increase in Media Investments**



**2.3B**
media impressions



**Field Marketing Expansion**

**Maintained National Promotion Cadence**





**Targeted Distribution Expansion**



# 2017 U.S. Growth Drivers: Merchandising







# 2017 U.S. Growth Drivers: Holidays



SOLD OUT

<16 hours  +100% vs. '16



+60

**Retailer TV Commercials Featuring iRobot**



   

 3B
media impressions





# 2017 U.S. Segment Drivers



**+44%**
revenue growth

**Roomba**



**+65%**
revenue growth

**Braava**



# U.S Competitive Landscape

**20%\*** →    **43%\*** →

| 2015 | 2016 | 2017 | 2018 |





 







 

 

 



## more...

Growth
Competition
Innovation & Technology
Aggressive Positioning

\*Year over year category growth
Source: 2015 - 2017 NPD and iRobot internal estimates; RVC>$200 retail



# 2018 U.S. Growth Drivers

| 1 | Proven U.S. Marketing Programs |
|---|---|
| 2 | Low Household Penetration |
| 3 | Accelerating RVC Category Growth |
| 4 | Product and Technology Leadership |





**04**

# Glen Weinstein

## EVP & CLO

# IP Protection Strategy



# Patent Portfolio

## Growth of U.S. and Int'l Patent Portfolio



## Top Electronic Patent Powerhouses - 2017

| Rank | Company | Headquarters |
|------|---------|--------------|
| 1 | Apple Inc. | U.S. |
| 2 | Sonos | U.S. |
| 3 | LG Electronics Inc. | South Korea |
| 4 | GoPro Inc. | U.S. |
| 5 |  | U.S. |
| 6 | Dolby Laboratories Inc. | U.S. |
| 7 | Sony Corp. | Japan |
| 8 | Canon Inc. | Japan |
| 9 | Koninklijke Philips NV | Netherlands |
| 10 | Hand Held Products Inc. (Honeywell) | U.S. |

**IEEE SPECTRUM**

Source: IEEE 2017 Patent Power (Dec. 2017)

March 1, 2018 | **41**



# Patent Portfolio

### Filings 2017



- Dry Floor Care
- Hard Floor Care
- Navigation
- R&D
- RLM
- Software and connectivity

### Grants 2017



- Dry Floor Care
- Hard Floor Care
- Navigation
- R&D
- RLM
- Software and connectivity

### Filings by Country 2017



- Austrailia
- Canada
- China
- European Patent Office
- Japan
- South Korea
- U.S.
- PCT

### Grants by Country 2017



- Australia
- Canada
- China
- Germany
- European Patent Office
- Spain
- France
- Italy
- Japan
- Netherlands
- United Kingdom

March 1, 2018 | **42**



# Roomba Portfolio

## 243 U.S. Patents



Other, 7

Connectivity, 12

Accessories, Brushes & Filters, 28

Docking & Automatic Dirt Disposal, 16

Robot Sensors & Behaviors, 50

Navigation, 80

Platforms & Cleaning, 50

## 436 International Patents

| Tier | Countries | Patents |
|------|-----------|---------|
| 1 | 🇩🇪 🇯🇵 | 123 |
| 2 | 🇨🇳 🇫🇷 🇬🇧 🇨🇦 | 125 |
| 3 | 🇦🇺 🇦🇹 🇧🇪 🇨🇭 🇩🇰 🇪🇸 🇮🇹 🇳🇱 🇸🇪 | 117 |
| 4 | 🇰🇷 🇹🇼 🇸🇬 🇭🇰 | 71 |



# Enforcement
## Overview of 2017 IP Litigation

## Respondents

### N.A. Brands

- Black & Decker
- Bobsweep
- Bissell
- Hoover

### Chinese Brands

- iLife

### OEMS

- Suzhou RealPower
- Matsutek
- SSSIT

## Patents

### Goal

Utilize a set of patents with broad coverage of multiple features on the infringing products

- U.S. 7,155,308
  IR Cliff Detection

- U.S. 9,038,233
  Spinning sidebrush

- U.S. 8,474,090
  Wheel biasing

- U.S. 8,600,553
  Light touch

- U.S. 6,809,490
  Multi-mode

- U.S. 9,486,942
  Mobile phone scheduling

## ITC

### Timeline

April 2017
Filed ITC and district court actions

October 2017
Markman hearing

March 2018
Hearing

June 2018
Initial determination

October 2018
Final determination

Note: District court actions are all stayed



# Enforcement
## Success



**Focus of Litigation:**

 

 

**Settlement:**

  

 

March 1, 2018 | 45





**05**

# Alison Dean

CFO



# Our Strategy

Consistently deliver on our financial commitments…….

- Global revenue growth

- Strong and stable gross margins

- Disciplined investment in innovation and brand leadership

- Operating Income expansion

- Healthy cash flow generation

….while aggressively pursuing our market opportunity

Creating long term, sustainable shareholder value



# iRobot's Strategic Transformation



- Divested Defense business (early 2016)

- Discontinued Remote Presence

- Aligned company on consumer/home focused strategy

- Extend Direct Go-to-Market model through acquisition
  - Japan – SODC acquisition
  - Western Europe – Robopolis acquisition





# Delivered Strong Financial Performance

| $M, excluding EPS | FY15 | FY16 | FY17 |
|---|---|---|---|
| Revenue | 617 | 661 | 884 |
| Revenue Growth | 11% | 7% | 34% |
| **Consumer Revenue Growth** | **10%** | **17%** | **35%** |
| **GM%** | **47%** | **48%** | **49%** |
| OPEX % of Revenue | 37% | 40% | 41% |
| Operating Income | 61 | 58 | 73 |
| Operating Income % | 10% | 9% | 8% |
| EPS | 1.47 | 1.48 | 1.77 |
| EPS before Tax Reform | | | 2.18 |

Execution against financial commitments while undergoing significant strategic change



# Historical results reflect consistent execution over time

## Reported Revenue vs Expectations Provided in February

| | |
|---|---|
| Within expectations provided | 42% |
| Above expectations provided | 33% |
| Below expectations provided | 25% |

*12% above*

*3% above*

*1% below*

*1% below*

*6% below*

*11% above*

*6% above*

$M

| $850 | $750 | $650 | $550 | $450 | $350 | $250 | $150 |

| 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |

■ Expectations Provided in February    ◆ Reported Revenue

• Publicly traded company beginning in 2006
• 2017 expectations included SODC acquisition impact but not Robopolis impact

February expectations represent our best view of risks & opportunities

March 1, 2018 | 50



# 2018 Revenue Profile

**Roomba Revenue Mix**

## 2018 * Total Revenue by Region





**2016**

**2017**



**2018 ***

Roomba is the main revenue driver (units)

Braava revenue growth continues

ASP increase in Japan and Direct EMEA countries due to forward integration

20-25% of revenue expected from new products

Revenue growth remains very strong across the globe

*Based on expectations provided 2/7/18

# 2018 Expectations: Key Messages

| $M | FY17 Actual | FY18 Expectations * |
|---|---|---|
| Revenue | 884 | 1,050 - 1,080 |
| YoY Growth | 34% | 19% - 22% |
| Gross Margin | 49% | 50% - 51% |
| R&D | 13% | 13% |
| S&M | 18% | 19% - 20% |
| G&A | 10% | 9% |
| OI | 8% | 8% - 9% |

Strong global growth continues

Gross Margin expansion from acquisitions delivered

Maintain investment in innovation and product development

Full year cost of acquired businesses and continued investment to create awareness & adoption and support new product launches

Leverage G&A globally

Plan assumes reinvesting incremental margin to drive
critical 2018 launches and future growth initiatives

*Expectations provided 2/7/18



# Capital Allocation Strategy



| R&D | | |
|---|---|---|
| **Core** | **Emerging** | **Future** |
| Lower Risk | Medium Risk | Higher Risk |
| Significant Revenue and Profit Contribution | Market Validation | Exploration |
| Target R&D Investment: 65% - 70% | 20% - 25% | 5% - 10% |

Organic



Inorganic

Acquisitions

iRobot Ventures

Regular review to address industry and market evolution and company requirements



# Tax Reform: Impact in 2017 and 2018

|  | FY17 Actual | FY18 Estimate |
|---|---|---|
| Federal Tax Rate | 35% | 21% |
| SEC 199 Deduction | (8%) | |
| State Tax | 3% | ~3% |
| Foreign Rate Differential | (1%) | ~3% |
| Other | 5% | |
| **Natural Tax Rate** | **34%** | **25 - 27%** |
| | | |
| Discrete Items: | | |
| Stock Comp Windfall | (15%) | |
| Remeasurement of DTA | 12% | |
| Provisional Repatriation Toll Charge | 4% | |
| Other | (1%) | |
| **Effective Tax Rate** | **33%** | **25 - 27%** |

# Balance Sheet & Cash Flow

## Cash Trends



**Primary Uses**

Acquisitions
Share Repurchases
Capital Investment
iRobot Ventures

*Note: Cash includes cash, cash equivalents, and short term investments*

**Company effectively generated and invested cash and returned excess to shareholders.**

## YE-17 Cash Profile



**Additional Capacity**

- $75M revolver
- $125M accordion

**Cash generation expands globally.**

## Inventory



**Inventory Optimization**

- Warehousing strategy & logistics optimization underway

**International go-to-market strategy requires higher on hand inventory.**

## Operating Cash Flow



# Financial Targets

| $M, excluding EPS | FY17 Actual | FY18 Expectations Provided * | FY19 / FY20 LTFM Targets |
|---|---|---|---|
| Revenue | 884 | 1,050 - 1,080 | ~ 20% |
| YoY Growth | 34% | 19% - 22% | |
| Gross Margin % | 49% | 50%- 51% | 50% |
| Operating Income % | 8% | 8% - 9% | Growing to 10% |
| EPS | 1.77 | 2.10 - 2.35 | NA |

Strong revenue growth expected through 2020 with increasing operating income

*Expectations provided 2/7/18

# Four Growth Drivers

| | |
|---|---|
| **1** | Proven U.S. Marketing Programs;<br>Direct Control in Japan and 50% of EMEA |
| **2** | Low Household Penetration |
| **3** | Accelerating Global RVC Category Growth |
| **4** | Product and Technology Leadership |

# Thank You

