# Tab 15

**S&P Global**
Market Intelligence

# iRobot Corporation NasdaqGS:IRBT
# Company Conference Presentation
## Thursday, September 13, 2018 11:30 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

1

# Table of Contents

Call Participants             .......................................................................     3

Presentation                .......................................................................     4

Question and Answer          .......................................................................     5

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

## EXECUTIVES

**Alison Dean**
*Executive VP, CFO, Treasurer &*
*Principal Accounting Officer*

## ANALYSTS

**Unknown Analyst**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Unknown Analyst**

And so, thank you for coming out, Allison.

**Alison Dean**
*Executive VP, CFO, Treasurer & Principal Accounting Officer*

Thanks for having us.

**Unknown Analyst**

Maybe if you had any prepared remarks, or want to just give us a quick State of the Union before we jump into Q&A.

**Alison Dean**
*Executive VP, CFO, Treasurer & Principal Accounting Officer*

Sure. So we're coming off a couple of exciting weeks where we've just launched the latest of our new products, which we are very excited about. We had 2 product launches this past week. One was at the high-end flagship end of our range with the i7+, which was the first automatic dirt disposal unit, so you no longer have to empty your robot after it cleans. It goes back to the charging base, which serves as an auto evac, and you get basically 30 full bins so you never have to interact with a robot until that 30 bins is done.

So it's pretty exciting as it relates to the automation of this process and trying to minimize the amount of time a consumer has to interact with the robot. It also has another great feature, which is the next evolution of our smart maps. So the robot is creating a map as it cleans your home, but now you can interact with the map that is created. You can segment and label rooms, and then you can tell the robot, "Just go clean my kitchen" by scheduling it if you don't want to have the whole house cleaned. So it really gets -- it allows the consumer to really personalize that cleaning experience. So we're really excited about that.
And then we also delivered, on another part of our product strategy, which is to bring features and functionally from the high end of our product range down to lower price points. So we announced the e5, and that product brings our debris extractors, WiFi connectivity and the ability to clean the debris bin down to a low price point, around $449. So coming off a really exciting week of product introductions.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Unknown Analyst**

Yes. Now I mean, as it relates to that pricing and technology strategy, is there any risk, though, that as that technology gets pushed down from the higher price points to the lower price points that it cannibalizes some of the premium product sales or?

**Alison Dean**
*Executive VP, CFO, Treasurer & Principal Accounting Officer*

Through our product introductions to-date, over many years, we've always maintained a really nice mix of purchases across all of our SKU points. So it's very important to us to have a wide range of features and functionality and price points and value propositions for the consumer. And so we've always maintained a really nice mix. And as part of our strategy, we've maintained our entry price point around $300. But what you're getting for that $300, because we're bringing all this functionality and technology down, is a much more robust offering at $300.

**Unknown Analyst**

Makes sense, makes sense. Now let's just switch gears. You guys have provided 3-year financial targets already with forecasted revenue CAGR of around 20%. Maybe you could just drill down into that and kind of what gives you confidence in that number and that amount of visibility, in fact.

**Alison Dean**
*Executive VP, CFO, Treasurer & Principal Accounting Officer*

Sure. The main driver of that growth rate continues to be adoption of robotic vacuum cleaners. Household penetration of robotic vacuum cleaners is still very low. In the U.S., it's the highest, at about 10%, and most of the other countries are in the low single digits of penetration. So just the trend of adoption of RVCs and continuing to drive household penetration will be the vast majority of that driver on a global basis. But in addition, we've been adding other products to our mix. So we have a floor mopping category called Braava. We've been promoting and advertising that category. For the first time, we started last year, to do that. And we think that can help be another growth driver. But the biggest piece of growth by far will be continued adoption of RVCs, which is why introducing new products like we did this week, is so important.

**Unknown Analyst**

Right. Maybe just take us for a walk around the world as it relates to the U.S. market. You mentioned China, and you guys made an investment in distribution in Europe last year. Could you just take us around to the various regions and what you're kind of seeing right now?

**Alison Dean**
*Executive VP, CFO, Treasurer & Principal Accounting Officer*

Sure. We've got great growth across all of the regions. The last few years, the U.S. has been in the lead with the highest growth rates. Part of our rationale for acquiring our distributor in Europe and Japan was to increase the growth rates there, which for the past several years had been sort of in the single digits. And so for 2018, the total company growth is expected to be between 20% and 22%. The U.S. will be in the low 20s of the percent. Europe is actually going to be between 30% and 35%. Part of that is due to the fact that we acquired a distributor, and we're benefiting from higher ASPs. And then Japan is going to be mid-teens. So all of the regions really contributing nicely to that growth rate.

**Unknown Analyst**

Got you. And as you think about your channel in the market, right, I mean, you guys made the investment in distribution in Europe last year. And we've heard a lot at this conference about digitization and a lot

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**IROBOT CORPORATION COMPANY CONFERENCE PRESENTATION | SEP 13, 2018**

more front-end investment on whether it be Internet or direct sales models. Have you guys considered various avenues to perhaps digitize to your front end of your distribution more or?

**Alison Dean**
*Executive VP, CFO, Treasurer & Principal Accounting Officer*

Most of our sales to date still are bricks and mortar. We have evolved online channels in targeted ways. So certainly, in the U.S., Amazon is a very big retailer for us. One of the benefits we got through this distributor acquisition in Europe and the distributor acquisition in Japan is that the -- those distributors didn't really have particularly strong relationships with Amazon in their regions. And by acquiring those distributors, we've been able to reestablish relationships with Amazon in those countries. This last Prime Day that happened in July was our first global Prime Day. We had products in all the different regions, and a lot of that was due to the fact that we could re-engage with Amazon in these countries once we got the distributor out of them -- out of the way.

**Unknown Analyst**

Yes, makes sense. And I think your '18 guidance actually includes a little bit higher sales and marketing. Maybe help us through -- to think through that logic. And then where is that spend, is it more targeted, is it more broad based?

**Alison Dean**
*Executive VP, CFO, Treasurer & Principal Accounting Officer*

So coming into the year, you're right, we made the conscious decision to invest more in sales and marketing. Part of that was to promote our floor mopping category, which I talked about earlier. For many years, we just didn't directly promote that category, and we thought it was time to really put some money behind that in order to make it a bigger piece of the pie. A good bulk of the spending is to continue to promote Roomba adoption and awareness worldwide, and an element of that is sort of reinvesting in these countries where we're now going direct. We have control over exactly how we execute the sales and marketing dollars and how much we want to invest, and part of that incremental spending was to do that in those regions to fuel the growth.

**Unknown Analyst**

Got you. Now over time, do you expect that spend to go down a little bit more, spend margins on the road, or how should we think about that?

**Alison Dean**
*Executive VP, CFO, Treasurer & Principal Accounting Officer*

Sure. So our operating margin targets are to get to 10% operating margin by 2020, and the way we're going to do that is through OpEx leverage. The bulk of that OpEx leverage will probably come from G&A and then a little less so from sales and marketing. We don't expect much of it to come from R&D. We think we're spending about the right amount as a percent of revenue on R&D.

**Unknown Analyst**

Got you. Well, I kind of have to also address the elephant in the room being trade. Everybody is getting asked the question at this conference this year. Is it impacting your business? And if so, how and what are you seeing to date?

**Alison Dean**
*Executive VP, CFO, Treasurer & Principal Accounting Officer*

It's not impacting our business to date. The RVC products are part of List 3 of the potential tariffs. But those have not been definitively implemented yet. There's also a wide range of what those tariffs would be, from 10% to 25%. So today our expectations don't include any impact from tariffs. If they do go into effect, it will likely impact the entire category of RVCs because most of -- almost all of the RVCs are manufactured in China, so it will really be an impact to the category. And then for us, depending on if it

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**IROBOT CORPORATION COMPANY CONFERENCE PRESENTATION | SEP 13, 2018**

gets implemented and how large the tariff is will determine whether we take the hit or does the consumer have to take some of the impact of those tariffs. So really more to come for us relative to tariffs.

**Unknown Analyst**

Got you. And you guys haven't seen much of a material impact yet from just rising raw material prices or component sources or anything like that. We've heard from another -- a number of other companies that component shortages and supply chain management have been a little bit of challenge this past quarter. Have you guys seeing anything of that sort?

**Alison Dean**
*Executive VP, CFO, Treasurer & Principal Accounting Officer*

Nothing in particular. We're sort of always dealing with the different elements of our BOM costs and component pricing issues. So we have a lot of ways that we handle that, but there's been nothing really, in particular, impacting us this quarter relative to that.

**Unknown Analyst**

Got you. And what's the competitive environment been like? I mean, last year when we sat here, a competitor of yours had made an announcement at the time. Since then, every now and then I'll see an odd mail about a new entrant, but I'm kind of curious from your perspective how you're seeing the competitive landscape these days?

**Alison Dean**
*Executive VP, CFO, Treasurer & Principal Accounting Officer*

Yes. Things have been pretty quiet since we sat here a year ago. The big elephant in the room last year was that Shark had announced a product that was going to be on market for the fourth quarter. They did get a few points of share, but what happened is the category itself, the segment itself, grew substantially so we were able to achieve the growth rates that we had expected despite the fact that they came in the market and had a few points of share. There's not been a lot of noise from them since then, and there really hasn't been any major new competitive offering in the market. And we haven't really seen anything yet relative to new products that might be on the shelves in Q4 of this year.

**Unknown Analyst**

Right. Now as you think about these new entrants and, obviously, your own new introductions, does it kind of expand the TAM you think at this point in time? Or is there a competitive share ship dynamic that is still kind of going on under the surface?

**Alison Dean**
*Executive VP, CFO, Treasurer & Principal Accounting Officer*

We've believed for a while and we still believe it now that competition is good because, as I said, the household penetration rates are still so low. There's a lot of people out there that don't even know the big category exists. So there's always -- it's always a little bit of a double-edged sword. The one positive I'll say about Shark when they entered the market is they actually were the first competitor to spend on TV advertising. Beforehand, it was just iRobot funding that. And I believe that's one of the reasons that we saw such a large segment expansion, was because someone else was helping to promote the category and had allowed us to again achieve the goals that we had despite the fact that they were able to gain a few points of share.

**Unknown Analyst**

Makes sense. Maybe -- I'll see if there's any questions from the audience. Yes, one there.

**Unknown Analyst**

How do you think about your market share on Amazon? Is it improving incrementally? Is that a leading indicator?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Alison Dean**
*Executive VP, CFO, Treasurer & Principal Accounting Officer*

We don't really look at market share at Amazon. As I mentioned earlier, from a global perspective thinking about Amazon as a retailer, we think there is opportunity to do more business with them globally than we have in the past where it's predominantly been a U.S. account. Our business with Amazon, particularly in the U.S., over the past several years has grown quite substantially though. It's been a great channel for us. There have been competitor products that are also available on Amazon. It's always us and a few other products that are available on that channel, but we've been able to maintain and grow our business with them as a retailer at a very significant level.

**Unknown Analyst**

Maybe as you look for growth opportunities down the line, are there -- do you see yourself doing something similar to what you've done in the distribution market across Europe and Japan, like you've said, in terms of looking at ways to invest to drive growth? Is that -- are there more opportunities out there similar to that? Or do you see it mostly just products driving growth going forward?

**Alison Dean**
*Executive VP, CFO, Treasurer & Principal Accounting Officer*

If your question was about potential other distributors to acquire, there is no real low-hanging fruit that we think is available there. There were really unique circumstances for the 2 that we did last year. It's not to say if the facts and circumstances of one country compel us to do it, we would look at that, but there isn't anything sort of imminent from a distribution perspective. We do feel in general, though, M&A is important for us to achieve our strategy. We have a corporate development team in-house that's sort of constantly out in the market looking at products, technologies, things that we may -- we feel may be helpful for us to pursue our strategy. And if one of those, again, presented the right set of circumstances, we would definitely consider that, either outright acquisition or even partnership.

**Unknown Analyst**

Congrats on your new product, the -- what is it, the i7. What do you expect the attach rate to be on the self-cleaning dustbin base?

**Alison Dean**
*Executive VP, CFO, Treasurer & Principal Accounting Officer*

It's really too early to say. The product has only been in market for about a year. You can buy the i7 alone or you can buy it with the automatic dirt disposal. If you bought the robot first and didn't want to buy the dirt disposal, you can buy that later as an attachment. So we think it's going to be a very exciting feature for consumers, and time will tell how -- what the attach rate is.

**Unknown Analyst**

What do you think the -- what's the target sort of saturated penetration that -- what represent of American households do you think can afford this product? And do you see it eventually replacing the handheld or push vacuum cleaners? Or is it, in those 10% of households, is it always an added product on top of the hand-pushed version?

**Alison Dean**
*Executive VP, CFO, Treasurer & Principal Accounting Officer*

I mean, to date, we think it's been an added tool to the cleaning arsenal in a home. So people maybe already have an upright, but as they think about maybe replacing it or getting something else, they add a robotic vacuum cleaner to the mix. We do think over time, though, as the robotic vacuum cleaners become more capable and depending on your house type, that maybe a robotic vacuum cleaner and a handheld together could eliminate the upright vacuum. So we'll have to see how that plays out. I mentioned earlier, in the U.S., we have about 10% household penetration, lower in other regions. And part of our strategy is to offer multiple price points and value propositions in order to attract as many households as possible

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

into the franchise. So you can buy an iRobot product for about $300 today all the way up to the high-end product we just launched with the dirt disposal at $1,000. So there's multiple different price points that allow consumers to try out the category, get comfortable that the products function well, and we think that's an important element to drive further adoption, is to have a wide range of offerings.

**Unknown Analyst**

Okay. Given that it's easier for, obviously, competitors to get into the online channels as opposed to brick and mortar, are you seeing any differences in the promotional intensity of online compared to the brick-and-mortar channel?

**Alison Dean**
*Executive VP, CFO, Treasurer & Principal Accounting Officer*

Certain online channels definitely have more price competition at different times of the year as a way for them to try to break in and get their brands known in the category. I think it's important that even if a new entrant comes in and maybe they're very aggressive on price and they get some initial sales, we think it takes a little while for the consumers to really appreciate what the value proposition was of that purchase. Is the product lasting? Is it performing how they expected? So we think it takes a few quarters when an entrant comes in for you to really understand the impact even if they're successful briefly with getting some sales by being very aggressive on price.

**Unknown Analyst**

Bear with me, I'll just jump in again. As you look right now at your various product solutions, right, I mean, obviously, the vacuums are front and center. You have the mopping solution. I think once upon a time, you guys even made a pool cleaner. Are there other product adjacencies that you could see yourself building out over time that could be a sizable piece of the portfolio?

**Alison Dean**
*Executive VP, CFO, Treasurer & Principal Accounting Officer*

Absolutely. We've talked about it, but we haven't launched. It's not in market yet. It's a robotic lawnmower. We've been working on it for a little while. We think that's an important product for the consumers in and around their home, and that's the focus of our business, is the consumer in their home. So between RVC, the mopping and lawn, we think those will be 3 important products. But in addition to that, because we have this mobile platform in the home, it can map your home, it can sense other WiFi-connected devices in the home, we think over time there may be an additional set of features and benefits we can offer the consumers by leveraging our underlying core technologies with other smart home devices or opportunities in a home. So we think that could be in a completely different category of opportunity in the future.

**Unknown Analyst**

Interesting. Yes, I mean, I guess, it all comes down to the connectivity of the unit itself. And right now, how many of your products are connected?

**Alison Dean**
*Executive VP, CFO, Treasurer & Principal Accounting Officer*

Basically, the whole range is connected now, and that's -- we think that's really important for not only eventual play in the smart home but as we think about the products themselves. Historically, we've been sort of gated by when the next physical platform is ready to come to market. But starting with the 980, the software element of our products is more and more significant in terms of providing the value to the consumer. And now with our whole range WiFi connected, we feel like in the future we can push out additional features and functionality to consumers over the air in between the actual delivery of the new physical product platforms. So we think that could be another way to really provide some value to the consumers.

**Unknown Analyst**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Now is there any data being collected on the back end? I have to imagine that, like you said, with all the mapping that's going on in the home and now you have a connected device, I mean, arguably, you could essentially have a roving security camera that's cleaning your carpet at the same time or keeping an eye on your pet or your kid or something like that. And this data, is there anything that could perhaps be done with it on the back end from a monetization perspective?

**Alison Dean**
*Executive VP, CFO, Treasurer & Principal Accounting Officer*

Potentially, and that's part of what we're exploring right now. There's obviously a lot of sensitivity about privacy that goes along with that, that we have to consider. Today, the data we're getting from the robots is performance related, how long did it run, how many missions did it run in a week, so we get a much better perspective on how the products are being used in consumers' homes, which we can feed back into the R&D process, customer service, et cetera. But as the maps become richer and as that data that we're collecting gets richer, we think there could be ways. We don't really have a direct path decided yet. We're sort of in an investigative mode trying to figure out the best way to monetize this important information that we're getting. But again, very delicate situation as it relates to privacy.

**Unknown Analyst**

Privacy, obviously. And you mentioned there on the R&D side, I mean, is all the stuff being developed in-house, or are there supplier partners that are you partnering with to pull -- to push these products forward? Or is this more a sense of you kind of know where the consumer is and it's a pull function?

**Alison Dean**
*Executive VP, CFO, Treasurer & Principal Accounting Officer*

Yes. Most of our development is done in-house with our own teams. There might be, occasionally, times where we tap talent outside the company. We do feel over time, though, partnerships and leveraging technologies, functionality that others have may be an important element of trying to figure out sort of the next phase of our company development.

**Unknown Analyst**

Yes. Because I'm trying to think through like the product integration, like if you have a Nest security camera but then you also have Philips Hue lighting or something that. Like, how does that -- these systems all get pulled together on a single platform?

**Alison Dean**
*Executive VP, CFO, Treasurer & Principal Accounting Officer*

Yes. And that's part of what we have to figure out in the future, and partnering again with some of the bigger smart home players may be an important element to deciding that. Today, we already work -- our products work with Alexa and Google. You can use those devices to turn your Roomba on and get it running. So we've already started at a very introductory level sort of integrating our products with other products in the smart home.

**Unknown Analyst**

Got you. And outside of the consumer products groups, I mean, obviously, the lawnmower and everything else. Once upon a time, you guys used to have a defense business. Any interest or consideration of ever venturing back into the industrial, quasi-defense space or?

**Alison Dean**
*Executive VP, CFO, Treasurer & Principal Accounting Officer*

Not at this point. Our focus is the consumer inside and outside of their home. And everything that we're doing, all of our strategy is around that.

**Unknown Analyst**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

So I guess -- I mean, do you guys consider yourself a consumer products company or still more of a technology company just given the tech behind all this autonomous cleaning?

**Alison Dean**
*Executive VP, CFO, Treasurer & Principal Accounting Officer*

We absolutely consider ourselves a tech company that just happens to be focusing on the consumer as our customer, and I think the introduction of the i7+ was -- is a really strong indicator of how important the underlying technologies are in terms of delivering this value add to the consumer. So we're -- been really excited about this as a sort of the foot stamp on us being a technology company and not just a computer -- a consumer products company.

**Unknown Analyst**

So I guess another question is, from your perspective, what's differentiated about your technology versus some of the competition?

**Alison Dean**
*Executive VP, CFO, Treasurer & Principal Accounting Officer*

We've just -- from day 1, we've approached the challenge of an autonomous cleaning solution differently, like from a blank sheet of paper. We haven't tried to start with, in the case of RVC, the upright vacuum and said, "How do we replicate that in an autonomous solution?" We started from a completely different perspective. We listen quite intently to what the consumers want, not just what we think we can build, but we want to make sure it's meaningful to the end customers. And that's the -- that's been an important element, and then we figure out how to solve that from a technology perspective. We've amassed an incredible IP portfolio, which has really helped us maintain our leadership. We've defended that portfolio several times when we've felt that's necessary, and it's held up really well. And we've continued to move the ball forward. I mean, we are the company that keeps resetting the bar as to what consumers want from an autonomous cleaning product.

**Unknown Analyst**

What is your sense -- what is it that the consumer really wants right now to get that next level of penetration? Is it more performance? Or is it more along the technological side or the durability, I guess, of it, like how long it can run? Like, I'm just thinking through my apartment, I mean, would this be a solution that could replace ultimately our upright? Or what are the gating factors right now you think to further adoption?

**Alison Dean**
*Executive VP, CFO, Treasurer & Principal Accounting Officer*

I think the biggest one is still awareness. There's still a lot of people that, a, don't know the category exists, and even if they know the category exists, they don' t believe that the performance of the products is what it is. So there's still a lot to do just from a general market category awareness perspective. And the more we sort of knock down the skeptics and the factors that contribute to them believing that these products don't work, we get the next level in that evolution. This automatic dirt disposal, we think, is really big. People want an autonomous solution, and now you can go weeks, maybe months before you have to touch your robot.

**Unknown Analyst**

What's been the adoption rate, and what's been the take rate you think on the mopping solutions?

**Alison Dean**
*Executive VP, CFO, Treasurer & Principal Accounting Officer*

We've been growing that nicely. We've been trying to get it to be about 10% of our revenue. The challenge with that is Roomba is just -- it's such a big base and it's growing so well that even though we're growing Braava nicely, we still haven't crossed that 10% threshold. But part of that is due to the lack of investment

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

we made previously on marketing the category, and we've seen where we have marketed it the growth has happened. And we're also -- the good news, bad news, we don't really have any robotic competition in floor mopping, so there's no one else creating awareness of this category. The competition still really is a Swiffer or a mop and a bucket. So we're not getting the benefits of a competitive situation in that space. But we've decided we're going to build this to be a more substantial piece of the pie, and we're putting the dollars behind it to do that.

**Unknown Analyst**

Great. Any other questions from the audience?

**Unknown Analyst**

Maybe one more just generally as you think about software. Do you think of it more as a monetizable value-add proposition for the customer? Or eventually, as the market matures and you get further penetration in homes, does it essentially become a -- you have to have pay-to-play type of commoditized for part of the product? How do you think about software, longer term, as a differentiating monetizable factor?

**Alison Dean**
*Executive VP, CFO, Treasurer & Principal Accounting Officer*

Again, we think the sort of tide is turning, and software is going to become a more and more important piece of the eventual feature offering to the consumer. So we're investing quite heavily in ensuring we have the software talent to take us to the next level. In terms of directly monetizing some of those investments we're making in software, that's not sort of the immediate future, but hopefully, down the line, that's something that can play into our model as well.

**Unknown Analyst**

All right, maybe one last one from me. Just thinking about your gross margin guidance for this year, obviously, quite impressive. What's really driving that? Is it the new product introductions? And is it a mix-up effect? Or is it overall just better operational manufacturing efficiency? What's really driving that gross margin?

**Alison Dean**
*Executive VP, CFO, Treasurer & Principal Accounting Officer*

It's really all of it. We've done a great job of being able to take costs out of our products in the past. We have a lot of leverage because of our scale. We've been able to maintain price points. All of those have contributed to us getting to and maintaining the kind of margins we have today. There's lots of different factors. We have lots of program's running at any given point in time in order to drive further efficiencies and cost reductions. So if there were more pricing pressures down the road, hopefully, we'd be able to accommodate that within the actions and the programs that we've set into place. So it's really everything you mentioned and more that goes into us being able to achieve those.

**Unknown Analyst**

Great. Thank you. Well, if there's no further questions, we'll wrap it there. Thank you very much, Allison.

**Alison Dean**
*Executive VP, CFO, Treasurer & Principal Accounting Officer*
Great. Thank you. Appreciate it.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.