# Tab 19

05-Dec-2018

# iRobot Corp. (IRBT)

Raymond James Technology Investors Conference

FACTSET: callstreet
1-877-FACTSET    www.callstreet.com

Total Pages: 11
Copyright © 2001-2018 FactSet CallStreet, LLC

## iRobot Corp. *(IRBT)*
Raymond James Technology Investors Conference

**Corrected Transcript**
05-Dec-2018

# CORPORATE PARTICIPANTS

**Brian A. Gesuale**
*Analyst, Raymond James & Associates, Inc.*

**Alison Dean**
*Executive Vice President, Chief Financial Officer, Treasurer & Principal Accounting Officer, iRobot Corp.*

# MANAGEMENT DISCUSSION SECTION

**Brian A. Gesuale**
*Analyst, Raymond James & Associates, Inc.*

All right. Good morning, everybody. I'm Brian Gesuale, senior analyst covering technology, stocks for Raymond James. Thanks very much for joining us. We're going to do a fireside chat format today with iRobot. Very pleased to have Alison Dean, the Company's Chief Financial Officer, join us.

Very, very interesting time of the year, both seasonally to have iRobot give the story, but also the company has launched many new products here over the last couple of months, and the timing makes it very interesting as well.

# QUESTION AND ANSWER SECTION

**Brian A. Gesuale**
*Analyst, Raymond James & Associates, Inc.*

Q

So, with that, I'm going to turn it over to you, Alison, maybe with just a general question to level-set the audience about who iRobot is and really give an overview of the company.

**Alison Dean**
*Executive Vice President, Chief Financial Officer, Treasurer & Principal Accounting Officer, iRobot Corp.*

A

Sure. So, iRobot is a tech company at heart. We focus on bringing robotic solutions to consumers, both inside and outside their home. We're the number-one global consumer robotics company in the world. We're a company that's been around for about 25 years. We have been actively selling products since 2002.

Our history, which I won't talk a lot about today, had many roots to it. We used to have a military and defense division of our company, which we divested several years ago, and we've had some other business models, but today our focus is solely on the consumer, inside and outside their homes.

Our flagship product is the Roomba floor vacuuming robot. We are the global segment leader for robotic vacuum cleaners. We have other product categories. For the consumers in their homes, we have a floor mopping category and we've talked about, but haven't yet launched a robotic lawnmower as well. Another element of our strategy beyond just delivering robotics to the consumers in their homes is to leverage the products that already exist in the homes today and going forward to play even more of a role in a smart-connected home. So, how can we



# iRobot Corp. *(IRBT)*
### Raymond James Technology Investors Conference

leverage the mobile platform that's navigating, creating maps, how can that product interact with other devices in a smart home to provide additional consumer benefits.

So, that's more something for the future, but the base – building this install base of the robots in the home is a really strong foundation to build against that future strategy.

---

### Brian A. Gesuale
*Analyst, Raymond James & Associates, Inc.*

**Q**

Great. Let's jump right into the debate here. How do you view iRobot; as a consumer electronics company or a technology company? I know a lot of the folks in this room have that very debate and that very question, so how do you look at it?

---

### Alison Dean
*Executive Vice President, Chief Financial Officer, Treasurer & Principal Accounting Officer, iRobot Corp.*

**A**

We wholly see ourselves as a tech company. As I mentioned, we've had other industries that we've serviced in the past with the same technologies. It's our choice right now to focus our efforts with these core technologies that we've developed, to serve the consumers in their home. We think that market opportunity is vast and with our strength, our leadership position, that creates the most growth opportunity for the company. But we couldn't be the company we are today without our technical expertise at its foundations. So, first and foremost, we're a tech company and we're just directing that technology towards consumers.

---

### Brian A. Gesuale
*Analyst, Raymond James & Associates, Inc.*

**Q**

Terrific. Hey, we have a seat up here. Full room today. So, Alison, maybe take us through the primary growth drivers of the business by product line, maybe talk about geographies and really how we should think about maybe new products folding into that over time as well.

---

### Alison Dean
*Executive Vice President, Chief Financial Officer, Treasurer & Principal Accounting Officer, iRobot Corp.*

**A**

Sure. So, Roomba, as I mentioned, that's our flagship product category. That makes up about 90% of our revenue today, but that still is the biggest growth driver for the company for the next several years. We look at a few metrics. We look at market segment share and we look at something called household penetration; and in the U.S. where our household penetration is the highest, we're still only at a 10% penetration rate. So, we think there's an enormous further opportunity relative to getting robotic vacuum cleaners, Roomba, specifically, into more consumers' homes.

And the penetration rate that I mentioned earlier, of 10% in the U.S. being the highest, we are a global company, we sell our products all over the world and the penetration rate in most of those other countries are far smaller than the 10%. So, on a global basis, driving further awareness and adoption of Roomba still will be the biggest growth for the next several years.

Our second product category, floor mopping, represents a little under 10% today. That also is a growth opportunity for us. It's a category we've had for several years, but we have chosen up until recently not to put direct marketing and advertising dollars behind it. We started putting those dollars behind it about a year-and-a-half ago and it's an area we will continue to try to pursue, create more awareness around. We do find that consumers that know iRobot via Roomba are more inclined to buy a second product from us. They just had a good experience. So, we think there's good growth opportunity for that second product category as well.

---



Copyright © 2001-2018 FactSet CallStreet, LLC

Another way we're looking to drive Roomba as well is continuing to innovate in the category. Some people who haven't bought robotic vacuum cleaners to this point in their life do so because they're skeptical about how effective they can be and we're promising an autonomous mission for the product. So, each time we bring out a new Roomba, we try to knock down one – next level of skepticism, make the product more autonomous. And so with our product launches that we did this year, in particular the i7, with the i7+, it's an automatic dirt disposal unit you can buy with your Roomba. So now your Roomba can go clean, it can re-dock, which is always done, it will empty the bin automatically into an automatic dirt disposal device, and that robot can empty itself 30 times before you then would actually have to empty the bag out of the bin. So, this goes a long way in terms of delivering on this autonomous aspect of our robots.

---

**Brian A. Gesuale**                                                                                        Q
*Analyst, Raymond James & Associates, Inc.*

That's great. You mentioned penetration rates, so I want to kind of dig into that. You talked about 10% household penetration. This is a category and the functionality it seems to me that it has parallels to the microwave oven's adoption over the last few decades and that penetration rate is in the 90s, low 90s, I believe, domestically. Maybe robotic vacuums don't get to 90% but 10% seems to be a very low point. What are the catalysts to drive that higher? Do you believe those figures from an adoption curve standpoint and maybe how does price elasticity play in all of that?

---

**Alison Dean**                                                                                            A
*Executive Vice President, Chief Financial Officer, Treasurer & Principal Accounting Officer, iRobot Corp.*

Sure. So, we have mapped the adoption rate so far of robotic vacuum cleaners to those of microwaves and they are fairly similar. If you look at penetration, about 15 years then after the microwave, it's pretty similar to where we're at today. So, we do think we're tracking nicely to that adoption curve. With the 10% that I mentioned for penetration rates in the U.S. market, we've done some analysis profiling the households in which our products are today, and then map that to the rest of the households across the U.S. And we think with our current strategy, we have a good-better-best offering all within the premium end, but you can buy a robotic vacuum cleaner for as low as $250, all the way up to our flagship now at $950.

We think with the wide range of price offerings, about that range, with different value propositions within that, if we – we [ph] stick (00:07:53) with that and mapping the demographic of the household we're in today, we should be able to get to 30% household penetration without a significant change to our strategy. To go beyond 30%, we feel like, likely, we would have to think very differently potentially about pricing, distribution, etcetera, in order to go beyond that. But just going from 10% to 30% provides us a significant amount of revenue growth for the next several years as we work up that curve.

---

**Brian A. Gesuale**                                                                                        Q
*Analyst, Raymond James & Associates, Inc.*

Great. There's been a lot of discussion about the competitive landscape. We've seen a lot of new entrants on the lower end. We've seen some companies try to come in over the top on the high end with varying levels of success. It seems the premium offerings struggle. The lower end offerings generally seem to be fairly decent products, but can you maybe talk about how you sit on that, how that group has really changed over time? And you have a lot of intellectual property and you've put some people out of the market by defending your IP, maybe wrap that all together for people.

---



# iRobot Corp. *(IRBT)*

Raymond James Technology Investors Conference

## Alison Dean
*Executive Vice President, Chief Financial Officer, Treasurer & Principal Accounting Officer, iRobot Corp.*

Okay. So, yes, we've had competition for as long as I can remember. It has changed over time. When we first were in market, I would say it would be higher – better known consumer brands that were trying to get into the category. So, early on, LG, Samsung, et cetera, were trying to attack us and they were trying to attack us at our high end. Typically, their products were higher priced than our highest price point and the value proposition really wasn't there. So they didn't really achieve that much in terms of market share.

Over the last several years, we've had more competition coming in from what we call our entry price points or the low end of our range. A lot of those are products that are coming from China either directly under Chinese brands or occasionally where you'll find well-established brands OEM-ing Chinese products. So, for example, there's a product on the market from Shark; it's actually an Ecovacs Chinese product that they've put their name on. So, the type of competition has changed over the years and – but there's always a lot of it and I expect that there will continue to be more and more. I think a lot of these companies see this as – they see the growth opportunity that we see, they see our success in this market, and they want to have a piece of that pie.

Our strategy against the competition has been to sort of understand what they're doing, so we're not caught unaware, but we have a very specific strategy that we're executing on. As we bring new products to market, we continue to stay focused on our strategy. We get an enormous amount of feedback from our install base of customers and we listen to that very explicitly.

So, when we're bringing out new products and we think about the features those products should have, we leverage the input from the current consumers as to what features would be important to them going forward. So, we have a very strong consumer connection which is one of the reasons, I think, our innovations have really resonated with the consumer base and we've been able to maintain the share despite the fact that these new entrants are coming in.

You mentioned technology and IP portfolio; so, from our earliest days, we've been very good about not only innovating them, but then protecting that innovation. We have, occasionally over the years, taken action. It's a very expensive thing to do so we don't do it frivolously. We were very thoughtful about when we take an action and we've just culminated an action we started about a year-and-a-half ago in the U.S. market, with the ITC, where we were able to bring in several companies and their manufacturers underneath this litigation, covered several of our patents, and we just successfully a few days got the final determination from the ITC and we're now able to restrict the importation of some of these products into the U.S. market.

## Brian A. Gesuale
*Analyst, Raymond James & Associates, Inc.*

Q

Great. A lot of these products definitely look like copycat products for sure. So, one of the things when we look at your market share, it's really high; 60% globally, maybe 75%-80% domestically; my longer term model has you kind of – has very fast market growth, but also has your market share decreasing a bit into the mid-40s, which I think is very typical. How do you see your market share maybe five years out and how do you see that progression of the market along with that?

## Alison Dean
*Executive Vice President, Chief Financial Officer, Treasurer & Principal Accounting Officer, iRobot Corp.*

A

Well, our assumptions that are behind our revenue growth assume that the RVC segment will continue to grow at a very rapid pace and that will allow for us to have very significant revenue growth rate even if some new

Copyright © 2001-2018 FactSet CallStreet, LLC

# iRobot Corp. *(IRBT)*
Raymond James Technology Investors Conference

competitors are coming in and taking some points of share. So, we don't view a loss of share in and of itself as a bad thing as long as the segment is growing, and that's what we've been seeing to-date.

**Brian A. Gesuale**
*Analyst, Raymond James & Associates, Inc.*

Q

That makes a lot of sense to me. Very few companies that I cover have 80% market share in any market. I wanted to maybe talk a little bit about some of the functionality you've introduced over the last couple of years. Certainly, connectivity has been a major one. Can you talk about the importance of that and how it enables you to broaden the ecosystem of products you're offering into this – into the home and also add new value to consumers.

**Alison Dean**
*Executive Vice President, Chief Financial Officer, Treasurer & Principal Accounting Officer, iRobot Corp.*

A

Sure. So several years ago, as you mentioned, part of our strategy, we centered around having all of our products be Wi-Fi connected. At the beginning, that allowed you to interact with your robot via an app, which, a lot of our consumers wanted the ability to do, given how much they're using their iPhones, et cetera, but we also saw future capabilities and benefits from having that connectivity. And so we made it our mission to have our whole fleet Wi-Fi connected.

So, one of the other benefits we get from this is we now get data about exactly how the robots are performing in your home. Today the data is very basic. It's how many times do we get ran? How long did it run? How many missions? How many of the sensors were enacted at any given point in time during the cleaning process? So we are much more knowledgeable about how the consumers are using the robot. It's helped our customer service organizations; for example, if they get a call on a connected product, they've noticed that the call times have dropped substantially because they already have an enormous amount of information about the exact situation of that robot, and so any sort of problem solving can be done much more quickly.

Over time, with the connectivity in conjunction with our mapping technology and our mapping capabilities, the robots are now creating maps of your home as they clean them and with our latest product launch, the i7, these are maps now that you can then customize for your home. You can label rooms, et cetera, so the robot is a lot smarter about not just knowing I'm in the home, but I'm in the kitchen. If you want to perform a cleaning mission but you don't want to wait for it to complete your entire first floor, you can say just go clean my kitchen and the robot will know to just clean that space.

So, we think over time, as the maps get more robust and the robot is able to identify more of the things in the home, coupled with the data it's getting from the home, that it might be able to play an additional role in the home in terms of benefiting the consumer. We haven't been very articulate exactly about how we're going to do that because the whole smart home space is so vast and there's a lot of different channels we could pursue, but we're in the process of talking to a lot of the big smart home players to understand directionally where they're headed, make sure they understand what our core capabilities and technologies could provide and see if there's maybe a path forward for us to partner with someone to try to figure out the great solution here of taking our capabilities and creating additional value for the consumers.

**Brian A. Gesuale**
*Analyst, Raymond James & Associates, Inc.*

Q

Your CEO, Colin Angle, always has really interesting things to say on the conference call that has many of us debate for months after, just enough uncertainty for us to have 50% on the left, 50% on the right. One of the



# iRobot Corp. *(IRBT)*
Raymond James Technology Investors Conference

Corrected Transcript
05-Dec-2018

things he talked about in the last call was this cadence of product introductions into 2019. Can you maybe close that up or narrow that sense for us for what types of products – what is the cadence exactly and maybe just provide a little bit of color around that for the audience?

### Alison Dean                                                                                                    A
*Executive Vice President, Chief Financial Officer, Treasurer & Principal Accounting Officer, iRobot Corp.*

Sure. So, the cadence has changed over time. We had – traditionally had a target; we've really only had cadence with Roomba. The other product lines are too new to really have an established cadence. Our cadence for Roomba, we have targeted to be a sort of 18 months to 2 years for a new platform. We might do interim releases where we take some of the features and functionality of our high-end units and roll them down at lower price points within the chain. But in terms of a new platform typically at the high end, we were targeting 12 months to 18 years – sorry – 12 months to 2 years.

The i7 that we just launched that the last platform before that was the 980 and that came out at the end of 2015, so that was longer obviously than our targeted window, but a fantastic amount of new features and functionality were delivered in that. But we also feel like three years is probably too long, right? It was longer than with our previous desired state. So – and with the competition coming in, again, with the way we've stayed ahead in the past is we continue to [ph] out-innovating (00:17:40) at new products in the market. So, a faster pace of innovation is very important to us. Exactly what that pace will be, I can't specifically articulate that, and although we want to get products to market as soon as possible, there is a risk of getting products to market too soon, right...

### Brian A. Gesuale                                                                                               Q
*Analyst, Raymond James & Associates, Inc.*

Sure.

### Alison Dean                                                                                                    A
*Executive Vice President, Chief Financial Officer, Treasurer & Principal Accounting Officer, iRobot Corp.*

...and we want to make sure when we're launching a product, it's gone through an appropriate amount of testing and vetting and it's ready for market before we launch it. So, we want to balance those two things as we think about the pace of innovation, but this – what we've launched this year, we talked a lot about the i7, we had an e5 launch as well, which was really shoring up our [ph] thin line (00:18:19) offering and then we have talked about other additional product launches next year. That will be a lot of product launches in a shorter period of time than has been typical for us in the past.

### Brian A. Gesuale                                                                                               Q
*Analyst, Raymond James & Associates, Inc.*

Right.

### Alison Dean                                                                                                    A
*Executive Vice President, Chief Financial Officer, Treasurer & Principal Accounting Officer, iRobot Corp.*

So, you will see us being very focused on the pace of innovation and trying to, again, maintain this leadership and get products to market as soon as possible. But I'm not going to comment on exactly what that...

### Brian A. Gesuale                                                                                               Q
*Analyst, Raymond James & Associates, Inc.*

# iRobot Corp. *(IRBT)*
## Raymond James Technology Investors Conference

Are you sure? I mean, you have the floor.

---

### Alison Dean
*Executive Vice President, Chief Financial Officer, Treasurer & Principal Accounting Officer, iRobot Corp.*

A

I understand.

---

### Brian A. Gesuale
*Analyst, Raymond James & Associates, Inc.*

Q

Okay. Very good. Maybe we move over to the gross margins.

---

### Alison Dean
*Executive Vice President, Chief Financial Officer, Treasurer & Principal Accounting Officer, iRobot Corp.*

A

Sure.

---

### Brian A. Gesuale
*Analyst, Raymond James & Associates, Inc.*

Q

There's a lot of obvious interest in gross margins. Can you talk about the things that caused them to ebb and flow in any given quarter from a mix perspective? But also maybe wrap in tariffs, we raised our gross margin assumption for the first quarter the other day because the delay in the 25% tariffs that we had already fully modeled that in. So, maybe can you just maybe walk us through a typical quarter without tariffs and tweets and then also address the latter as well?

---

### Alison Dean
*Executive Vice President, Chief Financial Officer, Treasurer & Principal Accounting Officer, iRobot Corp.*

A

Yeah. So, unfortunately, I don't think we have a typical quarter as it relates to gross margins. So those who aren't as familiar with us, we do really caution investors not just from a gross margin perspective, but revenue and overall profitability that you really need to look at us on an annual basis and not any given quarter because there are a lot of factors that can contribute to sequential changes in gross margin. Or if you're comparing gross margin this year to last year, a lot of factors go into play. Those can be timing of new product launches when we're running promotional activities as – mixed across our portfolio changes, that can be impactful there, too. So, I mean, there's just an awful lot of factors that go into play.

Our acquisitions, we did two international acquisitions during 2017, and as you look year-on-year or quarter-to-quarter, until we anniversary those, which we've just done now with our fourth quarter, lot of fluctuations can happen there. So, as it relates to tariffs, so it's obviously been a challenging time to understand what they will be, how they will impact us, how they'll impact the consumer base. We did disclose in our Q3 call that for 2018 we had a 10% tariff on our products starting on our Roomba products coming into the U.S. starting the 24th of September, and we estimated that impact for us in the second half or the fourth quarter mostly would be $5 million because we fully took that on ourselves. We didn't pass any of that on to the consumers.

As we were contemplating up until recently, a 25% increase to that tariff starting January 1, we were basically doing a lot of scenario analysis about how to react to that 25% tariff, how much would we be able to absorb ourselves, how much would we pass on to consumers, at what level would we pass it on, what do we think that would do to that growth rate. So, there's an awful lot going into that.

We are obviously pleased that the current view is that they will not be increased to 25%. So we are now re-looking at those analyses to say, okay, if it was a 10% world, let's think about those different scenarios and what it

---

Copyright © 2001-2018 FactSet CallStreet, LLC

## iRobot Corp. *(IRBT)*

Raymond James Technology Investors Conference

C Corrected Transcript

05-Dec-2018

would mean. Certainly, in a 25% scenario, we did not feel like that was something we could just eat ourselves, right?

**Brian A. Gesuale**                                                                                              Q
*Analyst, Raymond James & Associates, Inc.*

Right.

**Alison Dean**                                                                                                  A
*Executive Vice President, Chief Financial Officer, Treasurer & Principal Accounting Officer, iRobot Corp.*

There would have to be some sort of sharing of the burden of that. So, when we do our call in February and we give our guidance for the year, whatever assumptions that we're working with at that time will help you understand what our assumptions have been about tariffs, so that if they change or they go away, we'll all have a basis for understanding that.

**Brian A. Gesuale**                                                                                              Q
*Analyst, Raymond James & Associates, Inc.*

And just for context, that's for the U.S. business, which is about half the business which is manufactured in China?

**Alison Dean**                                                                                                  A
*Executive Vice President, Chief Financial Officer, Treasurer & Principal Accounting Officer, iRobot Corp.*

Yes. 100% of our manufacturing today is in China.

**Brian A. Gesuale**                                                                                              Q
*Analyst, Raymond James & Associates, Inc.*

Great. I wanted to maybe move over to something that's near and dear to my heart, sales and marketing spends, and how you optimize revenue growth in that spend and how you look at your returns there. It's one of the biggest expense lines you have. It's been instrumental in kind of driving an acceleration in growth even as the math gets more challenging for you. So, maybe take us through that but also then, if you could pinpoint a little bit, this was a year where I think you had more targeting – targeted marketing on Braava and maybe what you're seeing from that product line.

**Alison Dean**                                                                                                  A
*Executive Vice President, Chief Financial Officer, Treasurer & Principal Accounting Officer, iRobot Corp.*

Sure. So, sales and marketing, as you mentioned, has been an area of focus and investment for us over the last several years. Starting a few years ago, we recognized or we believed that we were really on an inflection point on the adoption curve, and we wanted to put sales and marketing dollars behind that, also coupled with the fact that there was more competition coming into place and in some cases, that competition was advertising as well. So, we wanted to sort of double down on the awareness creation as we were trying to drive further up the adoption curve.

So, we made the conscious decision, and we communicated it to the investor base that we were going to be spending a little bit more on sales and marketing for the next several years. We've done a lot to continue to create awareness of the category as a whole because there's still a lot of people globally who don't know that this category exists.  But we've been also trying to work people all the way through to the eventual purchase point for the products. We've hired an executive to come in and manage our sales and marketing program several years

## iRobot Corp. *(IRBT)*
Raymond James Technology Investors Conference

ago. He has a very quantitative approach to managing the sales and marketing dollars, so he can really pinpoint where we placed different campaigns, what we think the return is that we got on those, and so he's constantly basically tweaking the mix of how we're going to market with our sales and marketing dollars.

The acquisitions we made last year were also a way to get more direct control in several of our major European countries and Japan in terms of how we deploy our marketing dollars. And through that acquisition, we've got about 150 sales and marketing people added to our business so that also was a cause for some increase in our sales and marketing spend. This year, in particular, in addition to those general items, we have the new product launches we've been supporting and as I mentioned earlier, we've been making a very specific investment to advertise the Braava family of robots which we haven't done in the past.

Those of you who have seen our commercials this holiday season, you've probably seen the Roomba commercial quite often, but then you should see a separate commercial for Braava as well. So, we've been real happy this year with the progress Braava has made in terms of the growth that we've been seeing in that category year-on-year. We'll see how things pan out after the holiday season, but we were really excited to have this Braava-specific advertising not only in the U.S. for the first time, but we actually had our first TV advertising in Japan for Braava this year as well.

### Brian A. Gesuale
*Analyst, Raymond James & Associates, Inc.*

Q

Great. I'm actually going to close down my prepared questions here today to take a few questions from the audience. Obviously, you can tell it's a very exciting time for the company with lots of new products out there, at least a temporary ceasefire on the tariff front and a whole bunch of new products, as Colin would say, coming out next year. So, we're very excited about this story. But I'll open it up from the audience. Yeah, please.

Q

Just a question on the competitive landscape. [indiscernible] (00:25:52) impact here progressed as they could, what is their situation and what do you think their reaction will be?

### Alison Dean
*Executive Vice President, Chief Financial Officer, Treasurer & Principal Accounting Officer, iRobot Corp.*

A

So, pretty much the entire category of RVCs are produced in China, ours or other competitors' with the exception of Dyson. So, pretty much the category in the U.S. will be impacted by any tariff that's put on the category. How some of the competitors react, that's exactly what we're trying to model right now. Some of the companies that have robotic vacuum cleaner categories, that – those are very small categories relative to their total business. So, what opportunity do they have potentially to subsidize the impact of the tariffs on this category with other categories, versus feeling the same pressure. We probably do that at least some part of the test to go on to the consumer. So, that's something that we're watching quite carefully to see how they respond in terms of price changes in the market.

We are probably the only company that has such a breadth of price point offerings out there. A lot of them are either at the low end or the high end. It's our belief that there's probably a little less elasticity at the high end pricing than it is at the low end and that might play into how different competitors respond in terms of where they play on the spectrum. But I think time will really tell what the – how they react and what the consumer – U.S. consumer reaction is to how we deploy our actions. But we all should be in the same camp at least relative to the impact of whether it's 10% or 25%.

Copyright © 2001-2018 FactSet CallStreet, LLC

## iRobot Corp. *(IRBT)*
### Raymond James Technology Investors Conference

Corrected Transcript
05-Dec-2018

### Brian A. Gesuale
*Analyst, Raymond James & Associates, Inc.*

Q

We'll take one more.

Q

At the beginning, getting rid of your other division [indiscernible] (00:27:46-00:27:51) so, typically, like a military sort of thing, the government's always going to stop [indiscernible] (00:27:57-00:28:01) consumer market; so, do you think that's going to make it more challenging for your own technology to come up with [indiscernible] (00:28:08) the military is not there to be [indiscernible] (00:28:12)?

### Alison Dean
*Executive Vice President, Chief Financial Officer, Treasurer & Principal Accounting Officer, iRobot Corp.*

A

No, I don't think so; and that's one of the reasons we felt that those businesses were separate enough that we could continue driving the consumer business and all the innovation that was needed there. There was really less synergies between the defense part of our business and the consumer business than I think it was obviously with the outside folks. So, that was really a very different set of IP and technology and so, divesting that really had no impact on our ability to continue to grow the consumer segment.

### Brian A. Gesuale
*Analyst, Raymond James & Associates, Inc.*

Great. We're going to have to cut it off there, but Alison, thank you very much.

### Alison Dean
*Executive Vice President, Chief Financial Officer, Treasurer & Principal Accounting Officer, iRobot Corp.*

Thank you.

Disclaimer
The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2018 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.

