# Tab 20





# Raymond James Technology Investors Conference

# Forward Looking Statements

- Certain statements made in this presentation that are not based on historical information are forward-looking statements which are made pursuant to the safe harbor provisions of the Private Securities Litigation Reform Act of 1995.

- These statements are neither promises nor guarantees, but are subject to a variety of risks and uncertainties, many of which are beyond our control, which could cause actual results to differ materially from those contemplated in these forward-looking statements.

- Investors are cautioned not to place undue reliance on these forward-looking statements, which speak only as of the date hereof. iRobot Corporation undertakes no obligation to update or revise the information contained in this presentation, whether as a result of new information, future events or circumstances or otherwise.

- For additional disclosure regarding these and other risks faced by iRobot Corporation, see the disclosure contained in our public filings with the Securities and Exchange Commission.



# The Consumer Robot Company

- **Focused** on the <u>Consumer</u> as our <u>Customer</u>

- **Leading Today**

  - Products, Technology, Brand, Marketing

- **Lead Tomorrow** through continued investment in:

  - Product & Technology Innovation

    - Robotic Vacuum Cleaners (RVC)

    - Additional product categories

  - Global market and brand awareness – deeper household penetration

  - Evolving connected product/digital strategy



> **More than 25 years of global robotic-technology market leadership**

December 5, 2018    3

# RVC Segment Continues to Grow: Now 23% of Total Vacuums

## Global Vacuum Cleaner Segment >$200 (USD, Retail)*

**2012: ~$5B Market**



**2017: $7.5B Market
8.6% CAGR**



RVC:
22% CAGR

Non-RVC:
6% CAGR

**RVC segment (>$200) share growth expected to significantly outpace overall vacuum cleaner segment growth (>$200)**

*Source: 2017Global market size for Vacuum Cleaners >$200 (NPD, GfK, and iRobot internal estimates).

# iRobot Roomba Share in the RVC Segment

**Global $ Segment Share**



iRobot continues to hold 60+% share despite new competition

Source: NPD, GfK, iRobot internal estimates, RVC+ >$200 retail prices; incl. China Online
Note: Year-on-Year Exchange Rates are applied in this update

December 5, 2018     **5**

# 2017 Robotic Vacuum Segment: Global Retail $ Share

**North America - $629M**



**EMEA - $507M**



**APAC - $642M**



iRobot continues to be the largest player in each market

Source: 2017 NPD, GfK, and iRobot internal estimates; Robotic Vacuum Cleaners >$200 retail prices; includes China On-line

# Opportunity: Low Household Penetration
## Immediate addressable market ~2X current installed base



Significant Opportunity for Expanded Robot Vacuum Adoption in U.S.

Source: iRobot, iRobot Demand Landscape Survey 2016, TCG Analysis. Updated with 2017 Actuals



# Roomba Leading Through Continuous Innovation…



**Roomba i7**
**$699**

**Roomba i7+**
with Clean Base™
Automatic Dirt Disposal
**$949.99**

Imprint™ Smart Mapping



Advanced Cleaning
Performance



Clean Base™
Automatic Dirt Disposal





**Roomba e5**
**$449**

iAdapt® 2.0 Navigation



AeroForce® Cleaning System
Virtually no Maintenance



Cloud Connectivity



Washable Bin





**Roomba 675**
**$299**

Cloud Connectivity



Dual multi-surface brushes



Intelligent Navigation



**Introduce Innovation in flagship product; Flow innovation across lower price point products**



# New 2018 Product Launches



**Roomba e5**



**Roomba i7+**



December 5, 2018          **9**



# Roomba® i7

## The Roomba® advantage

- All the technology and benefits from Roomba 960



- iAdapt 3.0 with Imprint™ Smart Mapping Technology
  - Learns, maps, and adapts to determine the best way to clean

  - Knows your kitchen from your living room, allowing you to control which rooms are cleaned and when

  - Recognizes upstairs from downstairs and knows which map to use

# Room Labeling and Directed Room Cleaning









# Clean Base™ Automatic Dirt Disposal

- Forget about vacuuming for weeks at a time
  - Automatically empties the robot's bin
  - Holds 30 bins of debris

- Automatically empties and recharges as needed, then continues cleaning - until the job is done

- Takes the dirty work out of vacuuming
  - Features enclosed bag for easy disposal without the cloud of dust





Innovation in automation



# Roomba e5® Robot Vacuum

## The Roomba® advantage

➢ AeroForce™ 3-Stage Cleaning System (including patented dual multi-surface rubber brushes)

➢ Washable Bin

➢ Wi-Fi® connected

➢ 90 minute runtime




High-end innovation at lower price point

December 5, 2018     **13**

# Braava Family - Developing a Second Revenue Stream

**Global Braava Family Revenue Growth**



CAGR = 47%

FY15      FY16      FY17





Driving global category growth through additional advertising investment in 2018 - U.S. and Japan

# Connected Products – Digital Strategy

"Roomba then Braava"



"works with"

Robots working together deliver unique benefits;
Roomba i7 creates the map that makes this possible

December 5, 2018     **15**



# Smart Home
## iRobot is an Emerging Player in IoT/Smart Home Market



### Sales of iRobot Connected Robots



Cumulative million

*iRobot Internal Forecast

**Spatial information enables the Smart Home**

**Note:** iRobot is committed to the absolute privacy of our customer-related  data, including data collected by our connected products. No data is sold to third-parties. No data will be shared with third-parties without the informed consent of our customers.

December 5, 2018    16



# Continue to Widen the Competitive Moat

## IEEE Top 20 Patent Powerhouses Electronics - 2017

**Sword**
Encourage or force competitors to design products that avoid iRobot's technology and brand identity

**Shield**
Ensure freedom to operate



**Openness**
Embrace open source and interoperability where appropriate

# Enforcement
Take actions necessary to ensure fair competitive landscape

| Rank | Company | Headquarters |
|------|---------|--------------|
| 1 | Apple Inc. | US |
| 2 | Sonos Inc. | US |
| 3 | LG Electronics Inc. | South Korea |
| 4 | GoPro Inc. | US |
| **5** | **iRobot Corp.** | **US** |
| 6 | Dolby Laboratories Inc. | US |
| 7 | Sony Corp. | Japan |
| 8 | Canon | Japan |
| 9 | Koninklijke Philips NV | Netherlands |
| 10 | Hand Held Products Inc. (Honeywell Int'l.) | US |
| 11 | Goertek Inc. | China |
| 12 | Kimree Inc. | China |
| 13 | Samsung SDI Co. | South Korea |
| 14 | Panasonic Corp. | Japan |
| 15 | Hitachi Ltd. | Japan |
| 16 | Xerox Corp | US |
| 17 | Knowles Corp. | US |
| 18 | Fujifilm Holdings Corp. | Japan |
| 19 | Int'l Game Technology | UK |
| 20 | Schneider Electric | US |

**Favorable initial determination from ITC on iRobot U.S. infringement claim**
**We will vigorously defend our IP**



# Capital Allocation Strategy

| R&D | | |
| --- | --- | --- |
| **Core** | **Emerging** | **Future** |
| Lower Risk | Medium Risk | Higher Risk |
| Significant Revenue and Profit Contribution | Market Validation | Exploration |
| Target R&D Investment: 65% - 70% | 20% - 25% | 5% - 10% |



Acquisitions

iRobot Ventures

Regular review to address industry and market evolution and company requirements



# 2018 Expectations: Key Messages

| $M | FY17 Actual | FY18 Expectations * |
|---|---|---|
| Revenue | 884 | 1,080 - 1,090 |
| YoY Growth | 34% | 22% - 23% |
| Gross Margin | 49% | 50% - 51% |
| R&D | 13% | 13% |
| S&M | 18% | 19% - 20% |
| G&A | 10% | 9% |
| OI | 8% | 8% - 9% |
| EPS | $1.77 | $2.55 – $2.75 |

Increased expectations on July 24, 2018 and again on October 23, 2018

Strong global growth continues

Gross Margin expansion from acquisitions; $5 million tariff impact on Q4

Maintain investment in innovation and product development

1) Full year cost of acquired businesses; 2) Continued investment to create awareness & adoption of Roomba and Braava; 3) support new product launches

Leverage G&A globally

Plan assumes reinvesting incremental margin to drive critical 2018 launches and future growth initiatives

- Increased expectations provided 10/23/18

# Summary

- 2018 – Exceeded expectations year-to-date; raised expectations twice

- Maintaining unambiguous global product and brand leadership in RVC category

- Forward integration is enabling more consistent global control of brand and execution of marketing programs – Amazon Prime Day

- Continuing investment in innovation to extend technology and product leadership

- Introduced several exciting new products in third quarter of the year – further differentiation at the entry and premium price points

- Announced collaboration with Google to advance the next-generation smart home



