# Tab 30



*Source: SimpliSafe*

*December 03, 2019 10:30 ET*

# SimpliSafe Names Christian Cerda CEO

**Founder and previous CEO Chad Laurans to become Chairman of the Board**

BOSTON, Dec. 03, 2019 (GLOBE NEWSWIRE) -- [SimpliSafe®](#), maker of award-winning home security systems, today announced the appointment of Christian Cerda as CEO. Cerda is succeeding CEO Chad Laurans, who together with his wife Eleanor founded SimpliSafe in 2006. Both Chad and Eleanor will remain SimpliSafe Board Members, with Chad serving as Chairman. The changes are effective December 3, 2019.

Cerda joins SimpliSafe from iRobot, where he served as Chief Operating Officer. As COO, he was responsible for worldwide Product, Marketing, Sales and Operations. A proven leader with a passion to drive rapid scale across global markets, Cerda has also held management positions with Whirlpool, The Boston Consulting Group and Procter & Gamble.

"Chad did nothing short of disrupting a sleeping industry and create an entirely new value proposition for people seeking greater peace of mind," said Cerda. "SimpliSafe's technology, customer-centric view, and focus on the mission to make every home secure, positions it perfectly for driving continued rapid growth domestically and internationally. I am excited to carry the torch forward with this amazing team."

SimpliSafe is one of Boston's largest privately-held technology companies and winner of the most awards in the industry. The company has nearly 800 employees and protects more than 3 million people.

"Christian is the perfect person to kick SimpliSafe into an even higher gear," said Laurans. "SimpliSafe is poised to become a true consumer technology giant. Christian's track record of globally scaling an innovative consumer product while keeping the customer experience front and center is exactly what SimpliSafe needs to make that happen."

**About SimpliSafe**
SimpliSafe fundamentally changed the alarm industry, pioneering a new way to make home the safest place on earth for everyone. Founded in 2006, SimpliSafe now protects millions of people and is committed to its founding goal: to make every home secure.

**Media Contacts**
LaunchSquad for SimpliSafe
617-945-1915
[simplisafe@launchsquad.com](mailto:simplisafe@launchsquad.com)

A photo accompanying this announcement is available at
[https://www.globenewswire.com/NewsRoom/AttachmentNg/d3747a0c-8982-40b7-9e02-5348314cfe31](https://www.globenewswire.com/NewsRoom/AttachmentNg/d3747a0c-8982-40b7-9e02-5348314cfe31)

**Attachments**: